### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

*Plaintiff,*

v.

HISPANIC SCHOLARSHIP FUND,

*Defendant.*

Case No. 1:25-cv-4207

### DECLARATION OF R. GABRIEL ANDERSON

I, Richard Gabriel Anderson, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am an attorney at Consovoy McCarthy PLLC. I am counsel in this case for the American Alliance for Equal Rights.

3.      I submit this declaration in support of AAER's motion for a TRO and preliminary injunction against the Hispanic Scholarship Fund. The following materials are exhibits in support of that motion. They are true and accurate copies of websites, as they existed when this lawsuit was filed.

4.      Exhibit 1 is a true and correct copy of a webpage on HSF's website, titled, "2025 HSF Scholar Program Application." It is available at: perma.cc/5W58-EEU6. Exhibit 1 is on pages 1-3 of the appendix.

5.      Exhibit 2 is a true and correct copy of a webpage on HSF's website, titled, "Help Center – Student Recommenders." On that webpage, there is a dropdown menu where users can see HSF's answers to six different questions. That webpage is available at: perma.cc/VK33-WRV2. Exhibit 2 is on pages 4-6 of the appendix.

6.     Exhibit 3 is a true and correct copy of a webpage on HSF's website, titled, "Help Center – Student Eligibility." On that webpage, there is a dropdown menu where users can see HSF's answers to 18 different questions. That webpage is available at: perma.cc/7C7Z-57Q2. Exhibit 3 is on pages 7-9 of the appendix.

7.     Exhibit 4 is a true and correct copy of a Facebook post that is on HSF's "Mentions" page. That post is available at: tinyurl.com/2st6fp93. Exhibit 4 is on pages 10-11 of the appendix.

8.     Exhibit 5 is a true and correct copy of a webpage on HSF's website, titled, "We have a new myHSF experience! Sign Up." If a user completely fills out HSF's "Sign Up" page, but does not check the box, stating, "I agree to the Terms of Use and Privacy Policy," HSF does not let them create an account. *See* App.15. Instead, HSF states that prospective applicants "Must accept Terms of Service." *Id.* HSF's "Sign Up" webpage is available at: perma.cc/JH32-RVNL. Exhibit 5 is on pages 12-16 of the appendix.

9.     Exhibit 6 is a true and correct copy of a webpage on HSF's website, titled, "Terms of Use Agreement." That webpage is available at: perma.cc/3R2U-6KXG. Exhibit 6 is on pages 17-36 of the appendix.

10.     Exhibit 7 is a true and correct copy of a webpage on HSF's website, titled, "Privacy Policy." That webpage is available at: perma.cc/E68Q-4KRV. Exhibit 7 is on pages 37-49 of the appendix.

11.     Exhibit 8 is a true and correct copy of a webpage on HSF's website, titled, "Help Center – Student HSF Scholar Program selection." That webpage is available at:

perma.cc/N82J-W3PS. On that webpage, there is a dropdown menu where users can see HSF's answers to nine different questions. Exhibit 8 is on pages 50-52 of the appendix.

12.    Exhibit 9 is a true and correct copy of a webpage on HSF's website, titled, "Ways to Volunteer." That webpage is available at: perma.cc/R55E-XJKR. Exhibit 9 is on pages 53-56 of the appendix.

13.    Exhibit 10 is a true and correct copy of a webpage on College Essay Guy's website, titled, "The Hispanic Scholarship Fund: A Guide to what it is and how to apply." That webpage is available at: perma.cc/W8QL-49RQ. Exhibit 10 is on pages 57-67 of the appendix.

14.    Exhibit 11 is a true and correct copy of a Facebook post by Elsie Rayon, which includes an email from HSF. That post is available at: tinyurl.com/bdzanp8d. Exhibit 11 is on pages 68-69 of the appendix.

15.    Exhibit 12 is a true and correct copy of a webpage on HSF's website, titled, "Help Center – Student General." On that webpage, there is a dropdown menu where users can see HSF's answers to 15 different questions. That webpage is available at: perma.cc/9A4B-339S. Exhibit 12 is on pages 70-72 of the appendix.

16.    Exhibit 13 is a true and correct copy of a webpage on HSF's website, titled, "Hispanic Scholarship Partners – Corporate Partners." That webpage is available at: perma.cc/A687-CBQC. Exhibit 13 is on pages 73-76 of the appendix.

17.    Exhibit 14 is a true and correct copy of Edward Blum's declaration. Exhibit 14 is on pages 77-85 of the appendix.

18.    Exhibit 15 is a true and correct copy of Student B's declaration. I know Student B and have talked with him multiple times. I can identify him so that he can be subjected to the penalties of perjury. Exhibit 15 is on pages 86-90 of the appendix.

19.    Exhibit 16 is a true and correct copy of Student A's declaration. I know Student A and have talked with him multiple times. I can identify him so that he can be subjected to the penalties of perjury. Exhibit 16 is on pages 91-95 of the appendix.

20.    Exhibit 17 is a true and correct copy of HSF's 2024 income-tax form, which is available on HSF's website. That income-tax form can be found here: archive.is/pGgFV; *see also Financial Reports*, HSF (archived Dec. 2, 2025), perma.cc/F3WF-62DN (HSF collecting income-tax statements from 2016 to 2024). Exhibit 17 is on pages 96-164 of the appendix.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2025

R. Gabriel Anderson
Counsel for the American Alliance
for Equal Rights

# EXHIBIT 1

App.1

## 2025 HSF Scholar Program Application

**Status: Closed**

| | Sign in to apply | Start Profile |

| AVAILABLE | DEADLINE | FINALIST PHASE | SELECTION | DOCUMENTS | AWARDS |
|-----------|----------|----------------|-----------|-----------|--------|
| **Jan 5** | **Feb 15** | **March** | **June** | **June - November** | **December** |
| 2025 | 2025 | 2025 | 2025 | 2025 | 2025 |

### HSF Scholar Benefits

As an HSF Scholar, you will have access to HSF's invaluable Scholar Support Services and be eligible to receive a scholarship, depending on available funds.



- Every year, HSF selects 10,000 outstanding students as HSF Scholars from a broad and talented pool of applicants
- HSF Scholars have access to a full range of invaluable Scholar Support Services, including career services, mentorship, leadership development, knowledge building, and wellness training
- Career services include access to select internship and job opportunities with HSF corporate partners
- HSF Scholars are eligible to apply for all Scholar Conferences including, the STEM Summit, Finance Conference, and the Media, Sports & Entertainment Summit
- Exclusive access to the HSF Insider which shares invaluable information and career opportunities
- Finally, and importantly, HSF awards more than $30 million in Scholarships annually and, depending upon available funds, HSF Scholars may also be eligible to receive a scholarship, which range from $500-$5,000 and are awarded directly to students

### Award

Scholars are selected based on merit. Award amounts range from $500 - $5,000, based on relative need.

### Eligibility Requirements

- The HSF Scholar Program is open to students of all races that identify as being of Hispanic Heritage.
- U.S. citizen, permanent legal resident, or DACA
- Minimum of 3.0 GPA on a 4.0 scale (or equivalent) for high school students; minimum of 2.5 GPA on a 4.0 scale (or equivalent) for college and graduate students
- Plan to enroll full-time in an accredited, public or not-for-profit, four-year university, or graduate school, in the US, for the 2025-2026 academic year
- Submit the FAFSA or state-based financial aid forms (if applicable)

**Support HSF**

**Resources**

**About HSF**

**Company**

Scholar Program

College Prep

HSF Partners

Contact Us

Volunteer

Scholarship Finder

Press and Media

Help Center

Events

College Finder

#HSF Stories

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

WELLS FARGO

HSF    © ©Hispanic Scholarship Fund 2021    Privacy Policy   Terms of Use

# EXHIBIT 2

Home > Help Center

# Help Center

**Student**   Scholar   Donor

Eligibility

After you apply

HSF Scholar Program selection

**Recommenders**

Supporting documents

General

Problems with login

Youth leadership institute

## Student

## Recommenders

**I am applying for the HSF Scholar Program and cannot find where to add my recommenders' contact information. How do I request a recommendation through the myHSF portal?**    –

Recommendations will only be requested from students who advance to Phase II of the HSF Scholar application (Finalists). The application that opens January 1st and closes on February 15th does not require recommendations.

Students who are selected as Finalists in March will see the request form within their myHSF account, as part of their Phase II application.

Whom should I indicate as my recommender?    +

Where do I list my recommenders on the HSF Scholar application and how will they be notified?    +

If I have been out of school for two (2) years or more. Who can I ask to be a recommender?    +

What is my recommender's deadline to submit the online recommendation form for my HSF Scholar application?    +

What if my recommender is having technical difficulties logging into the recommender site?    +

---

**Support HSF**

Scholar Program

Volunteer

Events

**Resources**

College Prep

Scholarship Finder

College Finder

**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

WELLS FARGO

App.5


©Hispanic Scholarship Fund 2021        Privacy Policy  Terms of Use



# EXHIBIT 3

Home > Help Center

# Help Center

Student    Scholar    Donor

Eligibility

After you apply

HSF Scholar Program
selection

Recommenders

Supporting documents

General

Problems with login

Youth leadership
institute

## Student

## Eligibility

**Do I have to be Hispanic/Latino to apply?**                                        −

The HSF Scholar Program is open to students of all races that identify as being of Hispanic Heritage

To qualify for the HSF Scholar Program, students must be at least one-quarter Hispanic/Latino (meaning: at least one of your grandparents must be Hispanic). Hispanic/Latino is an ethnic category, not a racial category; students may be of any race. For purposes of the Hispanic Scholarship Fund, students must be from a family whose ancestors came from at least one of these countries: Argentina, Belize, Bolivia, Brazil, Chile, Colombia, Costa Rica, Cuba, Dominican Republic, Ecuador, Guatemala, Honduras, Mexico, Nicaragua, Panama, Paraguay, Peru, Portugal, El Salvador, Spain, Uruguay, or Venezuela.

I do not come from a low-income family. Am I still eligible for the HSF Scholar Program?          +

Is there a minimum GPA requirement?                                                              +

I completed and passed a General Education Development (GED) test. Am I eligible for the HSF       +
Scholar Program?

Do I have to be a US Citizen or Permanent Resident to apply for the HSF Scholar Program?          +

If I am a refugee or have established asylum status, am I eligible to apply?                      +

Do I need to complete a Free Application for Federal Student Aid (FAFSA) to apply to the HSF Scholar   +
Program?

I do not fall into any of the citizenship/residency categories cited above, but believe I may still be   +
eligible; what should I do?

I am a high school student. When can I apply?                                                     +

I will be graduating from high school early, am I eligible to apply?                              +

If I attend, or have attended, a high school or university in another country, am I eligible to apply?   +

I am older than the traditional college student. Am I eligible to apply?                          +

Is the HSF Scholar Program open to community college students?                                    +

I am enrolled part-time. Am I eligible to apply?                                                  +

App.8



I am a home-schooled student. Am I eligible to apply?    +

I will be on deferment for the fall term, am I still eligible for the HSF Scholar Program?    +

I am planning to apply to or currently enrolled in a post-baccalaureate or credential program. Am I eligible for the HSF Scholar Program?    +

I am planning to pursue a second degree. Am I eligible to apply?    +

**Support HSF**

Scholar Program

Volunteer

Events

**Resources**

College Prep

Scholarship Finder

College Finder

**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

WELLS FARGO

HSF   ©Hispanic Scholarship Fund 2021    Privacy Policy   Terms of Use

# EXHIBIT 4

 

## College Depot's Post

 **College Depot**
February 6 · 🌐

The **Hispanic Scholarship Fund** Scholarship is accepting applications through Feb 15th.

**#collegebound #scholarship #scholarships #senior #highschool #payforcollege #payingforcollege #college #financialaid #collegetuition #tuition**

# HISPANIC SCHOLARSHIP FUND SCHOLARSHIP

Due February 15th, 2025

**Merit-Based**

Requirements:

- ✓ US citizen, permanent legal resident, or DACA recipient
- ✓ must be of Hispanic/Latino heritage
- ✓ plan to enroll full-time in an accredited, public or not-for-profit, four-year university or graduate school in the US
- ✓ submit the FAFSA form
- ✓ minimum 3.0 GPA for high school students, and 2.5 for college/graduate students

# $500-$5,000

**COLLEGE**depot
*at phoenix public library*

https://www.hsf.net/scholarship

👍 3

2 shares

Write a comment...

App.11

# EXHIBIT 5

## We have a new myHSF experience!

**Sign up or sign in to access**

- New features that focus on career planning and preparation, career discernment, exploration and guidance, and the transition from college to a quality job
- Complete your Scholar application
- Learn about volunteer opportunities
- Complete your **myHSF** Profile
- and so much more...

Please Contact Us if you have any issues accessing your account.

Already have an account? Sign In

## Sign Up

**First Name**

**Last Name**

**Birthdate**

mm/dd/yyyy

**Role**

I am a...

Select the role that best fits who you are.

**Email**

**Confirm Email**

**Password**

Password

Your password needs to be at least 8 characters and include at least 1 upper case letters, 1 lower case letters, 1 number (0 - 9) and 1 non-alphanumeric symbols

**Confirm Password**

Confirm Password

☐ I agree to the Terms of Use and Privacy Policy

[ ] I'm not a robot
reCAPTCHA is changing its terms of service.
Take action.
reCAPTCHA
Privacy - Terms

**Create Account**



**Support HSF**

Scholar Program

Volunteer

Events

**Resources**

College Prep

Scholarship Finder

College Finder

**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

WELLS FARGO

App.13

HSF    ©Hispanic Scholarship Fund 2021        Privacy Policy  Terms of Use

## We have a new myHSF experience!

**Sign up or sign in to access**

- New features that focus on career planning and preparation, career discernment, exploration and guidance, and the transition from college to a quality job
- Complete your Scholar application
- Learn about volunteer opportunities
- Complete your **myHSF** Profile
- and so much more...

Please Contact Us if you have any issues accessing your account.

Already have an account? Sign In



## Sign Up

**First Name**

test

**Last Name**

test

**Birthdate**

12/01/2000

**Role**

Student

Select the role that best fits who you are.

**Class Level**

High School Senior

**Email**

test@test.com

**Confirm Email**

test@test.com

**Password**

wKtxV135!

Your password needs to be at least 8 characters and include at least 1 upper case letters, 1 lower case letters, 1 number (0 - 9) and 1 non-alphanumeric symbols

**Confirm Password**

wKtxV135!

☐ I agree to the Terms of Use and Privacy Policy

Must accept Terms of Service

☐ I'm not a robot   reCAPTCHA
reCAPTCHA is changing its terms of service.   Privacy - Terms
Take action.

Create Account



**Support HSF**

Scholar Program

Volunteer

Events

**Resources**

College Prep

Scholarship Finder

College Finder

**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**



HSF    Ⓒ ©Hispanic Scholarship Fund 2021    Privacy Policy   Terms of Use

App.16

# EXHIBIT 6

# Terms of Use Agreement

Welcome to HSF.net, the website and online service of the Hispanic Scholarship Fund ("HSF," "we," or "us"). This page explains the terms by which you may use our online and/or mobile services, web site, and software provided on, or in connection with, the service (collectively the "Service"). By accessing or using the Service, you signify that you have read, understood, and agree to be bound by this Terms of Use Agreement ("Agreement") and to the collection and use of your information, as set forth in the HSF Privacy Policy, whether or not you are a registered user of our Service. HSF reserves the right to make unilateral modifications to these terms and will provide notice of these changes, as described below. This Agreement applies to all visitors, users, and others who access the Service ("Users").

PLEASE READ THIS AGREEMENT CAREFULLY TO ENSURE THAT YOU UNDERSTAND EACH PROVISION. THIS AGREEMENT CONTAINS A MANDATORY INDIVIDUAL ARBITRATION AND CLASS ACTION/JURY TRIAL WAIVER PROVISION THAT REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS.

- 

**Use of Our Service**

**A. Eligibility**

This is a contract between you and HSF. You must read and agree to these terms before using the HSF Service. If you do not agree, you may not use the Service. You may use this Service only if you form a binding contract with HSF, and only in compliance with this Agreement and all applicable local, state, national, and

<span style="color:red">App.18</span>

international laws, rules and regulations. Any use or access to the Service by anyone under 13 is strictly prohibited and in violation of this Agreement. The Service is not available to any Users previously removed from the Service by HSF.

## B. Service

Subject to the terms and conditions of this Agreement, you are hereby granted a non-exclusive, limited, non-transferable, freely revocable license to use the Service for your personal, noncommercial use only and as permitted by the features of the Service. HSF reserves all rights not expressly granted herein in the Service and the HSF Content (as defined below). HSF may terminate this license at any time for any reason or no reason.

## C. My Accounts

Your MyHSF account gives you access to the services and functionality that we may establish and maintain from time to time, and in our sole discretion. We may maintain different types of accounts for different types of Users. If you open a MyHSF account on behalf of a HSF, organization, or other entity, then (a) "you" includes you and that entity, and (b) you represent and warrant that you are an authorized representative of the entity with the authority to bind the entity to this Agreement, and that you agree to this Agreement on the entity's behalf. By connecting to HSF with a third-party service, you give us permission to access and use your information from that service as permitted by that service, and to store your log-in credentials for that service.

You may never use another User's account without permission. When creating your account, you must provide accurate and complete information, and you must keep this information up to date. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. We encourage you to use "strong" passwords (passwords that use a combination of upper and lower case letters, numbers, and symbols) with your account. You must notify HSF immediately

**App.19**

of any breach of security or unauthorized use of your account. HSF will not be liable for any losses caused by any unauthorized use of your account.

You may control your User profile and how you interact with the Service by changing the settings in your MyHSF profile. By providing HSF your email address you consent to our using the email address to send you Service-related notices, including any notices required by law, in lieu of communication by postal mail. We may also use your email address to send you other messages, such as changes to features of the Service and special offers. If you do not want to receive such email messages, you may opt out or change your preferences in your MyHSF profile. Opting out may prevent you from receiving email messages regarding updates, improvements, or offers.

## D. Service Rules

You agree not to engage in any of the following prohibited activities: (i) copying, distributing, or disclosing any part of the Service in any medium, including and without limitation, automated or non-automated "scraping"; (ii) using any automated system, including and without limitation, "robots," "spiders," "offline readers," etc., to access the Service in a manner that sends more request messages to the HSF servers than a human can reasonably produce in the same period of time by using a conventional on-line web browser (except that HSF grants the operators of public search engines revocable permission to use "spiders" to copy publically available materials from HSF.net for the sole purpose of, and solely to the extent necessary, for creating publicly available searchable indices of the materials, but not caches or archives of such materials); (iii) transmitting spam, chain letters, or other unsolicited emails; (iv) attempting to interfere with, compromise the system integrity or security of, or decipher any transmissions to or from the servers running the Service; (v) taking any action that imposes, or may impose at our sole discretion an unreasonable or disproportionately large load on our infrastructure; (vi) uploading invalid data, viruses, worms, or other software agents through the Service; (vii) collecting or harvesting any personally identifiable information, including account names, from the Service; (viii) using the Service for any commercial solicitation

App.20

purposes; (ix) impersonating another person or otherwise misrepresenting your affiliation with a person or entity, conducting fraud, hiding or attempting to hide your identity; (x) interfering with the proper working of the Service; (xi) accessing any content on the Service through any technology or means other than those provided or authorized by the Service; or (xii) bypassing the measures we may use to prevent or restrict access to the Service, including, without limitation, features that prevent or restrict use or copying of any content, or enforce limitations on use of the Service or the content therein.

Accessing any audiovisual content that may be available on the Service for any purpose or in any manner, other than Streaming (as defined below), is expressly prohibited unless explicitly permitted by the functionality of the Service. "Streaming" means a contemporaneous digital transmission of an audiovisual work via the Internet from the HSF Service to a User's device in such a manner that the data is intended for real-time viewing and not intended to be copied, stored, permanently downloaded, or redistributed by the User.

We may, without prior notice, change the Service; stop providing the Service or features of the Service, to you or to Users, generally; or create usage limits for the Service. We may permanently or temporarily terminate or suspend your access to the Service, without notice, and without liability, for any reason, including, if – in our sole determination – you violate any provision of this Agreement, or for no reason. Upon termination for any reason or no reason, you continue to be bound by this Agreement.

You are solely responsible for your interactions with other HSF Users. We reserve the right, but have no obligation, to monitor disputes between you and other Users. HSF shall have no liability for your interactions with other Users, or for any User's action or inaction.

- 

**User Content**

App.21

Some areas of the Service allow Users to post or provide content, such as profile information, images, comments, questions, and other content or information (any such materials a User submits, posts, displays, or otherwise makes available on the Service is referred to as "User Content"). We claim no ownership rights over User Content created by you. The User Content you create remains yours; however, by providing or sharing User Content through the Service, you agree to allow others to view, edit, and/or share your User Content in accordance with your settings and this Agreement. For example, by submitting a scholarship application through the Service, you agree to allow donors to view certain information provided by you and to allow readers of scholarship essays to read and review your essays.  HSF has the right (but not the obligation), in its sole discretion, to remove any User Content that is shared via the Service.

You agree not to post or provide User Content that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; (iii) seeks to harm or exploit children by exposing them to inappropriate content, asking for personally identifiable details or otherwise; (iv) may constitute or contribute to a crime or tort; (v) contains any information or content that we deem to be unlawful, harmful, abusive, racially or ethnically offensive, defamatory, infringing, invasive of personal privacy or publicity rights, harassing, humiliating to other people (publicly or otherwise), libelous, threatening, profane, obscene, or otherwise objectionable; (vi) contains any information or content that is illegal (including, without limitation, the disclosure of insider information under securities law or of another party's trade secrets); (vii) contains any information or content that you do not have a right to make available under any law or under contractual or fiduciary relationships; or (viii) contains any information or content that you know is not correct and current or (ix) violates any school or other applicable policy, including those related to cheating or ethics. You agree that any User Content that you post does not, and will not, violate third-party rights of any kind, including, without limitation, any Intellectual Property Rights (as defined below) or rights of privacy. To the extent that your User Content contains music, you hereby represent that you are the owner of all the copyright, including without limitation the performance, mechanical, and sound recordings

App.22

rights, with respect to each and every musical composition (including lyrics) and sound recording contained in such User Content and have the power to grant the license granted below. HSF reserves the right, but is not obligated, to reject and/or remove any User Content that HSF believes, in its sole discretion, violates any of these provisions. You understand that publishing your User Content on the Service is not a substitute for registering it with the U.S. Copyright Office, the Writer's Guild of America, or any other intellectual property rights organization.

For the purposes of this Agreement, "Intellectual Property Rights" means all patent rights, copyright rights, mask work rights, moral rights, rights of publicity, trademark, trade dress and service mark rights, goodwill, trade secret rights, and other intellectual property rights as may now exist, or hereafter come into existence, and all applications therefore, and registrations, renewals and extensions thereof, under the laws of any state, country, territory or other jurisdiction.

In connection with your User Content, you affirm, represent and warrant the following:

- You have the written consent of each and every identifiable natural person in the User Content, if any, to use such person's name or likeness in the manner contemplated by the Service and this Agreement, and each such person has released you from any liability that may arise in relation to such use.

- You have obtained, and are solely responsible for obtaining, all consents as may be required by law to post any User Content relating to third parties.

- Your User Content and our use thereof, as contemplated by this Agreement and the Service, will not violate any law or infringe any rights of any third party, including, but not limited to, any Intellectual Property Rights and privacy rights.

- 

App.23

We may exercise the rights to your User Content granted under this Agreement, without liability for payment of any guild fees, residuals, payments, fees, or royalties payable under any collective bargaining agreement, or otherwise.

- To the best of your knowledge, all your User Content and other information that you provide to us is truthful and accurate.

HSF takes no responsibility and assumes no liability for any User Content that you or any other User or third party posts, sends, or otherwise makes available over the Service. You shall be solely responsible for your User Content and the consequences of posting, publishing it, sharing it, or otherwise making it available on the Service, and you agree that we are only acting as a passive conduit for your online distribution and publication of your User Content. You understand and agree that you may be exposed to User Content that is inaccurate, objectionable, inappropriate for children, or otherwise unsuited to your purpose, and you agree that HSF shall not be liable for any damages you allege to incur as a result of, or relating to, any User Content.

- 
**User Content License Grant**

By posting or otherwise making available any User Content on or through the Service, you expressly grant, and you represent and warrant that you have all rights necessary to grant, to HSF a royalty-free, sub-licensable, transferable, perpetual, irrevocable, non-exclusive, worldwide license to use, reproduce, modify, publish, list information regarding, edit, translate, distribute, syndicate, publicly perform, publicly display, and make derivative works of all such User Content and your name, voice, and/or likeness, as contained in your User Content, in whole or in part, and in any form, media or technology, whether now known or hereafter developed, for use in connection with the Service and HSF's (and its successors' and affiliates') business, including, without limitation, promoting and redistributing part or all of the Service (and derivative works thereof), in any media formats and through any media channels. You also hereby grant each User of the Service a non-exclusive license to access your User Content through the Service, and to use, reproduce, distribute,

display and perform such User Content, as permitted through the functionality of the Service and under this Agreement.

- 

## Our Proprietary Rights

Except for your User Content, the Service and all materials therein, or transferred thereby, including, without limitation, software, images, text, graphics, illustrations, logos, patents, trademarks, service marks, copyrights, photographs, audio, videos, music, and User Content belonging to other Users (the "HSF Content"), and all Intellectual Property Rights related thereto, are the exclusive property of HSF and its licensors (including other Users who post User Content to the Service). Except as explicitly provided herein, nothing in this Agreement shall be deemed to create a license in or under any such Intellectual Property Rights, and you agree not to sell, license, rent, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit or create derivative works from, any HSF Content. Use of the HSF Content for any purpose not expressly permitted by this Agreement is strictly prohibited.

You may choose to, or we may invite you to, submit comments or ideas about the Service and, including, without limitation, how to improve the Service or our products ("Ideas"). By submitting any Idea, you agree that your disclosure is gratuitous, unsolicited, and without restriction, and will not place HSF under any fiduciary or other obligation, and that we are free to use the Idea without any additional compensation to you, and/or to disclose the Idea on a non-confidential basis, or otherwise, to anyone. You further acknowledge that, by acceptance of your submission, HSF does not waive any rights to use similar or related ideas previously known to HSF, or developed by its employees, or obtained from sources other than you.

- 

## HSF Property

The Service contains data, information, and other content not owned by you, such as reputational or status indicators ("HSF Property"). You understand and agree that regardless of terminology used, HSF Property represents a limited license right

**App.25**

governed solely by the terms of this Agreement and available for distribution at HSF's sole discretion. HSF Property is not redeemable for any sum of money or monetary value from HSF at any time. You acknowledge that you do not own the account you use to access the Service, nor do you possess any rights of access or rights to data stored by or on behalf of HSF, on HSF servers, including, and without limitation, any data representing or embodying any or all of your HSF Property. You agree that HSF has the absolute right to manage, regulate, control, modify and/or eliminate HSF Property as it sees fit, at its sole discretion, in any general or specific case, and that HSF will have no liability to you based on its exercise of such right. All data on HSF's servers are subject to deletion, alteration, or transfer. NOTWITHSTANDING ANY VALUE ATTRIBUTED TO SUCH DATA BY YOU OR ANY THIRD PARTY, YOU UNDERSTAND AND AGREE THAT ANY DATA, ACCOUNT HISTORY, AND ACCOUNT CONTENT RESIDING ON HSF'S SERVERS, MAY BE DELETED, ALTERED, MOVED, OR TRANSFERRED AT ANY TIME, FOR ANY REASON, AT HSF'S SOLE DISCRETION, WITH OR WITHOUT NOTICE AND WITH NO LIABILITY OF ANY KIND. HSF DOES NOT PROVIDE OR GUARANTEE, AND EXPRESSLY DISCLAIMS, ANY VALUE, CASH OR OTHERWISE, ATTRIBUTED TO ANY DATA RESIDING ON HSF'S SERVERS.

- 

**No Professional Advice**

If the Service provides professional information (for example, medical, legal, or financial), such information is for informational purposes only and should not be construed as professional advice. No action should be taken based upon any information contained in the Service. You should seek independent professional advice from a person who is licensed and/or qualified in the applicable area.

- 

**Text Messaging**

You will receive certain HSF notifications or information via text messaging. You may incur additional charges from your wireless provider for these services. You agree that you are solely responsible for any such charges.

- 

App.26

**Privacy**

We care about the privacy of our Users. You understand that by using the Services you consent to the collection, use, and disclosure of your personally identifiable information and aggregate data, as set forth in our Privacy Policy, and to have your personally identifiable information collected, used, transferred, and processed in, the United States.

- 

**Security**

HSF cares about the integrity and security of your personal information. However, we cannot guarantee that unauthorized third parties will never be able to defeat our security measures or use your personal information for improper purposes. You acknowledge that you provide your personal information at your own risk.

- 

**DMCA Notice**

Since we respect artist and content owner rights, it is HSF's policy to respond to alleged infringement notices that comply with the Digital Millennium Copyright Act of 1998 ("DMCA").
If you believe that your copyrighted work has been copied in a way that constitutes copyright infringement and is accessible via the Service, please notify HSF's copyright agent as set forth in the DMCA. For your complaint to be valid under the DMCA, you must provide the following information in writing:

- 
  An electronic or physical signature of a person authorized to act on behalf of the copyright owner;

- 
  Identification of the copyrighted work that you claim has been infringed;

- 

**App.27**

Identification of the material that is claimed to be infringed and where it is located on the Service;

- 

Information reasonably sufficient to permit us to contact you, such as your address, telephone number, and, e-mail address;

- 

A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or law; and

- 

A statement, made under penalty of perjury, that the above information is accurate, and that you are the copyright owner or are authorized to act on behalf of the owner.

The above information must be submitted to the following DMCA Agent:

- 

Attn: DMCA Notice

- 

HSF Technologies

- 

Address: 1411 w. 190th St suite 700

- 

Gardena, CA 90248

- 

Fax: 310-349-3328

App.28

UNDER FEDERAL LAW, IF YOU KNOWINGLY MISREPRESENT THAT ONLINE MATERIAL IS INFRINGING, YOU MAY BE SUBJECT TO CRIMINAL PROSECUTION FOR PERJURY AND CIVIL PENALTIES, INCLUDING MONETARY DAMAGES, COURT COSTS, AND ATTORNEYS' FEES.

**Please note that this procedure is exclusively for notifying HSF and its affiliates that your copyrighted material has been infringed. The preceding requirements are intended to comply with HSF's rights and obligations under the DMCA, including 17 U.S.C. §512(c), but do not constitute legal advice. It may be advisable to contact an attorney regarding your rights and obligations under the DMCA and other applicable laws.**

In accordance with the DMCA and other applicable law, HSF has adopted a policy of terminating, in appropriate circumstances, Users who are deemed to be repeat infringers. HSF may also at its sole discretion limit access to the Service and/or terminate the accounts of any Users who infringe any intellectual property rights of others, whether or not there is any repeat infringement.

- 

## Third-Party Links and Information

The Service may contain links to third-party materials that are not owned or controlled by HSF. HSF does not endorse or assume any responsibility for any such third-party sites, information, materials, products, or services. If you access a third-party website or service from the Service or share your User Content on or through any third-party website or service, you do so at your own risk, and you understand that this Agreement and HSF's Privacy Policy do not apply to your use of such sites. You expressly relieve HSF from any and all liability arising from your use of any third-party website, service, or content, including without limitation User Content submitted by other Users. Additionally, your dealings with or participation in promotions of advertisers found on the Service, including payment and delivery of goods, and any other terms (such as warranties) are solely between you and such advertisers. You agree that HSF shall not be responsible for any loss or damage of any sort relating to your dealings with such third parties.

- 

## Indemnity

You agree to defend, indemnify and hold harmless HSF and its subsidiaries, agents, licensors, managers, and other affiliated companies, and their employees, contractors, agents, officers and directors, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service, including any data or content transmitted or received by you; (ii) your violation of any term of this

App.29

Agreement, including, without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third-party right, including without limitation, any right of privacy or Intellectual Property Rights; (iv) your violation of any applicable law, rule, or regulation; (v) User Content or any content that is submitted via your account, including without limitation, misleading, false, or inaccurate information; (vi) your willful misconduct; or (vii) any other party's access and use of the Service with your unique username, password, or other appropriate security code.

- 

## No Warranty

THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. USE OF THE SERVICE IS AT YOUR OWN RISK. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SERVICE IS PROVIDED WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM HSF OR THROUGH THE SERVICE WILL CREATE ANY WARRANTY NOT EXPRESSLY STATED HEREIN. WITHOUT LIMITING THE FOREGOING, HSF, ITS SUBSIDIARIES, ITS AFFILIATES, AND ITS LICENSORS DO NOT WARRANT THAT THE CONTENT IS ACCURATE, RELIABLE, OR CORRECT; THAT THE SERVICE WILL MEET YOUR REQUIREMENTS; THAT THE SERVICE WILL BE AVAILABLE AT ANY PARTICULAR TIME OR LOCATION, UNINTERRUPTED OR SECURE; THAT ANY DEFECTS OR ERRORS WILL BE CORRECTED; OR THAT THE SERVICE IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. ANY CONTENT DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS DOWNLOADED AT YOUR OWN RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR MOBILE DEVICE FOR LOSS OF DATA THAT RESULTS FROM SUCH DOWNLOAD OR YOUR USE OF THE SERVICE.
HSF DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH HSF SERVICE, OR ANY HYPERLINKED WEBSITE OR SERVICE, AND HSFWILL NOT BE A PARTY TO, OR IN ANY WAY MONITOR, ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES.
FEDERAL LAW, SOME STATES, PROVINCES AND OTHER JURISDICTIONS DO NOT ALLOW THE EXCLUSION AND LIMITATIONS OF CERTAIN IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU. THIS AGREEMENT GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. THE DISCLAIMERS AND EXCLUSIONS UNDER THIS AGREEMENT WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

-

## Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL HSF ITS AFFILIATES, AGENTS, DIRECTORS, EMPLOYEES, SUPPLIERS OR LICENSORS BE LIABLE FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES, ARISING OUT OF, OR RELATING TO, THE USE OF, OR INABILITY TO USE, THIS SERVICE. UNDER NO CIRCUMSTANCES WILL HSFBE RESPONSIBLE FOR ANY DAMAGE, LOSS OR INJURY RESULTING FROM HACKING, TAMPERING, OR OTHER UNAUTHORIZED ACCESS OR USE OF THE SERVICE OR YOUR ACCOUNT OR THE INFORMATION CONTAINED THEREIN.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, HSF ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT; (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF OUR SERVICE; (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED THEREIN; (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE SERVICE; (V) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE THAT MAY BE TRANSMITTED TO OR THROUGH OUR SERVICE BY ANY THIRD PARTY; (VI) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE THROUGH THE SERVICE; AND/OR (VII) USER CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY. IN NO EVENT SHALL HSF, ITS AFFILIATES, AGENTS, DIRECTORS, EMPLOYEES, SUPPLIERS, OR LICENSORS BE LIABLE TO YOU FOR ANY CLAIMS, PROCEEDINGS, LIABILITIES, OBLIGATIONS, DAMAGES, LOSSES OR COSTS IN AN AMOUNT EXCEEDING THE AMOUNT YOU PAID TO HSF HEREUNDER OR $100.00, WHICHEVER IS GREATER.

THIS LIMITATION OF LIABILITY SECTION APPLIES WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER BASIS, EVEN IF HSFHAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO

App.31

YOU. THIS AGREEMENT GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE. THE DISCLAIMERS, EXCLUSIONS, AND LIMITATIONS OF LIABILITY UNDER THIS AGREEMENT WILL NOT APPLY TO THE EXTENT PROHIBITED BY APPLICABLE LAW.

The Service is controlled and operated from facilities in the United States. HSF makes no representations that the Service is appropriate or available for use in other locations. Those who access or use the Service from other jurisdictions do so at their own volition and are entirely responsible for compliance with all applicable United States and local laws and regulations, including but not limited to export and import regulations. You may not use the Service if you are a resident of a country embargoed by the United States, or are a foreign person or entity blocked or denied by the United States government. Unless otherwise explicitly stated, all materials found on the Service are solely directed to individuals, companies, educational institutions or other entities located in the United States.

- 

## Governing Law, Arbitration, and Class Action/Jury Trial Waiver

**A. Governing Law.**  You agree that: (i) the Service shall be deemed solely based in California; and (ii) the Service shall be deemed a passive one that does not give rise to personal jurisdiction over us, either specific or general, in jurisdictions other than California. This Agreement shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. The parties acknowledge that this Agreement evidences a transaction involving interstate commerce. Notwithstanding the preceding sentences with respect to the substantive law, any arbitration conducted pursuant to the terms of this Agreement shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1-16). The application of the United Nations Convention on Contracts for the International Sale of Goods is expressly excluded. You agree to submit to the personal jurisdiction of the federal and state courts located in Santa Clara County, California for any actions for which we retain the right to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation or violation of our copyrights, trademarks, trade secrets, patents, or other intellectual property or proprietary rights, as set forth in the Arbitration provision below, including any provisional relief required to prevent irreparable harm. You agree that Los Angeles County, California is the proper forum for any

appeals of an arbitration award, or for trial court proceedings, in the event that the arbitration provision below is found to be unenforceable.

**B. Arbitration**. READ THIS SECTION CAREFULLY BECAUSE IT REQUIRES THE PARTIES TO ARBITRATE THEIR DISPUTES AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF FROM COMPANY. For any dispute with HSF, you agree to first contact us and attempt to resolve the dispute with us informally. In the unlikely event that HSF has not been able to resolve a dispute you have with HSF after sixty (60) days, we each agree to resolve any claim, dispute, or controversy (excluding any claims for injunctive or other equitable relief as provided below) arising out of or in connection with or relating to this Agreement, or the breach or alleged breach thereof (collectively, "Claims"), by binding arbitration by JAMS, under the Optional Expedited Arbitration Procedures then in effect for JAMS, except as provided herein. JAMS may be contacted at www.jamsadr.com. The arbitration will be conducted in Santa Clara County, California, unless you and HSF agree otherwise. If you are using the Service for commercial purposes, each party will be responsible for paying any JAMS filing, administrative and arbitrator fees in accordance with JAMS rules, and the award rendered by the arbitrator shall include costs of arbitration, reasonable attorneys' fees and reasonable costs for expert and other witnesses. If you are an individual using the Service for non-commercial purposes: (i) JAMS may require you to pay a fee for the initiation of your case, unless you apply for and successfully obtain a fee waiver from JAMS; (ii) the award rendered by the arbitrator may include your costs of arbitration, your reasonable attorney's fees, and your reasonable costs for expert and other witnesses; and (iii) you may sue in a small claims court of competent jurisdiction without first engaging in arbitration, but this does not absolve you of your commitment to engage in the informal dispute resolution process. Any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Nothing in this Section shall be deemed as preventing HSF from seeking injunctive or other equitable relief from the courts, as necessary, to prevent the actual or threatened infringement, misappropriation, or violation of our data security, Intellectual Property Rights or other proprietary rights.

C. **Class Action/Jury Trial Waiver**. WITH RESPECT TO ALL PERSONS AND ENTITIES, REGARDLESS OF WHETHER THEY HAVE OBTAINED OR USED THE SERVICE FOR

<span style="color:red">**App.33**</span>

PERSONAL, COMMERCIAL OR OTHER PURPOSES, ALL CLAIMS MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE PROCEEDING. THIS WAIVER APPLIES TO CLASS ARBITRATION, AND, UNLESS WE AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. YOU AGREE THAT, BY ENTERING INTO THIS AGREEMENT, YOU AND COMPANY ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR OTHER REPRESENTATIVE PROCEEDING OF ANY KIND.

- 
**General**

**A. Assignment.**  This Agreement, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. Any attempted transfer or assignment in violation hereof shall be null and void.

**B. Notification Procedures and Changes to the Agreement.**  Company may provide notifications, whether such notifications are required by law or are for marketing or other business-related purposes, to you via email notice, written or hard copy notice, or through posting of such notice on our website, as determined by us, at our sole discretion. Company reserves the right to determine the form and means of providing notifications to our Users, provided that you may opt out of certain means of notification as described in this Agreement. Company is not responsible for any automatic filtering you or your network provider may apply to email notifications we send to the email address you provide us. Company may, at its sole discretion, modify or update this Agreement from time to time, and so you should review this page, periodically. When we change the Agreement in a material manner, we will update the "last modified" date at the bottom of this page. Your continued use of the Service after any such change constitutes your acceptance of the new Terms of Use. If you do not agree to any of these terms or any future Terms of Use, do not use or access (or continue to access) the Service.

App.34

**C. Entire Agreement/Severability.**  This Agreement, together with any amendments and any additional agreements you may enter into with Company in connection with the Service, shall constitute the entire agreement between you and us concerning the Service. If any provision of this Agreement is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of this Agreement, which shall remain in full force and effect, except that in the event of unenforceability of the universal Class Action/Jury Trial Waiver, the entire arbitration agreement shall be unenforceable.

**D. No Waiver.**  No waiver of any term of this Agreement shall be deemed a further or continuing waiver of such term or any other term, and Company's failure to assert any right or provision under this Agreement shall not constitute a waiver of such right or provision.

**E. Contact.**  Please contact us via our message center with any questions regarding this Agreement.

This Agreement was last modified on December 19, 2014.

©2015 HSFT LLC | Terms of Use | Privacy Policy

Support HSF

Scholar Program

Volunteer

Events

Resources

College Prep

Scholarship Finder

College Finder



**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

[Privacy Policy](#)

[Terms of Use](#)

©Hispanic Scholarship Fund 2021

# EXHIBIT 7

# Privacy Policy

The Hispanic Scholarship Fund ("we", "us", "HSF" or "Company") is committed to respecting your privacy.  This privacy policy explains how we collect, use, disclose, and protect information that we collect through the process of providing our Service, and your choices about the collection and use of your information. This is our general Privacy Policy. Please refer to the Donor Privacy Policy section below for additional privacy guarantees specific to donors.

Capitalized terms that are not defined in this Privacy Policy have the meaning given to them in our Terms of Use.

Click on the links below to jump to each section:

- How We Collect and Use Information
- Sharing of Your Information
- How We Store and Protect Your Information
- Choices about Your Information
- Children's Privacy
- Links to Other Websites and Services
- Your California Privacy Rights
- Your Rights Under the Family Education Rights and Privacy Act
- Donor Privacy Policy
- Donor Bill of Rights
- Changes to Our Privacy Policy

App.38

## • HOW WE COLLECT AND USE INFORMATION

**Information we collect from you directly:**

- **Registration and profile information.** We may ask that you provide personal information when you use the Services, such as by registering on our site, applying for a scholarship, or corresponding with us, including, but not limited to, your first and last name, birth date, phone number, e-mail address, and photos   We may also ask for a variety of personal details to populate your scholarship application or website profile, such as your school, academic history, transcripts, financial aid information, student record information obtained from your school or other educational institution, demographic information, verification of enrollment, Grade Point Average (GPA), work history, interest, hobbies, affiliations and other pertinent information   We may retain any messages you send through the Service, and may collect information you provide in User Content you post to the Service.  We use this information to operate, maintain, and provide you with the features and functionality of the Service.

- **Information we may receive from third parties.** We may receive information about you from third parties. For example, we may collect information about you from social media sites.  If you access our website or Service through a third-party connection or log-in, for example, through Facebook Connect, or by "following," or "liking," this scholarship organization, or sharing your activities on our site on social media, etc., that third party may pass certain information about your use of its service to us. This information could include, but is not limited to, the user ID associated with your account (for example, your Facebook User ID), an access token necessary to access that service, any information that you have permitted the third party to share with us, and any information you have made public in connection with that service. This information may be used to pre-populate your account. If you allow us access to your friends' list, your friends' user IDs, and your connection to those friends, may be used and stored. You should always review, and if necessary, adjust your privacy settings on third-party websites and services before linking or connecting them to this scholarship organization. You may also unlink your third party account from the Service by adjusting your settings on the third party service.  If you unlink your third party account, we will remove the information collected about you in connection with that service.  We may also request and collect information about you from third parties such as teachers, schools, and other referral sources, providers of background check services, billing and credit agencies, and other third parties.

- **Messages and User Generated Content.**  We collect information when you post content and messaging to the site, such as publishing or commenting on a blog post. We may also collect information when you communicate with us.
We use the information we collect or receive to operate, maintain, and provide you with the features and functionality of the Service, as well as to communicate directly with you.  For instance, we may use information you provide us for purposes such as statistical analysis, marketing and promoting our scholarship programs, and referrals for internships and financial aid opportunities. We may send you emails containing updates, newsletters, or information about your scholarship applications.  If you do not want to receive such email messages, you will be given the option to opt-out or change your preferences.  We also use your information to send you Service-related emails (e.g., account verification, purchase and billing confirmations and reminders, changes/updates to features of the Service, technical and security notices)  You may not opt-out of Service-related e-mails.

App.39

**Information we collect through technology:**

- **Analytics information.**   We may directly collect analytics data, or use third-party analytics tools, to help us measure traffic and usage trends for the Service.  These tools collect information sent by your browser or mobile device, including the pages you visit and other information that assists us in improving the Service. We collect and use this analytics information in aggregate form such that it cannot reasonably be manipulated to identify any particular individual User.

- **Cookies information.**   When you visit the Service, we may send one or more cookies — a small text file containing a string of alphanumeric characters — to your computer that uniquely identifies your browser and lets us help you log in faster and enhance your navigation through the site.  A cookie may also convey information to us about how you use the Service (e.g., the pages you view, the links you click and other actions you take on the Service), and allow us or our business partners to track your usage of the Service over time. A persistent cookie remains on your hard drive after you close your browser.  Persistent cookies may be used by your browser on subsequent visits to the site.  Persistent cookies can be removed by following your web browser's directions.  A session cookie is temporary and disappears after you close your browser.  You can reset your web browser to refuse all cookies or to indicate when a cookie is being sent.  However, some features of the Service may not function properly if the ability to accept cookies is disabled.

- **Log file information.**   Log file information is automatically reported by your browser or mobile device each time you access the Service.  When you use our Service, our servers automatically record certain log file information.  These server logs may include anonymous information such as your web request, Internet Protocol ("IP") address, browser type, referring / exit pages and URLs, number of clicks and how you interact with links on the Service, domain names, landing pages, pages viewed, and other such information.

- **Clear GIFs/web beacons information.**   When you use the Service, we may employ clear Graphics Interchange Format (GIF), also known as web beacons, which are used to anonymously track the online usage patterns of our Users.  In addition, we may also use clear GIFs in HTML-based emails sent to our users to track which emails are opened and which links are clicked by recipients.  The information allows for more accurate reporting and improvement of the Service.

- **Device identifiers.**   When you access the Service by or through a mobile device (including but not limited to smart-phones or tablets), we may access, collect, monitor and/or remotely store one or more unique device identifiers.  Device identifiers are small data files or similar data structures stored on or associated with your mobile device, which uniquely identify your mobile device.  A device identifier may be data stored in connection with the device hardware, data stored in connection with the device's operating system or other software, or data sent to the device by Company.  A device identifier may convey information to us about how you browse and use the Service.  A device identifier may remain persistently on your device, to help you log in faster and enhance your navigation through the Service.  Some features of the Service may not function properly if use or availability of device identifiers is impaired or disabled.

**App.40**

- **Use of information collected through technology.**  We use or may use cookies, log file, device identifiers, and clear GIFs information to:  (a) remember information so that you will not have to re-enter it during your visit or the next time you visit the site; (b) provide custom, personalized content and information; (c) to provide and monitor the effectiveness of our Service; (d) monitor aggregate metrics such as total number of visitors, traffic, and demographic patterns; and (e) diagnose or fix technology problems.

Top

- **SHARING OF YOUR INFORMATION**

We may share your personal information in the instances described below.  For further information on your choices regarding your information, see the "Your Choices Regarding Your Information" section below.

**Who we may share your information with:**

- We may share your information with third-party business partners, vendors, donors, consultants, and other service providers that perform services on our behalf, in order to carry out their work for us, which may include content or service fulfillment, background checks, credit reports, billing, or providing analytics services.

- Our business partners who offer a service to you jointly with us, for example, when running a co-sponsored scholarship or promotion.

- Third parties at your request.  For example, you may have the option to share your activities on our site with your friends through social media or, if you choose to participate in our mentor-mentee program, certain information that you provide us to facilitate matching you with a mentor or mentee, as applicable.

- With the public.  Remember that any content that you voluntarily disclose for posting to the Site, such as your public profile, blog content or commentary, becomes available to the public. You may control your privacy settings by going to your account profile and setting your privacy setting to Private.  Additionally, we may make use of your name, photo, and/or profile information on our site or on our partners' sites, for example if you are a scholarship applicant, recipient, or alumni with a personal story to share, and if you have connected with us on social media we may display your name, photo, and/or profile information on our social media page.

- Other parties in connection with any company transaction, such as a merger, sale of company assets or shares, reorganization, financing, change of control or acquisition of all or a portion of our business by another company or third party or in the event of bankruptcy or related or similar proceedings.

- Third parties as required to (i) satisfy any applicable law, regulation, subpoena/court order, legal process or other government request, (ii) enforce our Terms of Use Agreement, including the investigation of potential violations thereof, (iii) investigate and defend ourselves against any third party claims or allegations, (iv)

App.41

protect against harm to the rights, property or safety of this organization, its users or the public as required or permitted by law and (v) detect, prevent or otherwise address criminal (including fraud or stalking), security or technical issues.

- We may share information we collect through technology, such as  cookies, log files, device identifiers, and clear GIFs (such as anonymous usage data, referring/exit pages and URLs, platform types, number of clicks, etc.): (i) with our third-party partners for the purposes described in the section above on "How We Collect and Use Information."  We may also aggregate or otherwise strip data of all personally identifying characteristics and may share that aggregated, anonymized data with third parties.

- **HOW WE STORE AND PROTECT YOUR INFORMATION**

We care about the security of your information and use commercially reasonable physical, administrative, and technological safeguards to preserve the integrity and security of all information we collect and that we share with our service providers.  However, no security system is impenetrable and we cannot guarantee the security of our systems 100%.  In the event that any information under our control is compromised as a result of a breach of security, we will take reasonable steps to investigate the situation and where appropriate, notify those individuals whose information may have been compromised and take other steps, in accordance with any applicable laws and regulations.

Top

- **CHOICES ABOUT YOUR INFORMATION**

You control your account information and settings.    You may update your profile information and email-communication preferences at any time by logging in to your account.  You can also stop receiving promotional email communications from us by clicking on the "unsubscribe link" provided in such communications.  We make every effort to promptly process all unsubscribe requests.  As noted above, you may not opt out of Service-related communications (e.g., account verification, purchase and billing confirmations and reminders, changes/updates to features of the Service, technical and security notices).  If you have any questions about reviewing or modifying your account information, you can contact us directly through the message center.

**Tracking Technology.**  The only way to completely opt out of the collection of any information through cookies or other tracking technology is to actively manage the settings on your browser or mobile device.  Please refer to your mobile device or browser's

App.42

technical information for instructions on how to delete and disable cookies, and other tracking/recording tools. To learn more about cookies, clear GIFs/web beacons and related technologies, you may wish to visit http://www.allaboutcookies.org and/or the Network Advertising Initiative's online resources, located at http://www.networkadvertising.org. Depending on your type of device, it may not be possible to delete or disable tracking mechanisms on your mobile device. Note that disabling cookies and/or other tracking tools prevents this organization and its partners from tracking your browser's activities in relation to the Services. However, doing so may disable many of the features available through the Services. If you have any questions about opting out of the collection of cookies and other tracking/recording tools, you can contact us directly through the message center.

Following termination or deactivation of your User account, we may retain your profile information and User Content. We may also continue to display your profile information and/or personal story on the site unless you request that we discontinue use. Please contact us directly through the message center to request that your information be disabled from public view.

Top

- **CHILDREN'S PRIVACY**

This company does not knowingly collect or solicit any information from anyone under the age of 13 or knowingly allow such persons to register as Users. The Service and its content are not directed at children under the age of 13. In the event that we learn that we have collected personal information from a child under age 13 without verification of parental consent, we will delete that information as quickly as possible. If you believe that we might have any information from or about a child under 13, please contact us via the message center.

Top

- **LINKS TO OTHER WEBSITES AND SERVICES**

The Services may, from time to time, contain links to and from third party websites of our partners, advertisers, partner merchants, social networks, retailers and affiliates.  If you follow a link to any of these websites, please note that these websites have their own privacy policies and that we do not accept any responsibility or liability for their policies. Please check the individual policies before you submit any information to those websites.

Top

- **YOUR CALIFORNIA PRIVACY RIGHTS**

We collect various types of personal information about you both online and offline, as described in this privacy policy.  Under California law, clients who are residents of California may request certain information about our disclosure of personal information during the prior calendar year to third parties for their direct marketing purposes. To make such a request, please contact us via the message center.

Alternatively, you may send us an email through the message center with the words "California Privacy Rights" in the subject line.

Top

- **YOUR RIGHTS UNDER THE FAMILY EDUCATION RIGHTS AND PRIVACY ACT**

The Family Education Rights and Privacy Act ("FERPA") requires that you must give consent for your institution to release information in your student education records to us.  Certain aspects of the Services, such as applying for a scholarship, may require your institution to release academic and financial information pertinent to your candidacy for scholarships and/or programs. We will ask for your consent when you agree to use such aspects of the Services, and understand that you may revoke your consent at any time by giving written notice to your institution and this scholarship organization.

Top

- **HSF DONOR PRIVACY POLICY/STATEMENT**

App.44

HSF respects the privacy of its donors.  This section of the Privacy Policy relates specifically to our donors.  Our general website Privacy Policy provides helpful information about our data practices. Please see the Privacy Policy above for terms governing our general website privacy terms and related information and disclosures.

**HSF Donor Privacy Statement:**  HSF will never trade, share or sell Donor Personal Information with anyone else, except as required by law.  For purposes of our Donor Privacy Policy, "Donor Personal Information" means information that identifies donors personally, such as a donor's name, address, email address, and telephone number.  HSF maintains Donor Personal Information for purposes of informing you of opportunities to participate in and/or support the mission and work of the Hispanic Scholarship Fund. At any time, you may request to be removed from our contact list **or revoke your authorization (if previously given) for HSF to share Personal Information</strong >. To do so, simply** contact us.

**Collection of Donor Information**.  If you register to participate in an HSF event (e.g. a dinner, outreach event, golf tournament, etc.) using our event registration site, we collect your Donor Personal Information.  We may also ask you if you are an HSF scholarship recipient to better understand the community involvement of our alumni.

**Contribution**.  If you choose to use a credit card to donate or purchase through this site, we process through a secure third party payment gateway, Authorize.net standard credit card information (card number, card type, expiration date) and keep a record of your financial transaction. Credit card numbers are passed through Authorize.net only until the charge can be processed (usually several minutes). HSF does not retain credit card information. If you submit your credit card information on paper, the information is destroyed immediately after the transaction is complete.

**Requests**.  If you submit an online request for HSF products such as free brochures, or submit a question through a "contact us" query, we may have to gather additional information from you to respond to your request. Such information will vary with the request but often includes name, shipping address, telephone number, and email address.

App.45

**Use of Donor Data**.  If you provide Donor Personal Information to HSF, we may enter your name into our constituent database and contact you in order to:

- Complete voluntary surveys seeking feedback for quality and service improvement purposes.
- Supply you with information including HSF related news, HSF programs, events and services.
- Request voluntary time or monetary contributions to HSF.

Request your participation in an HSF research studies.

Additionally, our annual report publishes the names of individuals who contribute $1,000 and above. You may, however, choose to waive this benefit by designating your support as "anonymous." This ensures your name will never appear on any public, HSF donor list.

This Donor Privacy Policy applies to all Donor Personal Information that HSF receives, both online (including through its website or mobile applications) and offline, as well as other electronic, written, or oral communications.  To the extent any donations are processed through a third-party service provider, Donor Personal Information will be used only for purposes of processing the donation.

Top

- **DONOR BILL OF RIGHTS**

The Hispanic Scholarship Fund adheres to the Donor Bill of Rights created by the Association of Fundraising Professionals (AFP), the Association for Healthcare Philanthropy (AHP), the Council for Advancement and Support of Education (CASE), and the Giving Institute: Leading Consultants to Non-Profits.

Philanthropy is based on voluntary action for the common good.  It is a tradition of giving and sharing that is primary to the quality of life.  To assure that philanthropy merits the respect and trust of the general public and that donors and prospective donors can have full confidence in the not-for-profit organizations and causes they are asked to support, it is declared that all donors have these rights.

**App.46**

- To be informed of the organization's mission, of the way the organization intends to use donated resources, and of its capacity to use donations effectively for their intended purpose.
- To be informed of the identity of those serving on the organization's governing board and to expect the board to exercise prudent judgment in its stewardship responsibilities.
- To have access to the organization's most recent financial statements.
- To be assured their gifts will be used for the purposes for which they were given.
- To receive appropriate acknowledgment and recognition.
- To be assured that information about their donations is handled with respect and with confidentiality to the extent provided by law.
- To expect that all relationships with individuals representing organizations of interest to the donor will be professional in nature.
- To be informed whether those seeking donations are volunteers or employees of the organization or hired solicitors.
- To have the opportunity for their names to be deleted from mailing lists that an organization may intend to share.
- To ask questions when making a donation and receive prompt, truthful, and forthright answers.

Top


- **CHANGES TO OUR PRIVACY POLICY**

This company may modify or update this Privacy Policy from time to time to reflect the changes in our business and practices, and so you should review this page periodically. When we change the policy in a material manner we will let you know and update the 'last modified' date at the bottom of this page.


- **CONTACT US**

For questions regarding our Privacy Policy or compliance, please send an email through the message center.


Top


Updated: January 2021

App.47

**Support HSF**

**Scholar Program**

**Volunteer**

**Events**

**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Resources**

College Prep

Scholarship Finder

College Finder

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

   

Privacy Policy

Terms of Use

App.48

©Hispanic Scholarship Fund 2021

App.49

# EXHIBIT 8

Home > Help Center

# Help Center

Student  |  HSF Scholar Program selection                                    ⌄

**How are students selected as HSF Scholars?**                               −

Successful candidates are selected based on academic achievement, personal strengths, leadership, and extracurricular accomplishment.

Completed applications are evaluated by HSF certified readers. Once they have been read, we then begin our rigorous process of selection. It is important that the information an applicant provides regarding his/her intended school/major be as up to date as possible, prior to our selection process.

Timeline:

**January** – Phase I of the HSF Scholar Program application opens January 5, 2025 and closes, February 15, 2025, 2:00 PM PT.
**Early March** – Applicants are evaluated and the most competitive are selected as Finalists.
**March** – Finalists are announced and asked to complete Phase II of the HSF Scholar Program application. Students must submit essays, recommendations, transcripts, their FAFSA, and other related documents.
**June** – HSF Scholar pre-selection announcements are sent (includes both funded and waitlisted students).
**June to December** – Final Document Verification (financial aid award letter, enrollment verification, and related documents).
**December** – HSF Scholar designations are finalized, and awards are disbursed (if applicable) after the verification process is complete.

If I am already an HSF Scholar, do I lose my designation if I am not selected in the current or future cycles?            +

Can I receive more than one monetary award per academic year?                +

I have a really high GPA and consider myself a strong candidate. Why was I not selected as an HSF Scholar?               +

I have been selected for a monetary award and am/will be deferring school in the fall term; am I still eligible for the scholarship?                                                                                                        +

I have been selected and I applied for multiple scholarship programs administered by HSF. Can I wait to see if I can get a higher award amount?                                                                                          +

I have been notified that I was pre-selected as an HSF Scholar but waitlisted for an award. What does that mean?        +

App.51

I have been awarded an HSF Scholarship (monetary award). When will I receive my scholarship money?    +

**Support HSF**

**Scholar Program**

**Volunteer**

**Events**

**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Resources**

College Prep

Scholarship Finder

College Finder

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

WELLS FARGO

Privacy Policy

Terms of Use

©Hispanic Scholarship Fund 2021

# EXHIBIT 9

App.53

# Ways to Volunteer



As an HSF volunteer you play an important role in helping students, parents, Scholars, and Alumni get the information and resources they need to succeed.

## Ways to Volunteer?

**HSF Scholarship Essay Reader**

Readers play a critical role in maintaining the integrity of the HSF Scholarship Applicaiton review process by ensuring HSF selects the best and the brightest students to become HSF Scholars

**HSF Career Coach Program**

App.54

HSF Career Coach program prepares, guides, and connects HSF Scholars to professionals in a broad range of careers.

**HSF Mentor Program**

The HSF Mentor program pairs students with college graduates, usually HSF Alumni, as well as other distinguished professionals who serve as mentors

**HSF Volunteer (select HSF Programs & Events)**

HSF Student & Parent Programs, HSF Scholar Conferences, Signature Events, HSF Headquarters, HSF Advisory Councils (35 cities across the US)

Join myHSF and indicate your volunteer preferences so we may contact you for additional information on how to stay connected with HSF and help us help our community grow their futures

**Support HSF**

**Scholar Program**

**Volunteer**

**Events**

**About HSF**

HSF Partners

**Resources**

College Prep

Scholarship Finder

College Finder

**Company**

Contact Us

App.55



Press and Media

#HSF Stories

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

Privacy Policy

Terms of Use

©Hispanic Scholarship Fund 2021

# EXHIBIT 10

App.57

Applying to college this fall? Get comprehensive one-on-one college essay and application coaching. Click to learn more.    ✕

# College Essay Guy

College essay coaching

Student Resources (/blog?category=Student+Resources), Financial Aid (/blog?category=Financial+Aid)

## The Hispanic Scholarship Fund: A Guide to what it is and how to apply

✕

### GET YOUR COLLEGE APPLICATION REVIEWED

**By one of our expert college essay & application coaches**

Comprehensive reviews of your personal statement, supplemental essays, activities list and more. PLUS a detailed video summary with action steps from your reviewer.

GET YOUR APPLICATION REVIEWED

Have a Question?

App.58



EXPLORE CEG:



(https://www.collegeessayguy.com/m

Yup. Free **1-on-1** college application coaching for you. Apply today



(https://www.collegeessayguy.com/c essay-coaching? utm_campaign=blog_sidebar&utm_m



(https://www.collegeessayguy.com/c essay-courses)

Check out our library of live and on demand video courses at Pay-What-You-Can prices.



(https://www.collegeessayguy.com/w

Are you a student of Hispanic/Latino heritage looking for ways to fund your college education? Great: The Hispanic Scholarship Fund (HSF) can provide invaluable financial aid and support to help you achieve your academic and professional goals.

Every year, the HSF supports ambitious students to ensure they have the resources to excel in their college coursework, graduate, reach their career goals, and more.

The organization's most well-known offerings are generous college scholarships, ranging from $500 to $5,000. To date, the HSF has awarded over $730 million in scholarships,

- So who's eligible for an HSF scholarship?
- How do you apply?
- When is the application deadline?
- Are there any similar scholarship opportunities for students from diverse backgrounds?

This guide will answer all of those questions! Let's begin with a brief overview of the Hispanic Scholarship Fund's history and mission.

## TABLE OF CONTENTS

(click to skip ahead)

- **What is the Hispanic Scholarship Fund?**

App.59

- What is the Hispanic Scholarship Fund?
- The Hispanic Scholarship Fund eligibility requirements
- How to apply for the Hispanic Scholarship Fund
- The Hispanic Scholarship Fund Application Timeline
- Other scholarships for Hispanic/Latine students
- Scholarship application tips
- Final thoughts

live-events)

Check out the latest free live events from the CEG Team.



(http://bit.ly/2rZ9nEV)

Order the Book: College Essay Essentials

# WHAT IS THE HISPANIC SCHOLARSHIP FUND?

**Founded in 1975, the Hispanic Scholarship Fund aims to empower Hispanic students to pursue higher education and achieve their full potential.** To achieve that goal, HSF provides financial assistance, mentorship, career development, and leadership training services.

One of the most renowned initiatives of the organization is the HSF Scholar Program.

The HSF Scholar Program offers financial aid and comprehensive support services to help students succeed academically and professionally. Every year, 10,000 students are selected to participate in the HSF Scholar Program.

HSF Scholars are eligible for annual scholarships, ranging from $500 to $5,000 per scholarship. The program determines the exact amount of the scholarship based on a student's financial need.

# THE HISPANIC SCHOLARSHIP FUND ELIGIBILITY REQUIREMENTS

If you want to apply to become part of the Hispanic Scholarship Fund network, it's first essential to ensure you meet the eligibility requirements:

- Must be of Hispanic heritage
- U.S. citizen, permanent legal resident, or DACA recipient
- Minimum of 3.0 GPA on a 4.0 scale (or equivalent) for high school students; minimum of 2.5 GPA on a 4.0 scale (or equivalent) for college and graduate students
- Plan to enroll full-time in an accredited, public or not-for-profit, four-year university, or graduate school, in the US, for the upcoming academic year
- Submit the FAFSA or state-based financial aid forms (if applicable)

# HOW TO APPLY FOR THE HISPANIC SCHOLARSHIP FUND

To apply for the Hispanic Scholarship Fund, start by creating an account here. (https://www.hsf.net/sign-up/)

Once you've verified your account email address, **the next step is to complete your HSF profile.** To do that, you'll share information about your personal background (e.g., name, ethnicity, U.S. residency status, contact info), education level, work history, and more.



App.60

ethnicity, U.S. residency status or DACA info, educational level, work history, and more.

Based on that information, **the HSF applicant portal will generate a list of recommended scholarships for your specific qualifications and needs.**

The portal will also use the information you share to determine your eligibility to become one of the 10,000 students selected for the HSF Scholar Program.

**If selected, you'll need to complete an application requiring the following:**

- Your high school or college transcript—An official document that provides your academic record and GPA.

- Your completed FAFSA—The Free Application for Federal Student Aid ( (https://
If selected, you'll need to complete an application requiring the following:

  Your high school or college transcript—An official document that provides your academic record and GPA.
  Your completed FAFSA—The Free Application for Federal Student Aid (FAFSA) form determines your eligibility for federal financial aid. (For a guide to completing the FAFSA, head here.)
  Your Student Aid Report (SAR)—A summary of the FAFSA that outlines your financial aid eligibility based on the information you provided.
  Financial aid award letter—A letter from your college or university detailing the financial aid package you have been offered, including grants, loans, and scholarships. (Here's a guide to reading/understanding award letters.)
  A headshot—A recent photograph of yourself, typically used for identification purposes in the application process.
  College enrollment verification—Proof from your college or university showing you are currently enrolled in a degree program.
  A personal essay—A written statement that allows you to share your story, goals, and reasons for pursuing higher education and desire to be an HSF Scholar. (For more on writing scholarship essays, head here.)
  A recommendation letter—A letter from a teacher, counselor, or employer supporting your application and highlighting your strengths. (Here's a guide to recommendation letters.)
  Employment Authorization Document (EAD)—If you're a DACA recipient, this document confirms your legal authorization to work in the U.S.)FAFSA form determines your eligibility for federal financial aid. (For a guide to completing the FAFSA, head here (/paying-for-college/fafsa/how-to).)

- Your Student Aid Report (SAR)—A summary of the FAFSA that outlines your financial aid eligibility based on the information you provided.

- Financial aid award letter—A letter from your college or university detailing the financial aid package you have been offered, including grants, loans, and scholarships. (Here's a guide to reading/understanding award letters. (/paying-for-college/awards/reading-comparing))

- A headshot—A recent photograph of yourself, typically used for identification purposes in the application process.

- College enrollment verification—Proof from your college or university showing you are currently enrolled in a degree program.

- A personal essay—A written statement that allows you to share your story, goals, and reasons for pursuing higher education and desire to be an HSF Scholar. (For more on writing scholarship essays, head here (/blog/how-to-write-a-scholarship-essay).)

**App.61**

- A recommendation letter—A letter from a teacher, counselor, or employer supporting your application and highlighting your strengths. (Here's a guide to recommendation letters. (/blog/how-to-ask-for-a-letter-of-recommendation))

- Employment Authorization Document (EAD)—If you're a DACA recipient, this document confirms your legal authorization to work in the U.S.

## THE HISPANIC SCHOLARSHIP FUND APPLICATION TIMELINE

The application for the Hispanic Scholarship Fund Scholar program runs according to the following timeline:

**January 1**—The application becomes available to the public.

**February 15**—Application deadline.

**March**—The program selects finalists.

**June**—HSF makes the final selection of students to join the Scholar program.

**June to November**—Students must submit additional documents, including their financial aid award letters and enrollment verification forms.

**December**—Students receive an HSF scholarship, ranging from $500 to $5,000.

## OTHER SCHOLARSHIPS FOR HISPANIC/LATINE STUDENTS

The Hispanic Scholarship Fund Scholar Program isn't the only financial resource available for Hispanic and Latine students. There are also several other scholarship programs specifically designed to support your academic journey.

Hispanic Scholarship Consortium (HSC) Scholars Program (https://www.hispanicscholar.org/apply)

Like the HSF, the Hispanic Scholarship Consortium offers several scholarships and support services to Hispanic/Latine students to help them succeed in higher education and beyond.

McDonald's HACER National Scholarship (https://www.mcdonalds.com/us/en-us/community/hacer.html)

McDonald's offers the HACER National Scholarship to Hispanic high school seniors who show academic achievement, community involvement, and financial need. The scholarship awards range from $5,000 to $100,000.

Latinos in Technology Scholarship (https://www.siliconvalleycf.org/scholarships/latinos-in-technology-scholarship)

This scholarship is for Latino students pursuing a degree in a STEM-related field. You must be enrolled at a four-year college in Silicon Valley or plan to transfer there. The scholarship offers up to $30,000

scholarship plans up to $10,000.

Hispanic Heritage Youth Awards
(https://hispanicheritage.org/programs/leadership/youth-awards/)

The Hispanic Heritage Foundation offers these awards to high school seniors who excel in one of several categories, like business, healthcare, or education. Winners receive up to $3,500 and are recognized at a regional award ceremony.

For even more scholarships for Hispanic and Latine students, check out the following resources:

- 40 Scholarships for Hispanics and Latinos in 2024
  (https://www.goingmerry.com/blog/scholarships-for-hispanics/)
- Top 85 Scholarships for Hispanic Students (https://bold.org/scholarships/by-demographics/minorities/hispanic-students-scholarships/)

# SCHOLARSHIP APPLICATION TIPS

Scholarship applications can be challenging to navigate, especially if it's your first time applying or you're juggling multiple deadlines. Here are seven tips on how to make the process of applying for the HSF Scholars Program smoother and improve your chances of success.

## 1. START EARLY

When applying for the Hispanic Scholarship Fund (HSF), give yourself plenty of time. The application process requires you to gather various documents, like your transcript, FAFSA (https://www.collegeessayguy.com/paying-for-college/fafsa/101), and recommendation letter. Starting early will give you the time to thoughtfully complete each step without feeling rushed.

## 2. FOLLOW INSTRUCTIONS CAREFULLY

HSF has specific guidelines for the application, and missing a requirement could disqualify you. Make sure to read every instruction thoroughly and provide all requested documents. This includes ensuring that your FAFSA and Student Aid Report are up to date.

## 3. CRAFT A COMPELLING PERSONAL ESSAY

Your essay is one of the most important parts of your HSF application. It's your opportunity to share your unique story, challenges, and goals. Be honest and specific about how receiving the scholarship will help you achieve your educational and career dreams. Aim to make your essay personal, engaging, and focused on what makes you stand out.

Here are some resources to help you write scholarship essays:

- How to Write a Scholarship Essay: Complete Guide + Examples
  (https://www.collegeessayguy.com/blog/how-to-write-a-scholarship-essay)
- 14 Scholarship Essay Examples That Won Thousands 2024
  (https://www.collegeessayguy.com/blog/scholarship-essay-examples)

## 4. GET A STRONG RECOMMENDATION LETTER

App.63

Choose someone who knows you well as a student and can speak to your strengths in your recommendation letter. For HSF, it's also important that your recommender can highlight your leadership potential, academic strengths, and commitment to your community.

We recommend reaching out to potential recommender as soon as you know you're applying for the scholarship, ideally giving them at least 3-4 weeks to complete it.

Here's a resource on how to best ask for a recommendation letter:

- How to Ask for a Letter of Recommendation (https://www.collegeessayguy.com/blog/how-to-ask-for-a-letter-of-recommendation)

## 5. PROOFREAD EVERYTHING

Before submitting your HSF application, proofread all sections carefully. Double-check your personal information, essay, and any additional documents. Spelling, grammar, or formatting errors can make your application look less polished.

Consider asking a friend or family member to review your materials to catch any mistakes you might have missed. You can also use free online proofreading tools, like Grammarly (https://www.grammarly.com/) and Hemingway (https://hemingwayapp.com/), to spot errors and improve the clarity of your writing.

## 6. SUBMIT YOUR APPLICATION ON TIME

Deadlines for the HSF application are strict. Mark your calendar with the submission dates and set reminders to ensure everything is completed on time. We recommend submitting your application a few days early to give yourself peace of mind and allow for any last-minute adjustments.

## 7. APPLY FOR OTHER SCHOLARSHIPS TOO

While the Hispanic Scholarship Fund is a great opportunity, don't limit yourself to just one scholarship application. Estimates show that around $100 million in scholarship money goes unclaimed (https://www.forbes.com/sites/markcperna/2021/11/01/100-million-in-scholarship-money-goes-unclaimed-every-year-does-it-have-to/) every year. So, look for additional scholarships!

You can start by checking out the other scholarships for Hispanic and Latine students shared earlier in this guide. Here are also a few other popular scholarships to consider:

- Coca Cola Scholarship (https://www.collegeessayguy.com/blog/coca-cola-scholarship)
- Pepsi Scholarship (https://www.collegeessayguy.com/blog/pepsi-scholarship)
- Questbridge College Prep Scholars Program (https://www.collegeessayguy.com/blog/questbridge-college-prep-scholars-program)
- The Gates Scholarship (https://www.collegeessayguy.com/blog/gates-scholarship)
- National Merit Scholarship (https://www.collegeessayguy.com/blog/national-merit-scholarship)

**And a final important note** that we highly recommend exploring local scholarships (https://www.collegeessayguy.com/paying-for-college/scholarships/local)—while the


App.64

scholarship amounts are often lower, so is the competition, thus increasing the likelihood of your getting the scholarship.

## FINAL THOUGHTS

The Hispanic Scholarship Fund is an incredible opportunity for Hispanic/Latine students seeking financial support and resources to succeed in college.

So, if you're eligible and ready to take the next step in your education, we encourage you to apply and take advantage of everything HSF has to offer.

But don't limit your options to just one scholarship. Continue learning about other financial aid opportunities that can help you achieve your academic goals.

For example, our guide on how to pay for college in 4 steps (https://www.collegeessayguy.com/paying-for-college/home) can give you more strategies to fund your education and ease the financial burden.


(/matchlighters)

Ameer Drane:

Ameer is a freelance writer who specializes in writing about college admissions and career development. Prior to freelancing, Ameer worked for three years as a college admissions consultant at a Hong Kong-based education center, helping local high school students prepare and apply for top colleges and universities in the US. He has a B.A. in Latin American Studies from the University of Chicago and an M.A. in Spanish Linguistics from UCLA. When he's not working, Ameer loves traveling, weight lifting, writing, reading, and learning foreign languages. He currently lives in Bangkok, Thailand.

*Top values: Growth / Diversity / Empathy*

Tagged: guide (/blog?tag=guide), Program (/blog?tag=Program), scholarship (/blog?tag=scholarship), financial aid (/blog?

App.65

◁ Share

COMMENTS (0)                                          Newest First

Preview      **POST COMMENT...**

Newer Post                                           Older Post
HOPE Scholarship and Requirements                    A Guide to Fly-in Programs (/blog/fly-in-
Guide (/blog/hope-scholarship-guide)                 programs-guide)

Welcome Back Toolkit (/welcome-back-toolkit)        About (/our-story)        Blog (/college-admissions-blog)

Podcast (http://www.collegeessayguy.com/podcast)        One-on-One (/college-essay-coaching)

Press (http://collegeessayguy.com/press)        First Generation / Low Income (/fgli-resource-center)

Privacy (https://www.collegeessayguy.com/privacy-policy)

Terms (https://www.collegeessayguy.com/terms-of-use-website)

Log In (https://www.collegeessayguy.com/login-dashboard)        Contact Us (/contact)

   

App.66



(/our-story)

Please Select

Please Select

**Send Me Your Best Resources**

Copyright College Essay Guy 2015-2025



(https://www.securitymetrics.com/site_certificate?
id=2311436&tk=ec4344df71897aeea9ef5513bea428e6)

# EXHIBIT 11

App.68

Elsie Rayon - Y'all!!! I could not be prouder of Mariana! 🎓✨ She's o... | Facebook

## Elsie Rayon's Post

**Elsie Rayon** is with **Evelyn Galvan** and **7 others**.

June 13 · 🌐

Y'all!!!
I could not be prouder of Mariana! 🎓✨
She's officially a **Hispanic Scholarship Fund** Scholar!

**#HSFScholar #HispanicScholarshipFund**



been selected as a 2025 HSF
Scholar! **Inbox** ☆

**H**   **HSF Schol...**   7:01PM   **Unsubscribe**   •••
to me ⌄

**HSF** ★ Empowering
Courageous Leaders

Mariana,

Congratulations!

We are pleased to announce that you have been
designated a 2025 HSF Scholar!

Being designated an HSF Scholar is a significant
accomplishment and distinction. This year, you are
one of the 10,000 students selected to be an HSF
Scholar from a highly competitive pool of over 69,000
applicants. This accomplishment is an
acknowledgment of your hard work and dedication.
Congratulations!

Write a comment...



<span style="color:red">App.69</span>

# EXHIBIT 12

Home > Help Center

# Help Center

**Student** | **General**                                                          ⌄

────────────────────────────────────────────────────────────────

**Are students selected for the HSF Scholar Program based on merit or financial need?**    −

The selection process for the HSF Scholar Program is based on merit. HSF does not consider financial need during the selection process. However, for Scholars who are selected to receive a scholarship, financial need will be taken into consideration to determine the amount of the award.

────────────────────────────────────────────────────────────────

How much are HSF Scholarship awards?                                                +

────────────────────────────────────────────────────────────────

When is the application for the HSF Scholar Program due?                             +

────────────────────────────────────────────────────────────────

What may the scholarship funds (monetary award) be used for?                        +

────────────────────────────────────────────────────────────────

Where does funding for the HSF Scholar Program come from?                           +

────────────────────────────────────────────────────────────────

Are there preferences for field of study and / or institutions for the HSF Scholar Program?    +

────────────────────────────────────────────────────────────────

Does HSF offer scholarships for K-12 students?                                      +

────────────────────────────────────────────────────────────────

Does the HSF Scholar Program provide scholarships for summer school?                +

────────────────────────────────────────────────────────────────

Does the HSF Scholar Program provide scholarships for study abroad?                 +

────────────────────────────────────────────────────────────────

Are HSF Scholarships (monetary awards) renewable?                                   +

────────────────────────────────────────────────────────────────

What are the non-financial benefits of being designated HSF Scholar?               +

────────────────────────────────────────────────────────────────

Does HSF verify the information applicants enter into the application?             +

────────────────────────────────────────────────────────────────

If I already have a myHSF account, will I have to enter all of my profile information again?    +

────────────────────────────────────────────────────────────────

I have tried several times to access my HSF Scholar Program application, but still have issues logging in. How can I get some    +
additional help?

────────────────────────────────────────────────────────────────

**App.71**



**Support HSF**

**Scholar Program**

**Volunteer**

**Events**

**About HSF**

HSF Partners

Press and Media

#HSF Stories

**Resources**

College Prep

Scholarship Finder

College Finder

**Company**

Contact Us

Help Center

HSF Blog

HSF Careers

HSF Financial Reports

**Technology Partner**

Privacy Policy

Terms of Use

©Hispanic Scholarship Fund 2021

App.72

# EXHIBIT 13

App.73



Hispanic Scholarship Partners

Corporate Partners    Foundation Partners    Strategic Partners

All Partners
Legacy Partners
Premier Partners
Champion Partners
Showcase Partners
Contributing Partners
Introductory Partners

## Corporate Partners

**All Partners**

App.74












































App.75





# EXHIBIT 14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN ALLIANCE FOR EQUAL RIGHTS**<br>3571 Far West Blvd #17<br>Austin, TX 78731,<br><br>*Plaintiff*,<br><br>v.<br><br><br>**HISPANIC SCHOLARSHIP FUND**<br>1015 15th St. Nw, Suite 1000<br>Washington, DC 20005,<br><br>*Defendant*. | Case No. 1:25-cv-4207 |

# DECLARATION OF EDWARD BLUM

I, Edward Blum, declare as follows:

1.    I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.    I am President of the American Alliance for Equal Rights.

3.    The Alliance is a nationwide membership organization dedicated to challenging distinctions and preferences made on the basis of race and ethnicity.

4.    The Alliance was founded in 2021. The IRS approved the Alliance as a 501(c)(3) tax-exempt organization that same year.

5.    Currently, the Alliance has more than 300 members. Its membership continues to grow.

6.    Members are actively involved in the Alliance and its affairs. Members voluntarily join the Alliance. They are aware of the Alliance's mission when they do. And members pay dues in order to join.

7.    The Alliance regularly updates members and receives their input about its litigation efforts and other activities.

8.    The Alliance represents its standing members in good faith.

1

App.78

9.      The Alliance has members who are harmed by the HSF Scholars Program, which is open only to students who "identify as being of Hispanic Heritage."

10.      Two of those members are Students A and B.

11.      The Alliance knows Students A and B. It knows their identities, backgrounds, and circumstances. I can confirm that the facts in their declarations are consistent with the Alliance's prior knowledge.

12.      Should a court order adequate relief, Students A and B are ready and able to timely apply to the HSF Scholars Program, the next cycle of which opens on January 5 and closes on February 15, 2026. Student A is also likewise ready and able to apply to a future cycle, including the following cycle that will open and close in early 2027.

13.      Students A and B satisfy all of the program's requirements, except for the ethnic one:

   a.  Student A is a high-school senior who will start at a four-year college during the 2026-27 term. And Student B is a second-year law student who will be in his third, and final, year of law school during 2026-27.

   b.  Student A has a 4.0 GPA, which is much higher than the 3.0 GPA that HSF requires for incoming undergraduates. Student B has a 3.63 GPA, which is in the top 25% at his law school—and well above the 2.5 GPA that HSF requires for graduate students.

   c.  Students A and B are United States citizens.

14.      If a court ordered the program to be equally open to all ethnicities, Students A and B would timely apply to the 2026 cycle before the February 15 deadline. Students A and B have already reviewed HSF's website, its program webpage, the program's benefits, and the program's eligibility criteria. If Students A and B were eligible, they would timely make HSF accounts and otherwise complete the HSF application. And Students A and B would submit a FAFSA or state-based financial-aid form so that they can compete for HSF's scholarships.

App.79

15.     But Students A and B cannot apply because they are not Hispanic. Student A is Asian American. And Student B is a non-Hispanic white. Neither of their parents or grandparents are from Argentina, Belize, Bolivia, Brazil, Chile, Colombia, Costa Rica, Cuba, Dominican Republic, Ecuador, Guatemala, Honduras, Mexico, Nicaragua, Panama, Paraguay, Peru, Portugal, El Salvador, Spain, Uruguay, or Venezuela. Student A's family is from China, and Student B's family is from America.

16.     Keeping the Alliance's membership anonymous is vitally important to the organization. Based on my experiences and discussions, I know that many people would not challenge programs like this one—or join organizations like the Alliance—without anonymity protections. I know the importance of anonymity not only from what members tell the Alliance, but also from my personal experiences leading the Alliance and another membership organization, Students for Fair Admissions.

17.     I have witnessed firsthand the retaliation that individuals can receive for bringing litigation challenging racial preferences. For example, I supported Abigail Fisher in her challenge to affirmative action in *Fisher v. Univ. of Texas at Austin*, 570 U.S. 297 (2013), and *Fisher v. Univ. of Texas at Austin*, 579 U.S. 365 (2016). Ms. Fisher "endured consistent harassment since 2008" as "a direct result of [her] involvement in that case." *SFFA v. Harvard*, Doc.150-4 ¶3, No. 1:14-cv-14176 (D. Mass. Apr. 29, 2016). She experienced "threats" and "insults" from across the country, and she suffered professionally. *See* ¶¶5, 9-10. Ms. Fisher explained that these experiences "often led [her] to second-guess [her] involvement in the case and as an advocate against unlawful affirmative action policies." ¶11.

18.     I regularly receive vile, anti-Semitic messages—including death threats—for my role leading organizations that oppose racial classifications. To take just a few examples:

    a.     I often receive threatening voicemails. Just a few days ago, for instance, I received a voicemail from an anonymous number, saying, "Fuck you Edward. Kill yourself you fucking piece of shit."

3

<span style="color:red">App.80</span>

b.   Another voicemail said, in an ominous voice, "I heard you didn't want to grow old. Guess what? That might just happen. You need to understand, [inaudible] is after you. And he's going to get you. Just think about that. When you look behind ya, you'll never know what's coming at ya."

c.   Earlier this year, I got a voicemail that said, "Hey Edward tiny-dick Blum. We know you don't believe in equal rights. We know you're a racist piece of shit. Go fuck your-self. I'm going to ruin your fucking career you stupid piece of shit because you are a scumbag traitor who should be fucking hanged for treason."

d.   I received an email from someone named Emily Persons that said, "I anxiously await news of your incapacitation due to severe illnesses."

e.   A poster on X attached my picture and wished for my death: "Ed Blum: I Hope You Are No Longer With Us Sooner Rather Than Later #Edward-Blum #SufferY-ouCoward #PureEvil."

f.   Another poster, commenting on a peaceful protest led by black men, complained that the protest was peaceful while "Ed Blum is wa[l]king around untouched."

g.   Someone named Kate Smith submitted a comment to the Alliance's website, saying she's "praying God removes you from this world; you don't belong here."

h.   A popular Instagram user, with nearly 200,000 followers, posted about one Alliance suit, gratuitously adding rumored information about the city where I live and even the color of my house.

i.   Another poster, a professor at Drake University and the founder of the Black Men's Literacy Project, added that "Ed Blum" backing an Alliance suit proves that "Jews have no ethics but benefits from donors."

App.81

j.  Another poster urged people "to go on the offensive with Ed Blum" by "drag[ging] his racist ass into the light."

19.     After the media reported on the Alliance's suit against the Fearless Fund—challenging a program much like the program here—I was the subject of a torrent of death threats on social media. Some examples include:

a.  "This Edward guy needs to disappear through a 'tragic accident'"

b.  "send shooters."

c.  "Some don't deserve to wake"

d.  "He needs to be handled."

e.  "The comment I wanted to write was gonna get flagged so imma just say this: 🧑 🔫,,

f.  "I can't say what I want to…but the world would be better without him"

g.  "Who's the guy suing and where does he live?"

h.  "Blooms, death is going to be very slow and very painfo"

i.  "just remove him from this plane of existence"

j.  "When will this HATER just F'ing die!"

k.  "That guy needs to be taken out back and given a hole in the head"

l.  "This boy needs to be gone"

20.     Anonymity protections are especially important today, given the surge of death threats that my organizations, my supporters, and I have faced in recent months. A few months ago, SFFA challenged a race-based program in Hawaii. *See Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*, Doc.1, No. 1:25-450 (D. Haw. Oct. 20, 2025). Before

App.82

and after the lawsuit was filed, I received a barrage of phone calls, emails, voicemails, and other sub-missions. The volume has been so large that I had to create a new email account and delist my personal phone number. The messages have been overwhelmingly hostile. Below is a sample:

    a. On September 15, 2025, an email was sent to my personal address from Melonee Iujan, which said: "I hope you fall on a sharp knife and choke."

    b. On September 8, 2025, Kainoa Silve sent an email to my personal account, which said: "I would absolutely beat the shit out of you if I ever saw you."

    c. On September 11, 2025, SFFA received an online submission from someone saying their name was "Fuck you edward faggot Blum." Their email address was "DumbHA-OLE.NI[**]ERS.CAN.SUCKMYDUCK@GMAIL.COM."

21.    In the last few days alone, I've received dozens of death threats on social media for the Hawaii case. Those threats are too numerous to list, but here are a few examples:

    a. "Dox Blums info, I'll go end this problem right now"

    b. "No Ed Blum no more lawsuit, just saying"

    c. "we're coming foa yo ass Edward Blum"

    d. "Must a butter knife be used only for butter?"

    e. "Someone gotta take one for da team and get that ed blum punk."

    f. "Who can get a piece of his hair???? Aksing por a pren"

    g. "Let our Hawaiian ancestors hunt them f######rs."

    h. "Gotta drown this faka!"

22.    Public supporters of my organizations have been greeted with death threats them-selves. Last month, for example, a highly outspoken commentator posted in support of SFFA, so a man named Jason Hatzi threatened to assassinate him:

        "I'm going to tell you straight to your face the same way I'm telling you here. You can get fucked. … Get fucked stay fucked. You want to talk about manners I'll slap you in

6

<span style="color:red">App.83</span>

the fucking mouth in person just as much as I'll slap you in the fucking mouth here. So fuck you and fuck your manners. And mother fucker you want to bring up Charlie Kirk as a threat,, we can go that route too I got a 45 just for your ass where the fuck you at? Punk mother fucker."

Jason Hatzi sent a similar message to the same supporter a day later:

"You are going to need reconstructive surgery when I'm done with you let's leave it there. And that's if I don't punch your fucking ticket all together."

Hatzi sent a third message a few days later:

"[T]he more shit you talk, the more of your bones I'm going to break. The first amendment guarantees you freedom of speech without legal repercussion. It don't say shit about me not stompng a mud hole in your face."

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2025

 

 

Edward Blum
President of American Alliance
for Equal Rights

App.85

# EXHIBIT 15

App.86

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**AMERICAN ALLIANCE FOR EQUAL RIGHTS**
3571 Far West Blvd #17
Austin, TX 78731,

*Plaintiff,*

v.

**HISPANIC SCHOLARSHIP FUND**
1015 15th St. Nw, Suite 1000
Washington, DC 20005,

*Defendant.*

Case No. 1:25-cv-4207

# DECLARATION OF STUDENT B

I, Student B, declare as follows:

1.    I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.    I am a second-year law student. I attend a top 50 law school in the Northeast where I am interested in pursuing a career in constitutional and civil-rights law.

3.    When I was applying to law school, I applied for scholarships. Some of the law schools I applied to offered me merit-based scholarships. And the law school that I eventually decided to attend offered me a scholarship, which pays for part of my tuition.

4.    Even still, I have a substantial amount of student debt—currently, at least $37,000. I am interested in scholarships that I could use to pay down this debt or to stop accruing more debt or interest.

5.    In my experience, scholarships for current law students are hard to come by.

6.    Before this year, I was unaware of the HSF Scholars Program, which is what I've been looking for except that I'm barred based on my ethnicity. I want to apply to the current cycle of the HSF Scholars Program, which opens on January 5 and closes on February 15, 2026.

1

App.87

7.     I meet all of the program's eligibility criteria aside from the demographic one. I currently have a 3.63, which is in the top 25th percentile at my law school. I will be enrolled in law school during the 2026 term, which is my third and final year. I'm a United States citizen. And I would submit a FAFSA or state-based financial-aid form so that I could compete for the $500 to $5,000 scholarship.

8.     I can't apply for the HSF Scholars Program, however, because I don't identify as being of Hispanic heritage. I am non-Hispanic white. My family is not from Argentina, Belize, Bolivia, Brazil, Chile, Colombia, Costa Rica, Cuba, Dominican Republic, Ecuador, Guatemala, Honduras, Mexico, Nicaragua, Panama, Paraguay, Peru, Portugal, El Salvador, Spain, Uruguay, or Venezuela.

9.     If I could, I would immediately apply to the HSF Scholars Program, most immediately for the 2026 cycle that opens in January. I have reviewed the HSF Scholars website and the "2025 HSF Scholar Program Application" page. I have also reviewed the HSF Scholar benefits, the HSF Scholar awards, and HSF's eligibility requirements. If a court ordered the program to be equally open to non-Hispanics, I would complete the HSF Scholar application after it opens on January 5 and submit that application before the application window closes on February 15, 2026. As part of that process, I would create an HSF account. Because I'm not currently eligible for the HSF Scholars Program, however, I haven't created an HSF account yet.

10.     I sincerely want to apply to the HSF Scholars Program and take advantage of its benefits. HSF's scholar-support tools—like its career services, mentorship, and leadership-development courses—would be helpful to me as a law student and future lawyer. And HSF's exclusive platform of career opportunities would be useful for me during law school, especially as I look for jobs.

11.     I also want a chance to compete for HSF's scholarships, which range from $500 to $5,000. If I got a scholarship, I would use the money to pay down my tuition and law-school expenses.

App.88

12.     The HSF Scholars Program seems like an especially good fit for me, because my background aligns with HSF's values. When I was in high school, I founded an organization that tried to reform high-stakes standardized testing—an educational tool that many think disadvantage underrepresented communities. After high school, I worked at an organization that combats antisemitism, another organization that works to protect constitutional rights, and the American Civil Liberties Union. And I've been involved in several civil-rights efforts, promoting anti-discrimination at a meditation center and local theatre.

13.     I am a dues-paying member of the American Alliance for Equal Rights. Lacking the resources to bring federal civil-rights litigation myself, I authorized the Alliance to represent me and vindicate my rights here.

14.     My identity is currently anonymous because I sincerely want to compete for a scholarship. If HSF, their representatives, or their lawyers learned who I am, I worry that HSF would hold my support for this lawsuit against me when selecting scholarship recipients.

15.     I also need anonymity to protect my safety and the safety of my family. I am aware of the death threats, insults, doxing, and harassment that the Alliance's president, Edward Blum, and his associates regularly receive for bringing cases like this one. I do not want to face the same type of backlash, especially as I try to finish law school and launch my legal career.

App.89

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2025

_____

Student B

App.90

# EXHIBIT 16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN ALLIANCE FOR EQUAL RIGHTS
3571 Far West Blvd #17
Austin, TX 78731,

*Plaintiff*,

v.

HISPANIC SCHOLARSHIP FUND
1015 15th St. Nw, Suite 1000
Washington, DC 20005,

*Defendant.*

Case No. 1:25-cv-4207

# DECLARATION OF STUDENT A

I, Student A, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am a high-school senior in the Northeast who will graduate in the Spring of 2026.

3.      I recently finished applying to college. I applied to several schools, including Duke University, Georgetown University, and Vanderbilt, among others.

4.      Tuition at each of those universities costs tens of thousands of dollars per year. Those costs don't even include the expenses for room and board, books, materials, food, transportation, and other essentials. And my parents unfortunately cannot pay for all of my college. So without scholarships, I will have to take out at least $50,000 in loans.

5.      Throughout the college-application process, I have looked at several scholarships. I've applied to scholarships at Vanderbilt. I've applied for a scholarship with Coca-Cola. And I've opted into all of the scholarship opportunities that my online applications have offered.

6.      I recently learned about the Hispanic Scholarship Fund's "HSF Scholars Program." I discovered that HSF offers scholarships that are worth up to $5,000. This generous scholarship could offset a lot of my student debt.

1

<span style="color:red">App.92</span>

7.     I want to apply to the current cycle of the HSF Scholars Program, which opens on January 5 and closes on February 15, 2026. I meet all of the program's eligibility criteria aside from the demographic one. I have a 4.00 grade point average. I just applied to college, and I plan to enroll in the 2026 term. I am a United States citizen. I will submit a FAFSA, or a similar state-based financial-aid form, to have a shot at the HSF Scholar Program's $500-$5,000 prize.

8.     But right now, I can't apply to the HSF Scholars Program because I do not identify as a person of Hispanic heritage. I am a non-Hispanic Asian-American. My family came to the United States from China—not Argentina, Belize, Bolivia, Brazil, Chile, Colombia, Costa Rica, Cuba, Dominican Republic, Ecuador, Guatemala, Honduras, Mexico, Nicaragua, Panama, Paraguay, Peru, Portugal, El Salvador, Spain, Uruguay, or Venezuela.

9.     If I could, I would immediately apply to the HSF Scholars Program, most immediately for the 2026 cycle that opens in January. I have reviewed the HSF Scholars website and the "2025 HSF Scholar Program Application" page. I have also reviewed the HSF Scholar Program's benefits, awards, and eligibility requirements. If a court made the program be equally open to non-Hispanics, I would complete the HSF Scholar application after it opens on January 5 and submit that application before the window closes on February 15, 2026. As part of that process, I would be willing to create an HSF account. I haven't made an HSF account yet, though, because I'm not eligible for the HSF Scholars Program right now.

10.     Because I am a high-school senior, this is the first time that I can apply to the HSF Scholars Program. I sincerely want to apply to the 2026-27 cycle, but if I can't, then I will remain ready and able to apply for the 2027-28, 2028-29, and 2029-30 cycles. During each of those cycles, I will still satisfy the program's non-ethnic eligibility criteria. I will still need scholarship money to pay down my student loans. And I will remain ready to apply to the program, because I will still complete HSF's application if a court makes HSF stop discriminating.

App.93

11.     I sincerely want to apply to the HSF Scholars Program and win the prizes. HSF's scholar-support tools would be helpful for me as a college student. And HSF's career platform could help me find jobs and internships during and after college.

12.     I also want a chance to compete for HSF's scholarships, which range from $500 to $5,000. If I got one, I would use the money to pay my tuition.

13.     I also think my background aligns with HSF's values. Throughout my time in middle and high-school, I have tried to promote civil rights. And as a racial minority, I have supported efforts to oppose discrimination against all minority groups.

14.     I am a dues-paying member of the American Alliance for Equal Rights. I do not have the money or know-how to bring a federal lawsuit myself, so I authorized the Alliance to vindicate my rights in this case.

15.     My identity is currently anonymous because I sincerely want to compete for a scholarship. If HSF, their representatives, or their lawyers learned who I am, I worry that HSF would hold my support for this lawsuit against me when selecting scholarship recipients.

16.     I also need anonymity to protect my safety and the safety of my family. I am aware of the death threats, insults, doxing, and harassment that the Alliance's president, Edward Blum, and others associated with him regularly receive for bringing cases like this one. I do not want to face the same just for standing up against discrimination, like Abigail Fisher did.

3

App.94

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2025

_Student A_

Student A

App.95

# EXHIBIT 17

**Form 990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)
Do not enter social security numbers on this form as it may be made public.
Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2024**

Open to Public
Inspection

**A** For the 2024 calendar year, or tax year beginning **APR 1, 2024** and ending **MAR 31, 2025**

| B Check if applicable: | C Name of organization | D Employer identification number |
|---|---|---|
| ☐ Address change ☐ Name change ☐ Initial return ☐ Final return/terminated ☐ Amended return ☐ Application pending | **HISPANIC SCHOLARSHIP FUND** | **52-1051044** |
| | Doing business as | |
| | Number and street (or P.O. box if mail is not delivered to street address) **100 N. PACIFIC COAST HWY SUITE 1900** Room/suite | E Telephone number **(310) 579-9216** |
| | City or town, state or province, country, and ZIP or foreign postal code **EL SEGUNDO, CA 90245** | G Gross receipts $ **90,231,832.** |
| | F Name and address of principal officer: **FIDEL A. VARGAS** **SAME AS C ABOVE** | H(a) Is this a group return for subordinates? ☐ Yes ☒ No H(b) Are all subordinates included? ☐ Yes ☐ No If "No," attach a list. See instructions |

**I** Tax-exempt status: ☒ 501(c)(3) ☐ 501(c) (   ) (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: **WWW.HSF.NET**

H(c) Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: **1975** | **M** State of legal domicile: **DC**

## Part I | Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities: **HSF EMPOWERS STUDENTS AND PARENTS WITH THE KNOWLEDGE AND RESOURCES TO SUCCESSFULLY COMPLETE A**

2 Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| 3 Number of voting members of the governing body (Part VI, line 1a) | 3 | | 13 |
| 4 Number of independent voting members of the governing body (Part VI, line 1b) | 4 | | 12 |
| 5 Total number of individuals employed in calendar year 2024 (Part V, line 2a) | 5 | | 94 |
| 6 Total number of volunteers (estimate if necessary) | 6 | | 1400 |
| 7 a Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | | 0. |
| b Net unrelated business taxable income from Form 990-T, Part I, line 11 | 7b | | 0. |

**Revenue**

| | Prior Year | Current Year |
|---|---|---|
| 8 Contributions and grants (Part VIII, line 1h) | 43,567,224. | 50,805,744. |
| 9 Program service revenue (Part VIII, line 2g) | 0. | |
| 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 1,912,860. | 3,706,144. |
| 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 57,684. | 7,148. |
| 12 Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 45,537,768. | 54,519,036. |

**Expenses**

| | Prior Year | Current Year |
|---|---|---|
| 13 Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 25,781,363. | 32,453,331. |
| 14 Benefits paid to or for members (Part IX, column (A), line 4) | 0. | 0. |
| 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 11,339,347. | 13,085,253. |
| 16a Professional fundraising fees (Part IX, column (A), line 11e) | 0. | 0. |
| b Total fundraising expenses (Part IX, column (D), line 25) ▶ 729,838. | | |
| 17 Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 22,273,238. | 24,527,125. |
| 18 Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 59,393,948. | 70,065,709. |
| 19 Revenue less expenses. Subtract line 18 from line 12 | -13,856,180. | -15,546,673. |

**Net Assets or Fund Balances**

| | Beginning of Current Year | End of Year |
|---|---|---|
| 20 Total assets (Part X, line 16) | 135,870,257. | 122,551,867. |
| 21 Total liabilities (Part X, line 26) | 24,492,056. | 25,841,629. |
| 22 Net assets or fund balances. Subtract line 21 from line 20 | 111,378,201. | 96,710,238. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | Date 8/14/25 |
|---|---|---|
| | **FIDEL A. VARGAS, CEO** | |
| | Type or print name and title | |

| Paid Preparer Use Only | Preparer's name **KRISTEL ESPINOSA** | Preparer's signature **KRISTEL ESPINOSA** | Date 08/07/25 | Check ☐ if self-employed | PTIN **P01445293** |
|---|---|---|---|---|---|
| | Firm's name **JLK ROSENBERGER, LLP** | | | Firm's EIN **27-1532099** | |
| | Firm's address **2601 MAIN ST #580** **IRVINE, CA 92614** | | | Phone no. **(949) 860-9902** | |

May the IRS discuss this return with the preparer shown above? See instructions | ☒ Yes ☐ No

LHA  **For Paperwork Reduction Act Notice, see the separate instructions.**    432001 12-10-24    Form **990** (2024)

**SEE SCHEDULE O FOR ORGANIZATION MISSION STATEMENT CONTINUATION**

App.97

Form 990 (2024)          HISPANIC SCHOLARSHIP FUND                                52-1051044          Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III ............................................ [X]

**1** Briefly describe the organization's mission:

HSF EMPOWERS STUDENTS AND PARENTS WITH THE KNOWLEDGE AND RESOURCES TO
SUCCESSFULLY COMPLETE A HIGHER EDUCATION, WHILE PROVIDING SUPPORT
SERVICES AND SCHOLARSHIPS TO AS MANY EXCEPTIONAL STUDENTS, HSF
SCHOLARS AND ALUMNI AS POSSIBLE.

**2** Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? ............................................................................................ ☐ Yes [X] No
If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? ............ ☐ Yes [X] No
If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and
revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ 23,515,622. including grants of $ _____ ) (Revenue $ _____ )
SUPPORT SERVICES - HSF SUPPORT SERVICES ENABLES AND EMPOWERS STUDENTS,
PARENTS, SCHOLARS, AND ALUMNI TO SET A COURSE FOR ACADEMIC AND CAREER
SUCCESS. HSF PROVIDES FREE, BILINGUAL, COLLEGE PREPARATION PROGRAMS
HELD VIRTUALLY, AND IN VARIOUS CITIES ACROSS THE COUNTRY, DESIGNED TO
HELP STUDENTS AND THEIR PARENTS PREPARE, PLAN, AND PAY FOR COLLEGE.
ADDITIONAL MULTI-DAY PROGRAMS FOR SELECTED HSF SCHOLARS PROVIDE
LEADERSHIP DEVELOPMENT, CAREER SERVICES, KNOWLEDGE BUILDING, COACHING,
MENTORSHIP, AND WELLNESS AS WELL AS OPPORTUNITIES TO INTERVIEW FOR
INTERNSHIPS AND FULL-TIME EMPLOYMENT POSITIONS. IN ADDITION, THROUGH
ITS ONLINE PORTAL, HSF PROVIDES FREE INFORMATION AND RESOURCES TO
VISITORS, INCLUDING POTENTIAL SCHOLARSHIP APPLICANTS AND THEIR PARENTS,
CURRENT SCHOLARS, AND ALUMNI, ON A RANGE OF TOPICS RELATED TO COLLEGE

**4b** (Code: _____ ) (Expenses $ 41,805,549. including grants of $ 32,453,331. ) (Revenue $ _____ )
SCHOLARSHIPS - HSF ADMINISTERS SCHOLARSHIPS FUNDED BY DONATIONS FROM
FOUNDATIONS, CORPORATIONS, AND INDIVIDUALS.

**4c** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4d** Other program services (Describe on Schedule O.)
(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** Total program service expenses ▶          65,321,171.

Form **990** (2024)

432002  12-10-24

SEE SCHEDULE O FOR CONTINUATION(S)

App.98

Form 990 (2024)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page **3**

| **Part IV** | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? If "Yes," complete Schedule A | **1** | X | |
| 2 | Is the organization required to complete Schedule B, Schedule of Contributors? See instructions | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II | **4** | | X |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? If "Yes," complete Schedule C, Part III | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? If "Yes," complete Schedule D, Part I | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? If "Yes," complete Schedule D, Part II | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? If "Yes," complete Schedule D, Part III | **8** | X | |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? If "Yes," complete Schedule D, Part IV | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi-endowments? If "Yes," complete Schedule D, Part V | **10** | X | |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? If "Yes," complete Schedule D, Part VI | **11a** | X | |
| b | Did the organization report an amount for investments - other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VII | **11b** | | X |
| c | Did the organization report an amount for investments - program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part VIII | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? If "Yes," complete Schedule D, Part IX | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? If "Yes," complete Schedule D, Part X | **11e** | X | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? If "Yes," complete Schedule D, Part X | **11f** | | X |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? If "Yes," complete Schedule D, Parts XI and XII | **12a** | | X |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional | **12b** | X | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? If "Yes," complete Schedule F, Parts I and IV | **14b** | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? If "Yes," complete Schedule F, Parts II and IV | **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? If "Yes," complete Schedule F, Parts III and IV | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? If "Yes," complete Schedule G, Part I. See instructions | **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? If "Yes," complete Schedule G, Part II | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? If "Yes," complete Schedule G, Part III | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? If "Yes," complete Schedule H | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? If "Yes," complete Schedule I, Parts I and II | **21** | X | |

432003  12-10-24    Form **990** (2024)

App.99

Form 990 (2024)          HISPANIC SCHOLARSHIP FUND                    52-1051044          Page **4**

**Part IV** | **Checklist of Required Schedules** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | 22 | X | |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | 23 | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | 24a | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | 24d | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | 25a | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | 25b | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | 26 | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | 27 | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties? (See the Schedule L, Part IV, instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | 28a | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | 28b | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* | 28c | | X |
| 29 | Did the organization receive more than $25,000 in noncash contributions? *If "Yes," complete Schedule M* | 29 | X | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | 30 | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | 32 | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | 33 | X | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | 34 | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a | X | |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | 35b | | X |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | 36 | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | 37 | | X |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O | 38 | X | |

**Part V** | **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable | 1a | 30 | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable | 1b | 0 | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | 1c | | |

16470807 142151 70718-I                      2024.04010 HISPANIC SCHOLARSHIP FUND 70718-I1

App.100

Form 990 (2024)  HISPANIC SCHOLARSHIP FUND  52-1051044  Page **5**

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)* | | | | |
|---|---|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** | 94 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | | | **2b** | X | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? | | | **3a** | | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* | | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities or other financial account)? | | | **4a** | | X |
| **b** | If "Yes," enter the name of the foreign country | | | | | |
| | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | | | **5a** | | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | | | **6a** | | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | | | **7a** | | X |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? | | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | | | **7c** | | X |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year | **7d** | | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | | X |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | | **7f** | | X |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? | | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 | **10a** | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | | |
| **a** | Gross income from members or shareholders | **11a** | | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) | **11b** | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? | | | **13a** | | |
| | **Note:** See the instructions for additional information the organization must report on Schedule O. | | | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | **13b** | | | | |
| **c** | Enter the amount of reserves on hand | **13c** | | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? | | | **14a** | | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* | | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | | | **15** | | X |
| | If "Yes," see the instructions and file Form 4720, Schedule N. | | | | | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | | | **16** | | X |
| | If "Yes," complete Form 4720, Schedule O. | | | | | |
| **17** | **Section 501(c)(21) organizations.** Did the trust, or any disqualified or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952 or 4953? | | | **17** | | |
| | If "Yes," complete Form 6069. | | | | | |

432005  12-10-24

Form **990** (2024)

App.101

Form 990 (2024)     HISPANIC SCHOLARSHIP FUND         52-1051044     Page **6**

| **Part VI** | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI ............................................ ☒

## Section A. Governing Body and Management

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year ............ **1a** | 13 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. | | | |
| b | Enter the number of voting members included on line 1a, above, who are independent ............. **1b** | 12 | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | **2** | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? | **3** | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? | **5** | | X |
| 6 | Did the organization have members or stockholders? | **6** | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | **7a** | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | **7b** | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| a | The governing body? | **8a** | X | |
| b | Each committee with authority to act on behalf of the governing body? | **8b** | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* | **9** | | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? | **10a** | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X | |
| b | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | **12a** | X | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | X | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* | **12c** | X | |
| 13 | Did the organization have a written whistleblower policy? | **13** | X | |
| 14 | Did the organization have a written document retention and destruction policy? | **14** | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official | **15a** | X | |
| b | Other officers or key employees of the organization | **15b** | X | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | **16a** | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | **16b** | | |

## Section C. Disclosure

17   List the states with which a copy of this Form 990 is required to be filed   CA,AL,AK,AR,CO,CT,DC,FL,GA,IL,KS,KY

18   Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these forms available. Check all that apply.

☒ Own website    ☒ Another's website    ☒ Upon request    ☐ Other *(explain on Schedule O)*

19   Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

20   State the name, address, and telephone number of the person who possesses the organization's books and records
FIDEL A. VARGAS - (310) 579-9216
100 N. PACIFIC COAST HWY SUITE 1900, EL SEGUNDO, CA 90245

432006 12-10-24        SEE SCHEDULE O FOR FULL LIST OF STATES       Form **990** (2024)

App.102

Form 990 (2024)   HISPANIC SCHOLARSHIP FUND                    52-1051044   Page **7**

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII ............................................ ☐

**Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a**  Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.
● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.
● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."
● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.
● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.
● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.
See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/ 1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/ 1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1)  FIDEL A. VARGAS<br>PRESIDENT & CHIEF EXECUTIVE | 40.00 | X | | X | | | | 700,161. | 0. | 20,768. |
| (2)  JULIE HITE<br>CHIEF OPERATING OFFICER | 40.00 | | | X | | | | 405,763. | 0. | 54,099. |
| (3)  KINGSHUK CHATTERJEE<br>CHIEF ARCHITECT & EVP, ENGINEERING | 40.00 | | | | | X | | 393,041. | 0. | 38,894. |
| (4)  TAMMY SCHLEGEL<br>CHIEF TECHNOLOGY OFFICER | 40.00 | | | | | X | | 288,919. | 0. | 16,955. |
| (5)  SHANY ATIYA<br>CHIEF ALUMNI & LEADERS PROGRAMS OFFI | 40.00 | | | | | X | | 241,644. | 0. | 55,999. |
| (6)  VICTORIA HARDY<br>CHIEF FINANCIAL OFFICER | 40.00 | | | | | X | | 246,659. | 0. | 46,360. |
| (7)  RUTH CASTILLO<br>CHIEF CAREER SERVICES OFFICER | 40.00 | | | | | X | | 246,464. | 0. | 38,336. |
| (8)  DANIEL EDEZA<br>CHIEF SCHOLARSHIP PROGRAMS OFFICER | 40.00 | | | | | X | | 249,572. | 0. | 21,416. |
| (9)  GENE CAMARENA<br>CHAIR, AUDIT/BOARD MEMBER | 1.00 | X | | X | | | | 0. | 0. | 0. |
| (10) ELIZABETH OLIVER-FARROW<br>VICE CHAIR/CHAIR HUMAN RESOURCE | 1.00 | X | | X | | | | 0. | 0. | 0. |
| (11) MARIA ELENA SALINAS<br>SECRETARY/BOARD MEMBER | 1.00 | X | | X | | | | 0. | 0. | 0. |
| (12) STEPHANIE BELL-ROSE<br>BOARD MEMBER | 1.00 | X | | | | | | 0. | 0. | 0. |
| (13) MICHAEL J. BENDER<br>CHAIR FINANCE & INVESTMENT/TREASURER | 1.00 | X | | X | | | | 0. | 0. | 0. |
| (14) ANDRES ESPINOSA<br>CHAIR TECHNOLOGY COMMITTEE/BOARD MEM | 1.00 | X | | | | | | 0. | 0. | 0. |
| (15) RITA FIERRO<br>CHAIR MARKETING COMMITTEE/BOARD MEMB | 1.00 | X | | | | | | 0. | 0. | 0. |
| (16) PHILLIP HYUN<br>BOARD MEMBER | 1.00 | X | | | | | | 0. | 0. | 0. |
| (17) JAMES MCNAMARA<br>CHAIR, NOMINATIONS & GOVERNANCE | 1.00 | X | | | | | | 0. | 0. | 0. |

432007  12-10-24                                                                              Form **990** (2024)

App.103

Form 990 (2024)     HISPANIC SCHOLARSHIP FUND      52-1051044    Page **8**

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/ 1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/ 1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (18) BEA PEREZ | 1.00 | | | | | | | | | |
| CHAIR DEVELOPMENT COMMITTEE/BOARD ME | | X | | | | | | 0. | 0. | 0. |
| (19) PEGGY TURNER | 1.00 | | | | | | | | | |
| BOARD MEMBER | | X | | | | | | 0. | 0. | 0. |
| (20) PATTY JUAREZ | 1.00 | | | | | | | | | |
| BOARD MEMBER | | X | | | | | | 0. | 0. | 0. |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Subtotal** | | | | | | | | 2,772,223. | 0. | 292,827. |
| **c Total from continuation sheets to Part VII, Section A** | | | | | | | | 0. | 0. | 0. |
| **d Total (add lines 1b and 1c)** | | | | | | | | 2,772,223. | 0. | 292,827. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization     **8**

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any *former* officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual*    **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual*    **4** | X | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person*    **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| UNITED HEALTHCARE PO BOX 841346, LOS ANGELES, CA 90084-1346 | EMPLOYEE BENEFITS | 1,064,756. |
| KAISER FOUNDATION HEALTH PLAN INC, PO BOX 629028, EL DORADO HILLS, CA 95762-9028 | EMPLOYEE BENEFITS | 233,764. |
| GUARDIAN PO BOX 677458, DALLAS, TX 75267-7458 | EMPLOYEE BENEFITS | 227,594. |
| ALICIA SANTISTEVAN PHOTOGRAPHER 1361 ALDER ST, SAN LUIS OBISPO, CA 93401 | PHOTOGRAPHY SERVICES | 203,392. |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization    **4**

Form **990** (2024)

432008 12-10-24

App.164

Form 990 (2024)     HISPANIC SCHOLARSHIP FUND                               52-1051044        Page **9**

| Part VIII | Statement of Revenue |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part VIII .............................. ☐

| | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
| --- | --- | --- | --- | --- | --- | --- |
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1 a** Federated campaigns ............ | **1a** | | | | |
| | **b** Membership dues ............... | **1b** | | | | |
| | **c** Fundraising events ............. | **1c** | | | | |
| | **d** Related organizations ......... | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above .. | **1f** 50,805,744. | | | | |
| | **g** Noncash contributions included in lines 1a-1f | **1g** $ 339,373. | | | | |
| | **h** **Total.** Add lines 1a-1f .................. ▶ | | 50,805,744. | | | |
| **Program Service Revenue** | | **Business Code** | | | | |
| | **2 a** _____ | | | | | |
| | **b** _____ | | | | | |
| | **c** _____ | | | | | |
| | **d** _____ | | | | | |
| | **e** _____ | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g** **Total.** Add lines 2a-2f .................. ▶ | | | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) .................. ▶ | | 3,218,014. | | | 3218014. |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties .................................. ▶ | | | | | |
| | | | (i) Real | (ii) Personal | | |
| | **6 a** Gross rents ......... | **6a** | | | | |
| | **b** Less: rental expenses | **6b** | | | | |
| | **c** Rental income or (loss) | **6c** | | | | |
| | **d** Net rental income or (loss) .................. ▶ | | | | | |
| | | | (i) Securities | (ii) Other | | |
| | **7 a** Gross amount from sales of assets other than inventory | **7a** 36,200,926. | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** 35,712,796. | | | | |
| | **c** Gain or (loss) ......... | **7c** 488,130. | | | | |
| | **d** Net gain or (loss) .................. ▶ | | 488,130. | 488,130. | | |
| | **8 a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 ................... | **8a** | | | | |
| | **b** Less: direct expenses ........... | **8b** | | | | |
| | **c** Net income or (loss) from fundraising events ▶ | | | | | |
| | **9 a** Gross income from gaming activities. See Part IV, line 19 ................... | **9a** | | | | |
| | **b** Less: direct expenses ........... | **9b** | | | | |
| | **c** Net income or (loss) from gaming activities ▶ | | | | | |
| | **10 a** Gross sales of inventory, less returns and allowances ................... | **10a** | | | | |
| | **b** Less: cost of goods sold .......... | **10b** | | | | |
| | **c** Net income or (loss) from sales of inventory ▶ | | | | | |
| **Miscellaneous Revenue** | | **Business Code** | | | | |
| | **11 a** MISCELLANEOUS REVENUE | 900099 | 7,148. | 7,148. | | |
| | **b** _____ | | | | | |
| | **c** _____ | | | | | |
| | **d** All other revenue ................. | | | | | |
| | **e** **Total.** Add lines 11a-11d .................. ▶ | | 7,148. | | | |
| | **12** **Total revenue.** See instructions .......... ▶ | | 54,519,036. | 495,278. | 0. | 3218014. |

432009  12-10-24                                                                     Form **990** (2024)

App.105

Form 990 (2024)   HISPANIC SCHOLARSHIP FUND                    52-1051044   Page **10**

| **Part IX** | **Statement of Functional Expenses** |

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX ........................................ ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 22,314,149. | 22,314,149. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | 10,139,182. | 10,139,182. | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 1,208,847. | 901,627. | 188,553. | 118,667. |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 9,137,533. | 6,815,297. | 1,425,249. | 896,987. |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 356,589. | 275,647. | 53,016. | 27,926. |
| **9** Other employee benefits | 1,666,840. | 1,288,484. | 247,816. | 130,540. |
| **10** Payroll taxes | 715,444. | 541,498. | 109,627. | 64,319. |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | 1,828,666. | 1,170,401. | 592,500. | 65,765. |
| **b** Legal | 28,040. | | | 28,040. |
| **c** Accounting | 54,500. | 34,882. | 17,658. | 1,960. |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees | 178,043. | | 178,043. | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A), amount, list line 11g expenses on Sch O.) | 1,935,428. | 1,260,773. | 613,547. | 61,108. |
| **12** Advertising and promotion | 6,930,473. | 6,336,700. | 593,773. | |
| **13** Office expenses | 1,752,869. | 998,584. | 722,999. | 31,286. |
| **14** Information technology | 1,265,979. | 732,129. | 525,523. | 8,327. |
| **15** Royalties | | | | |
| **16** Occupancy | 733,340. | 36,225. | 697,115. | |
| **17** Travel | 3,645,166. | 3,303,658. | 337,160. | 4,348. |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | | | | |
| **20** Interest | | | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 5,988,414. | 5,778,303. | 210,111. | |
| **23** Insurance | 150,915. | 6,585. | 144,330. | |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A), amount, list line 24e expenses on Schedule O.) | | | | |
| **a** DUES & SUBSCRIPTIONS | 35,292. | 1,196. | 25,045. | 9,051. |
| **b** OVERHEAD ALLOCATION | 0. | 3,385,851. | -2,667,365. | -718,486. |
| **c** | | | | |
| **d** | | | | |
| **e** All other expenses | | | | |
| **25** **Total functional expenses.** Add lines 1 through 24e | 70,065,709. | 65,321,171. | 4,014,700. | 729,838. |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ☐ if following SOP 98-2 (ASC 958-720) | | | | |

432010  12-10-24                                                                    Form **990** (2024)

App.106

Form 990 (2024)      HISPANIC SCHOLARSHIP FUND      52-1051044    Page **11**

**Part X** | **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part X ........................... ☐

| | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|
| **Assets** | 1 Cash - non-interest-bearing | 23,312,966. | 1 | 24,960,235. |
| | 2 Savings and temporary cash investments | | 2 | |
| | 3 Pledges and grants receivable, net | 5,523,490. | 3 | 3,502,132. |
| | 4 Accounts receivable, net | | 4 | |
| | 5 Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| | 6 Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) ..... | | 6 | |
| | 7 Notes and loans receivable, net | | 7 | |
| | 8 Inventories for sale or use | | 8 | |
| | 9 Prepaid expenses and deferred charges | 2,999,939. | 9 | 4,517,962. |
| | 10a Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D ... **10a** 24,436,993. | | | |
| | b Less: accumulated depreciation ......... **10b** 15,100,055. | 13,793,680. | 10c | 9,336,938. |
| | 11 Investments - publicly traded securities | 89,503,689. | 11 | 78,881,818. |
| | 12 Investments - other securities. See Part IV, line 11 | 167,136. | 12 | 1,329,423. |
| | 13 Investments - program-related. See Part IV, line 11 | | 13 | |
| | 14 Intangible assets | | 14 | |
| | 15 Other assets. See Part IV, line 11 | 569,357. | 15 | 23,359. |
| | 16 **Total assets.** Add lines 1 through 15 (must equal line 33) | 135,870,257. | 16 | 122,551,867. |
| **Liabilities** | 17 Accounts payable and accrued expenses | 1,979,323. | 17 | 1,395,691. |
| | 18 Grants payable | 403,559. | 18 | 972,442. |
| | 19 Deferred revenue | | 19 | |
| | 20 Tax-exempt bond liabilities | | 20 | |
| | 21 Escrow or custodial account liability. Complete Part IV of Schedule D ......... | | 21 | |
| | 22 Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| | 23 Secured mortgages and notes payable to unrelated third parties | | 23 | |
| | 24 Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | 25 Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 22,109,174. | 25 | 23,473,496. |
| | 26 **Total liabilities.** Add lines 17 through 25 | 24,492,056. | 26 | 25,841,629. |
| **Net Assets or Fund Balances** | **Organizations that follow FASB ASC 958, check here** ☒ **and complete lines 27, 28, 32, and 33.** | | | |
| | 27 Net assets without donor restrictions | 72,614,679. | 27 | 63,711,071. |
| | 28 Net assets with donor restrictions | 38,763,522. | 28 | 32,999,167. |
| | **Organizations that do not follow FASB ASC 958, check here** ☐ **and complete lines 29 through 33.** | | | |
| | 29 Capital stock or trust principal, or current funds | | 29 | |
| | 30 Paid-in or capital surplus, or land, building, or equipment fund | | 30 | |
| | 31 Retained earnings, endowment, accumulated income, or other funds | | 31 | |
| | 32 Total net assets or fund balances | 111,378,201. | 32 | 96,710,238. |
| | 33 Total liabilities and net assets/fund balances | 135,870,257. | 33 | 122,551,867. |

Form **990** (2024)

432011 12-10-24

App.107

Form 990 (2024)      HISPANIC SCHOLARSHIP FUND      52-1051044    Page **12**

## Part XI   Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI    [X]

| | | |
|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 54,519,036. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | 70,065,709. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | -15,546,673. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) | 111,378,201. |
| 5 | Net unrealized gains (losses) on investments | 848,911. |
| 6 | Donated services and use of facilities | 29,798. |
| 7 | Investment expenses | |
| 8 | Prior period adjustments | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) | 1. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | 96,710,238. |

## Part XII   Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII    [X]

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Accounting method used to prepare the Form 990:   [ ] Cash   [X] Accrual   [ ] Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | [ ] Separate basis   [ ] Consolidated basis   [ ] Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | [ ] Separate basis   [X] Consolidated basis   [ ] Both consolidated and separate basis | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Uniform Guidance, 2 C.F.R. Part 200, Subpart F? | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits | | |

Form **990** (2024)

432012 12-10-24

App.108

**SCHEDULE A**
(Form 990)

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section
4947(a)(1) nonexempt charitable trust.
**Attach to Form 990 or Form 990-EZ.**
**Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

## 2024

**Open to Public Inspection**

Name of the organization

HISPANIC SCHOLARSHIP FUND

Employer identification number

52-1051044

**Part I** | **Reason for Public Charity Status.** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1. ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**
2. ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)
3. ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**
4. ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____
5. ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)
6. ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**
7. ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)
8. ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)
9. ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____
10. ☐ An organization that normally receives (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions, subject to certain exceptions; and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)
11. ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**
12. ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a. ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b. ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c. ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d. ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e. ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f. Enter the number of supported organizations .................................................. ☐

g. Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**    432021 01-14-25    **Schedule A (Form 990) 2024**

App.109

Schedule A (Form 990) 2024    HISPANIC SCHOLARSHIP FUND                    52-1051044    Page **2**

| Part II | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi) |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 78997926. | 54773359. | 39676190. | 43319729. | 50526371. | 267293575 |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 4 **Total.** Add lines 1 through 3 | 78997926. | 54773359. | 39676190. | 43319729. | 50526371. | 267293575 |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | 108417404 |
| 6 **Public support.** Subtract line 5 from line 4. | | | | | | 158876171 |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | 78997926. | 54773359. | 39676190. | 43319729. | 50526371. | 267293575 |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 1481409. | 2127769. | 3134472. | 3187904. | 3218014. | 13149568. |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | 225. | 117,931. | 57,684. | 7,148. | 182,988. |
| 11 **Total support.** Add lines 7 through 10 | | | | | | 280626131 |
| 12 Gross receipts from related activities, etc. (see instructions) | | | | | **12** | |

13 **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| 14 Public support percentage for 2024 (line 6, column (f), divided by line 11, column (f)) | **14** | 56.61 | % |
| 15 Public support percentage from 2023 Schedule A, Part II, line 14 | **15** | | % |

16a **33 1/3% support test - 2024.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ☒

  b **33 1/3% support test - 2023.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ☐

17a **10% -facts-and-circumstances test - 2024.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization ☐

  b **10% -facts-and-circumstances test - 2023.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and **stop here.** Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization ☐

18 **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ☐

**Schedule A (Form 990) 2024**

16470807 142151 70718-I                    2024.04010 HISPANIC SCHOLARSHIP FUND  70718-I1

App.110

Schedule A (Form 990) 2024    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 3

| Part III | Support Schedule for Organizations Described in Section 509(a)(2) |
|---|---|

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 Total. Add lines 1 through 5 | | | | | | |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| c Add lines 7a and 7b | | | | | | |
| 8 Public support. (Subtract line 7c from line 6.) | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) | (a) 2020 | (b) 2021 | (c) 2022 | (d) 2023 | (e) 2024 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | | | | | | |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| c Add lines 10a and 10b | | | | | | |
| 11 Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on | | | | | | |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| 13 Total support. (Add lines 9, 10c, 11, and 12.) | | | | | | |

14 First 5 years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here .......................................................................................................................................... ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2024 (line 8, column (f), divided by line 13, column (f)) ................ | 15 | % |
| 16 Public support percentage from 2023 Schedule A, Part III, line 15 ................................ | 16 | % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for 2024 (line 10c, column (f), divided by line 13, column (f)) ........ | 17 | % |
| 18 Investment income percentage from 2023 Schedule A, Part III, line 17 ............................ | 18 | % |

19a 33 1/3% support tests - 2024. If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and stop here. The organization qualifies as a publicly supported organization ......................... ☐

b 33 1/3% support tests - 2023. If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and stop here. The organization qualifies as a publicly supported organization ............... ☐

20 Private foundation. If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ................ ☐

432023 01-14-25    Schedule A (Form 990) 2024

App.111

Schedule A (Form 990) 2024    HISPANIC SCHOLARSHIP FUND    52-1051044    Page **4**

| Part IV | Supporting Organizations |
|---|---|

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, Part I, complete Sections A and B. If you checked box 12b, Part I, complete Sections A and C. If you checked box 12c, Part I, complete Sections A, D, and E. If you checked box 12d, Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in* **Part VI** *how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in* **Part VI** *when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in* **Part VI** *what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes," and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in* **Part VI** *how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in* **Part VI** *what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in* **Part VI,** *including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in* **Part VI.** **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990).* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in* **Part VI.** **9a** | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in* **Part VI.** **9b** | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in* **Part VI.** **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* **10b** | | |

432024 01-14-25

Schedule A (Form 990) 2024

App.112

Schedule A (Form 990) 2024    HISPANIC SCHOLARSHIP FUND    52-1051044    Page **5**

| **Part IV** | **Supporting Organizations** *(continued)* | | | |
|---|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and | | |
| | 11c below, the governing body of a supported organization? ……………… **11a** | | |
| **b** | A family member of a person described on line 11a above? …………… **11b** | | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to line 11a, 11b, or 11c,* | | |
| | *provide detail in* **Part VI.** ……………… **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the governing body, members of the governing body, officers acting in their official capacity, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's officers, directors, or trustees at all times during the tax year? *If "No," describe in* **Part VI** *how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove officers, directors, or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in* **Part VI** *how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in* **Part VI** *how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in* **Part VI** *how the organization maintained a close and continuous working relationship with the supported organization(s).* **2** | | |
| **3** | By reason of the relationship described on line 2, above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in* **Part VI** *the role the organization's supported organizations played in this regard.* **3** | | |

### Section E. Type III Functionally Integrated Supporting Organizations

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions).** | | | |
| **a** | ☐ The organization satisfied the Activities Test. *Complete* **line 2** *below.* | | | |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete* **line 3** *below.* | | | |
| **c** | ☐ The organization supported a governmental entity. *Describe in* **Part VI** *how you supported a governmental entity (see instructions).* | | | |
| **2** | Activities Test. **Answer lines 2a and 2b below.** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? If "Yes," then in **Part VI identify those supported organizations and explain** how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities. | **2a** | | |
| **b** | Did the activities described on line 2a, above, constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in* **Part VI** *the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | **2b** | | |
| **3** | Parent of Supported Organizations. **Answer lines 3a and 3b below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? If "Yes" or "No," provide details in **Part VI.** | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? If "Yes," describe in **Part VI** the role played by the organization in this regard. | **3b** | | |

App.113

Schedule A (Form 990) 2024     HISPANIC SCHOLARSHIP FUND                              52-1051044    Page **6**

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations |
|---|---|

**1** ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 ( *explain in* **Part VI**). **See instructions.**
All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Net short-term capital gain | 1 | | |
| **2** Recoveries of prior-year distributions | 2 | | |
| **3** Other gross income (see instructions) | 3 | | |
| **4** Add lines 1 through 3. | 4 | | |
| **5** Depreciation and depletion | 5 | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| **7** Other expenses (see instructions) | 7 | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| **a** Average monthly value of securities | 1a | | |
| **b** Average monthly cash balances | 1b | | |
| **c** Fair market value of other non-exempt-use assets | 1c | | |
| **d** **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| **e** **Discount** claimed for blockage or other factors (*explain in detail in* **Part VI**): | | | |
| **2** Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| **3** Subtract line 2 from line 1d. | 3 | | |
| **4** Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| **6** Multiply line 5 by 0.035. | 6 | | |
| **7** Recoveries of prior-year distributions | 7 | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, column A) | 1 | | |
| **2** Enter 0.85 of line 1. | 2 | | |
| **3** Minimum asset amount for prior year (from Section B, line 8, column A) | 3 | | |
| **4** Enter greater of line 2 or line 3. | 4 | | |
| **5** Income tax imposed in prior year | 5 | | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | | |

**7** ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

**Schedule A (Form 990) 2024**

432026  01-14-25

App.114

Schedule A (Form 990) 2024   HISPANIC SCHOLARSHIP FUND                    52-1051044   Page **7**

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)* |
|---|---|

| Section D - Distributions | | Current Year |
|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | 1 | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | 2 | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | 3 | |
| 4 | Amounts paid to acquire exempt-use assets | 4 | |
| 5 | Qualified set-aside amounts (prior IRS approval required - *provide details in* **Part VI**) | 5 | |
| 6 | Other distributions (describe in **Part VI**). See instructions. | 6 | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | 7 | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (*provide details in* **Part VI**). See instructions. | 8 | |
| 9 | Distributable amount for 2024 from Section C, line 6 | 9 | |
| 10 | Line 8 amount divided by line 9 amount | 10 | |

| Section E - Distribution Allocations (see instructions) | (i) Excess Distributions | (ii) Underdistributions Pre-2024 | (iii) Distributable Amount for 2024 |
|---|---|---|---|
| 1 | Distributable amount for 2024 from Section C, line 6 | | | |
| 2 | Underdistributions, if any, for years prior to 2024 (reasonable cause required - *explain in* **Part VI**). See instructions. | | | |
| 3 | Excess distributions carryover, if any, to 2024 | | | |
| a | From 2019 | | | |
| b | From 2020 | | | |
| c | From 2021 | | | |
| d | From 2022 | | | |
| e | From 2023 | | | |
| f | **Total** of lines 3a through 3e | | | |
| g | Applied to under distributions of prior years | | | |
| h | Applied to 2024 distributable amount | | | |
| i | Carryover from 2019 not applied (see instructions) | | | |
| j | Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| 4 | Distributions for 2024 from Section D, line 7:    $ | | | |
| a | Applied to underdistributions of prior years | | | |
| b | Applied to 2024 distributable amount | | | |
| c | Remainder. Subtract lines 4a and 4b from line 4. | | | |
| 5 | Remaining underdistributions for years prior to 2024, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, *explain in* **Part VI**. See instructions. | | | |
| 6 | Remaining underdistributions for 2024. Subtract lines 3h and 4b from line 1. For result greater than zero, *explain in* **Part VI**. See instructions. | | | |
| 7 | **Excess distributions carryover to 2025.** Add lines 3j and 4c. | | | |
| 8 | Breakdown of line 7: | | | |
| a | Excess from 2020 | | | |
| b | Excess from 2021 | | | |
| c | Excess from 2022 | | | |
| d | Excess from 2023 | | | |
| e | Excess from 2024 | | | |

Schedule A (Form 990) 2024

432027  01-14-25

App.115

Schedule A (Form 990) 2024    HISPANIC SCHOLARSHIP FUND    52-1051044    Page **8**

**Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.)

16470807 142151 70718-I    2024.04010 HISPANIC SCHOLARSHIP FUND    70718-I1

App.116

**SCHEDULE D**
**(Form 990)**
(Rev. December 2024)
Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
**Attach to Form 990.**
Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| HISPANIC SCHOLARSHIP FUND | 52-1051044 |

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

|  |  | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5  Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds
are the organization's property, subject to the organization's exclusive legal control?  ☐ Yes  ☐ No

6  Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only
for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring
impermissible private benefit?  ☐ Yes  ☐ No

**Part II** **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1  Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (for example, recreation or education)  ☐ Preservation of a historically important land area
☐ Protection of natural habitat  ☐ Preservation of a certified historic structure
☐ Preservation of open space

2  Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

|  |  | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements | 2a |
| b | Total acreage restricted by conservation easements | 2b |
| c | Number of conservation easements on a certified historic structure included on line 2a | 2c |
| d | Number of conservation easements included on line 2c acquired after July 25, 2006, and not on a historic structure listed in the National Register | 2d |

3  Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax
year

4  Number of states where property subject to conservation easement is located

5  Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds?  ☐ Yes  ☐ No

6  Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year

7  Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year

8  Does each conservation easement reported on line 2d above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)?  ☐ Yes  ☐ No

9  In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a  If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b  If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
provide the following amounts relating to these items.

(i)  Revenue included on Form 990, Part VIII, line 1  $ _____
(ii)  Assets included in Form 990, Part X  $ _____

2  If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide
the following amounts required to be reported under FASB ASC 958 relating to these items:

a  Revenue included on Form 990, Part VIII, line 1  $ _____
b  Assets included in Form 990, Part X  $ 503,000.

For Paperwork Reduction Act Notice, see the Instructions for Form 990.  Schedule D (Form 990) (Rev. 12-2024)

LHA  432051 01-02-25

Schedule D (Form 990) (Rev. 12-2024) HISPANIC SCHOLARSHIP FUND 52-1051044 Page **2**

## Part III Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its
collection items (check all that apply).

**a** ☐ Public exhibition     **d** ☐ Loan or exchange program

**b** ☐ Scholarly research     **e** ☐ Other _____

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets
to be sold to raise funds rather than to be maintained as part of the organization's collection? .................................. ☐ Yes ☒ No

## Part IV Escrow and Custodial Arrangements Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian, or other intermediary for contributions or other assets not included
on Form 990, Part X? .................................................................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance | 1c | |
| **d** Additions during the year | 1d | |
| **e** Distributions during the year | 1e | |
| **f** Ending balance | 1f | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? .......... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII ............. ☐

## Part V Endowment Funds Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance | 22,494,386. | 22,254,855. | 24,339,535. | 20,004,380. | 16,758,939. |
| **b** Contributions | 750,000. | | | 5,094,500. | 3,000. |
| **c** Net investment earnings, gains, and losses | 1,344,773. | 1,382,911. | -941,450. | 108,985. | 4,114,626. |
| **d** Grants or scholarships | | | | | |
| **e** Other expenditures for facilities and programs | 980,336. | 1,143,380. | 1,143,230. | 868,330. | 872,185. |
| **f** Administrative expenses | | | | | |
| **g** End of year balance | 23,608,823. | 22,494,386. | 22,254,855. | 24,339,535. | 20,004,380. |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ .0000 %

**b** Permanent endowment ▶ 82.1310 %

**c** Term endowment ▶ 17.8690 %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the
organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations? | 3a(i) | | X |
| **(ii)** Related organizations? | 3a(ii) | | X |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? | 3b | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI Land, Buildings, and Equipment

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land | | | | |
| **b** Buildings | | | | |
| **c** Leasehold improvements | | | | |
| **d** Equipment | | 367,202. | 171,096. | 196,106. |
| **e** Other | | 24,069,791. | 14,928,959. | 9,140,832. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, line 10c, column (B))* .................. | | | | 9,336,938. |

Schedule D (Form 990) (Rev. 12-2024)

432052 01-02-25

App.118

Schedule D (Form 990) (Rev. 12-2024) HISPANIC SCHOLARSHIP FUND                    52-1051044    Page **3**

## Part VII    Investments - Other Securities

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives .................................. | | |
| **(2)** Closely held equity interests .......................... | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Col. (b) must equal Form 990, Part X, line 12, col. (B)) ▶ | | |

## Part VIII    Investments - Program Related.

Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** (Col. (b) must equal Form 990, Part X, line 13, col. (B)) ▶ | | |

## Part IX    Other Assets

Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| **(1)** | |
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** (Column (b) must equal Form 990, Part X, line 15, col. (B)) .......................... ▶ | |

## Part X    Other Liabilities

Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| **(1)** Federal income taxes | |
| **(2)** OPERATING LEASE LIABILITIES | 29,882. |
| **(3)** UNEARNED CONTRIBUTIONS LIABILITY | 23,443,614. |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **Total.** (Column (b) must equal Form 990, Part X, line 25, col. (B)) .......................... ▶ | 23,473,496. |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ... ☐

Schedule D (Form 990) (Rev. 12-2024)

432053 01-02-25

App.119

Schedule D (Form 990) (Rev. 12-2024) HISPANIC SCHOLARSHIP FUND                52-1051044   Page **4**

| Part XI | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| 1 | Total revenue, gains, and other support per audited financial statements | | | 1 | 56,359,507. |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| a | Net unrealized gains (losses) on investments | 2a | 848,911. | | |
| b | Donated services and use of facilities | 2b | 1,169,603. | | |
| c | Recoveries of prior year grants | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | -178,043. | | |
| e | Add lines 2a through 2d | | | 2e | 1,840,471. |
| 3 | Subtract line 2e from line 1 | | | 3 | 54,519,036. |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | | | |
| c | Add lines 4a and 4b | | | 4c | 0. |
| 5 | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* | | | 5 | 54,519,036. |
| Part XII | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return | | | | |
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| 1 | Total expenses and losses per audited financial statements | | | 1 | 71,027,470. |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| a | Donated services and use of facilities | 2a | 1,139,805. | | |
| b | Prior year adjustments | 2b | | | |
| c | Other losses | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | | | |
| e | Add lines 2a through 2d | | | 2e | 1,139,805. |
| 3 | Subtract line 2e from line 1 | | | 3 | 69,887,665. |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | 178,043. | | |
| c | Add lines 4a and 4b | | | 4c | 178,043. |
| 5 | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* | | | 5 | 70,065,708. |
| Part XIII | Supplemental Information | | | | |

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI,
lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

PART XI, LINE 2D - OTHER ADJUSTMENTS:

INVESTMENT FEE EXPENSE                                                     -178,043.


PART XII, LINE 4B - OTHER ADJUSTMENTS:

INVESTMENT FEE EXPENSE                                                      178,043.

16470807 142151 70718-I                    2024.04010 HISPANIC SCHOLARSHIP FUND 70718-I1

App.120

**SCHEDULE I**
**(Form 990)**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.

Attach to Form 990.

Go to www.irs.gov/Form990 for instructions and the latest information.

**Open to Public Inspection**

Name of the organization
**HISPANIC SCHOLARSHIP FUND**

Employer identification number
**52-1051044**

**Part I** | **General Information on Grants and Assistance**

1   Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection
    criteria used to award the grants or assistance? ........................................................................................   ☒ Yes  ☐ No

2   Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

**Part II** | **Grants and Other Assistance to Domestic Organizations and Domestic Governments.** Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any
recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| **1 (a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section (if applicable) | **(d)** Amount of cash grant | **(e)** Amount of noncash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of noncash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| ANDREWS UNIVERSITY<br>4150 ADMINISTRATION DR<br>BERRIEN SPRINGS, MI 49104 | 38-1627600 | | 10,328. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| APPALACHIAN STATE UNIVERSITY<br>438 ACADEMY STREET<br>BOONE, NC 28608 | 56-1176030 | | 11,419. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| ARIZONA STATE UNIVERSITY<br>1551 S RURAL ROAD<br>TEMPE, AZ 85281 | 86-0196696 | | 123,229. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| AUBURN UNIVERSITY<br>125 INGRAM HALL<br>AUBURN UNIVERSITY, AL 36849 | 63-6000724 | | 36,192. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BARNARD COLLEGE<br>3009 BROADWAY<br>NEW YORK, NY 10027 | 13-1628149 | | 46,458. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BARRY UNIVERSITY INC<br>11300 NE 2ND AVENUE<br>MIAMI SHORES, FL 33161 | 59-0624364 | | 16,393. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

2   Enter total number of section 501(c)(3) and government organizations listed in the line 1 table ..................................

3   Enter total number of other organizations listed in the line 1 table ..................................

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Schedule I (Form 990) (Rev. 12-2024)**

LHA   432101 01-02-25

App.121

Schedule I (Form 990)    **HISPANIC SCHOLARSHIP FUND**    52-1051044    Page 1

**Part II**    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments    (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| BAYLOR UNIVERSITY<br>ONE BEAR PLACE #97048<br>WACO, TX 76798-7048 | 74-1159753 | | 113,893. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BELMONT UNIVERSITY<br>1900 BELMONT BLVD<br>NASHVILLE, TN 37212 | 62-0465076 | | 82,428. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BERKLEE COLLEGE OF MUSIC, INC.<br>1140 BOYLSTON STREET<br>BOSTON, MA 02215 | 04-2300472 | | 71,874. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BINGHAMTON UNIVERSITY<br>4400 VESTAL PARKWAY EAST PO BOX 600<br>BINGHAMTON, NY 13902-6000 | 14-6013200 | | 16,341. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BLACK HILLS STATE UNIVERSITY<br>1200 UNIVERSITY ST<br>SPEARFISH, SD 57799 | 46-6000364 | | 29,303. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA - 3835 HOLDREGE STREET - LINCOLN, NE 68583 | 47-0049123 | | 40,701. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BOARD OF THE REGENTS OF THE UNIVERSITY OF NEBRASKA - 6001 DODGE ST., EAB 208 - OMAHA, NE 68182-0002 | 47-0049123 | | 21,291. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY - 426 AUDITORIUM ROAD, ROOM 360 - EAST LANSING, MI 48824 | 38-6005984 | | 87,573. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BOSTON ARCHITECTURAL COLLEGE<br>320 NEWBURY STREET<br>BOSTON, MA 02115 | 04-2271070 | | 50,361. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.122

Schedule I (Form 990)   **HISPANIC SCHOLARSHIP FUND**   52-1051044   Page 1

**Part II**   Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments   (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| BOSTON COLLEGE 140 COMMONWEALTH AVE (129 LAKE ST) CHESTNUT HILL, MA 02467 | 04-2103545 | | 60,235. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BRANDEIS UNIVERSITY 415 SOUTH STREET WALTHAM, MA 02453 | 04-2103552 | | 10,739. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BRIGHAM YOUNG UNIVERSITY A-153 ASB PROVO, UT 84602 | 87-0217280 | | 19,047. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BROWN UNIVERSITY CONTROLLERS OFFICE-BOX 3 PROVIDENCE, RI 29120 | 05-0258809 | | 274,925. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BRYN MAWR COLLEGE 101 NORTH MERION AVENUE BRYN MAWR, PA 19010 | 23-1352621 | | 5,421. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BUCKNELL UNIVERSITY 1 DENT DRIVE LEWISBURG, PA 17837 | 24-0772407 | | 39,469. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| BUTLER UNIVERSITY 4600 SUNSET AVE INDIANAPOLIS, IN 46208 | 35-0867977 | | 21,088. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CALIFORNIA INSTITUTE OF TECHNOLOGY 1200 EAST CALIFORNIA BLVD PASADENA, CA 91125 | 95-1643307 | | 84,220. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CALIFORNIA POLYTECHNIC STATE UNIVERSITY - 1 GRAND AVE - SAN LUIS OBISPO, CA 93407 | 77-0209717 | | 64,584. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.123

HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| CALIFORNIA STATE UNIVERSITY, LONG BEACH - 1250 BELLFLOWER BLVD, BH-155 - LONG BEACH, CA 90840 | 93-1150363 | | 8,160. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CARLETON COLLEGE ONE NORTH COLLEGE STREET NORTHFIELD, MN 55057 | 41-0694747 | | 23,346. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CARNEGIE MELLON UNIVERSITY 5000 FORBES AVE PITTSBURGH, PA 15213 | 25-0969449 | | 90,425. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CASE WESTERN RESERVE UNIVERSITY 10900 EUCLID AVE CLEVELAND, OH 44106 | 34-1018992 | | 33,729. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CENTRE COLLEGE OF KENTUCKY 600 W. WALNUT STREET DANVILLE, KY 40422-1394 | 61-0444671 | | 14,685. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CHAMPLAIN COLLEGE, INC. 163 SOUTH WILLARD ST (PO BOX 670) BURLINGTON, VT 05402 | 03-0220266 | | 18,090. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CHAPMAN UNIVERSITY ONE UNIVERSITY BLVD CHARLESTON, SC 29406 | 95-1643992 | | 48,313. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CLAREMONT MCKENNA COLLEGE 500 E. NINTH STREET CLAREMONT, CA 91711 | 95-1664101 | | 30,806. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CLEMSON UNIVERSITY 108 ADMINISTRATIVE SERVICES BUILDIN CLEMSON, SC 29634 | 57-6000254 | | 188,910. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

App.124

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND

52-1051044    Page 1

**Part II**    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments    (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| COLGATE UNIVERSITY 13 OAK DRIVE HAMILTON, NY 13346 | 15-0532078 | | 14,524. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| COLORADO SCHOOL OF MINES 1500 ILLINOIS STREET GOLDEN, CO 80401 | 84-6000551 | | 119,534. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| COLUMBIA COLLEGE CHICAGO 600 S MICHIGAN AVENUE CHICAGO, IL 60605 | 36-6112087 | | 33,203. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK - 615 WEST 131ST STREET 3RD FL - NEW YORK, NY 10027 | 13-5598093 | | 667,921. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CORNELL UNIVERSITY 203 DAY HALL ITHACA, NY 14853 | 15-0532082 | | 286,703. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| CREIGHTON UNIVERSITY 2500 CALIFORNIA PLAZA OMAHA, NE 68178 | 47-0376583 | | 49,952. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| DAKOTA STATE UNIVERSITY 820 N WASHINGTON AVE MADISON, SD 57042 | 46-6000364 | | 10,637. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| DEPAUL UNIVERSITY 1 E JACKSON BLVD CHICAGO, IL 60604 | 36-2167048 | | 82,951. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| DHARMA REALM BUDDHIST UNIVERSITY 4951 BODHI WAY UKIAH, CA 95482 | 23-7133893 | | 26,200. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

432241
04-01-24

App.125

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments**  (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| DILLIARD UNIVERSITY 2601 GENTILLY BLVD NEW ORLEANS, LA 70122 | 72-0408929 | | 16,507. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| DREXEL UNIVERSITY 3201 ARCH STREET SUITE 420 PHILADELPHIA, PA 19104 | 23-1352630 | | 52,894. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| DUKE UNIVERSITY BOX 104132 DURHAM, NC 27708 | 56-0532129 | | 302,999. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| EARLHAM COLLEGE 801 NATIONAL TD WEST RICHMOND, IN 47374 | 35-0868073 | | 24,706. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| EAST CAROLINA UNIVERSITY FINANCIAL SERVICES, MAIL STOP 203, 1000 EAST 5TH ST - GREENVILLE, NC 27858-4 | 56-6000403 | | 17,296. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| EAST TENNESSEE STATE UNIVERSITY PO BOX 70732 JOHNSON CITY, TN 37614 | 62-6021046 | | 11,359. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| EASTERN MICHIGAN UNIVERSITY 203 PIERCE HALL YPSILANTI, MI 48197 | 38-6005986 | | 11,160. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| EASTERN OREGON UNIVERSITY ONE UNIVERSITY BLVD LA GRANDE, OR 97850 | 93-2967284 | | 23,073. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. - 1 AEROSPACE BOULEVARD - DAYTONA BEACH, FL 32114-3900 | 59-0936101 | | 203,700. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

App.126

52-1051044

**Schedule I (Form 990)**    HISPANIC SCHOLARSHIP FUND

**Part II    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments** (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| EMORY UNIVERSITY<br>200 DOWMAN DRIVE SUITE 300<br>ATLANTA, GA 30322 | 58-0566256 | | 225,547. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FLORIDA A&M UNIVERSITY<br>1700 LEE HALL DRIVE ROOM 201<br>FOOTE-HILYER ADMINISTRATION CENTER<br>- TALLAHASSE | 59-0977035 | | 139,236. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FLORIDA INSTITUTE OF TECHNOLOGY<br>150 W. UNIVERSITY BLVD<br>MELBOURNE, FL 32901 | 59-6046500 | | 22,720. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FLORIDA INTERNATIONAL UNIVERSITY<br>11200 SW 8TH STREET CSC314<br>MIAMI, FL 33199 | 65-0177616 | | 20,285. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FLORIDA STATE UNIVERSITY<br>282 CHAMPIONS WAY, UCA 2200<br>TALLAHASSEE, FL 32306-2390 | 59-1961248 | | 49,900. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FORDHAM UNIVERSITY<br>441 EAST FORDHAM ROAD<br>BRONX, NY 10458 | 13-1740451 | | 6,841. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FORT LEWIS COLLEGE<br>1000 RIM DRIVE BH 140<br>DURANGO, CO 81301 | 84-6000556 | | 30,552. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FORT VALLEY STATE UNIVERSITY<br>1005 STATE UNIVERSITY DRIVE<br>FORT VALLEY, GA 31030 | 58-6002062 | | 5,148. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| FRESNO STATE<br>5150 N MAPLE AVE. M/S JA58<br>FRESNO, CA 93740 | 77-0217681 | | 15,418. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.127

Schedule I (Form 990)    **HISPANIC SCHOLARSHIP FUND**    52-1051044

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments  (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| GEORGETOWN UNIVERSITY 37TH & D STREETS NW BOX 571173 WASHINGTON, DC 20057 | 53-0196603 | | 53,510. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| GEORGIA GWINNETT COLLEGE 1000 UNIVERSITY CENTER LANE LAWRENCEVILLE, GA 30043 | 27-0124698 | | 32,329. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| GEORGIA INSTITUTE OF TECHNOLOGY 225 NORTH AVE NW LYMAN HALL STE 111 ATLANTA, GA 30332 | 58-6002023 | | 453,873. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| GEORGIA SOUTHERN UNIVERSITY PO BOX 8155 STATESBORO, GA 30460 | 58-6002058 | | 29,794. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| GEORGIA STATE UNIVERSITY 75 PIEDMONT AVE, SUITE 1200 ATLANTA, GA 30303 | 58-6002050 | | 44,971. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| GONZAGA UNIVERSITY 502 EAST BOONE AVENUE SPOKANE, WA 99258 | 91-0236600 | | 70,437. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| HAMPTON UNIVERSITY 200 WILLIAM R HARVEY WAY HAMPTON, VA 23668 | 54-0505990 | | 64,260. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| HARVEY MUDD COLLEGE 301 PLATT BLVD CLAREMONT, CA 91711 | 95-1911219 | | 13,366. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| HOBART AND WILLIAM SMITH COLLEGES 337 PULTENEY STREET GENEVA, NY 14456 | 16-0743040 | | 6,901. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241 04-01-24

App.128

Schedule I (Form 990)  **HISPANIC SCHOLARSHIP FUND**                                                                   52-1051044    Page 1

**Part II**   Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments  (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| HOLY CROSS COLLEGE 54515 STATE ROAD 933 NORTH NOTRE DAME, IN 46556-0308 | 35-1148835 | | 16,581. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| HOWARD UNIVERSITY 2400 6TH STREET NW WASHINGTON, DC 20059 | 53-0204707 | | 902,564. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| INSTITUTE OF AMERICAN INDIAN AND ALASKA NATIVE CULTURE - PO BOX 5310 - SANAT FE, NM 87502 | 85-0365964 | | 17,363. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| IOWA STATE UNIVERSITY 1220 BEARDHEAR HALL AMES, IA 50011-2103 | 42-6004224 | | 5,413. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| ITHACA COLLEGE 953 DANBY ROAD ITHACA, NY 14850-7000 | 15-0532204 | | 41,440. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| JACKSONVILLE STATE UNIVERSITY 700 PELHAM ROAD N JACKSONVILLE, AL 36265 | 63-6001099 | | 12,917. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| JOHN HOPKINS UNIVERSITY 3400 N. CHARLES ST GARLAND HALL 146 BALTIMORE, MD 21218 | 52-0595110 | | 218,169. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| KALAMAZOO COLLEGE 1200 ACADEMY ST KAMALAZOO, MI 49006 | 38-1358014 | | 11,436. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| KANSAS STATE UNIVERSITY 105 ANDERSON HALL MANHATTAN, KS 66506 | 48-0771751 | | 11,327. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432341
04-01-24

Schedule I (Form 990)

App.129

Schedule I (Form 990)    **HISPANIC SCHOLARSHIP FUND**    52-1051044    Page 1

**Part II** | Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| KENNESAW STATE UNIVERSITY 1000 CHASTAIN ROAD KENNESAW, GA 30144 | 58-0965786 | | 46,396. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| KENT STATE UNIVERSITY PO BOX 5190 KENT, OH 44242 | 31-6402079 | | 12,515. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| KETTERING UNIVERSITY 1700 UNIVERSITY AVENUE FLINT, MI 48504 | 38-2410852 | | 5,686. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| LA SIERRA UNIVERSITY 4500 RIVERWALK PKWY RIVERSIDE, CA 92505 | 33-0413730 | | 13,605. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| LANGSTON UNIVERSITY PO BOX 608 LANGSTON, OK 73050 | 91-1896819 | | 5,569. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| LEHIGH UNIVERSITY 306 SOUTH NEW ST, SUITE 451 BETHLEHEM, PA 18015 | 24-0795445 | | 22,424. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| LEWIS UNIVERSITY 1 UNIVERSITY PARKWAY ROMEOVILLE, IL 60446 | 36-2167773 | | 9,114. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| LIPSCOMB UNIVERSITY 1 UNIVERSITY PARK DRIVE NASHVILLE, TN 37204 | 62-0485733 | | 36,422. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| LOUISIANA STATE UNIVERSITY OFFICE OF ACCOUNTING SERVICES, 125 THOMAS BOYD HALL - BATON ROUGE, LA 70803 | 72-6000848 | | 149,167. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

432241
04-01-24

App.130

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND                                                      52-1051044

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments  (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| LOUISIANA TECH UNIVERSITY<br>PO BOX<br>RUSTON, LA 71272 | 72-6000792 | | 16,328. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| LOYOLA UNIVERSITY OF CHICAGO<br>820 N MICHIGAN AVE<br>CHICAGO, IL 60611 | 36-1408475 | | 40,384. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY - 77 MASSACHUSETTS<br>AVENUE - CAMBRIDGE, MA 21390 | 04-2103594 | | 17,349. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MCPHS UNIVERSITY<br>179 LONGWOOD AVENUE<br>BOSTON, MA 02115 | 04-2104700 | | 84,053. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MICHIGAN TECHNOLOGICAL UNIVERSITY<br>1400 TOWNSEND DRIVE<br>HOUGHTON, MI 49931 | 38-6005955 | | 9,355. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MILLSAPS COLLEGE<br>1701 NORTH STATE ST, PO BOX 150433<br>JACKSON, MS 39210-0001 | 64-0303084 | | 14,376. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MILWAUKEE SCHOOL OF ENGINEERING<br>1025 N BROADWAY<br>MILWAUKEE, WI 53202 | 39-0477970 | | 10,726. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MISSISSIPPI STATE UNIVERSITY<br>PO DRAWER 5316<br>MISSISSIPPI STATE, MS 39762 | 64-6000819 | | 26,314. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MONTANA STATE UNIVERSITY<br>PO BOX 172480<br>BOZEMAN, MT 59717 | 81-6010045 | | 9,137. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

432241
04-01-24

Schedule I (Form 990)     HISPANIC SCHOLARSHIP FUND                                                52-1051044     Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| MOREHOUSE COLLEGE 830 WESTVIEW DRIVE SW ATLANTA, GA 30314 | 58-0566205 | | 109,910. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MOUNT HOLYOKE COLLEGE 50 COLLEGE STREET SOUTH HADLEY, MA 01075 | 04-2103578 | | 7,192. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| MUHLENBERG COLLEGE 2400 CHEW STREET ALLENTOWN, PA 18104 | 23-1352664 | | 15,376. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NC A&T STATE UNIVERSITY 1601 EAST MARKET STREET GREENSBORO, NC 27411 | 56-6000007 | | 139,445. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NEBRASKA WESLEYAN UNIVERSITY 5000 SAINT PAUL AVE LINCOLN, NE 68504 | 47-0376524 | | 17,750. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NEW YORK UNIVERSITY 105 EAST 17TH STREET 4TH FL NEW YORK, NY 10003 | 13-5562308 | | 602,881. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NEWMAN UNIVERSITY 3100 MCCORMICH AVENUE WICHITA, KS 67213 | 48-0556716 | | 8,754. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NORTH CAROLINA STATE UNIVERSITY CAMPUS BOX 7205 RALEIGH, NC 27695 | 56-6000756 | | 36,315. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NORTH CENTRAL COLLEGE 30 NORTH BRAINARD NAPERVILLE, IL 60540 | 36-2169157 | | 15,768. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.132

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND                                                                52-1051044    Page 1

**Part II**    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments    (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| NORTH DAKOTA STATE UNIVERSITY NDSU DEPT. 3100, PO BOX 6050 FARGO, ND 58108-6050 | 45-6002439 | | 19,104. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NORTHEASTERN STATE UNIVERSITY 600 NORTH GRAND AVENUE TAHLEQUAH, OK 74464-2301 | 91-1898417 | | 29,721. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NORTHEASTERN UNIVERSITY 360 HUNTINGTON AVENUE BOSTON, MA 02115 | 04-1679980 | | 65,800. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NORTHERN ARIZONA UNIVERSITY P.O. BOX 4069 FLAGSTAFF, AZ 86011 | 74-2579628 | | 37,433. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NORTHERN ILLINOIS UNIVERSITY ACCOUNTING OFFICE, LOWDEN HALL 201 DEKALB, IL 60115 | 36-6008480 | | 10,005. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NORTHWESTERN UNIVERSITY 633 CLARK STREET EVANSTON, IL 60208 | 36-2167817 | | 387,853. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| NOVA SOUTHEASTERN UNIVERSITY, INC 3301 COLLEGE AVENUE FORT LAUDERDALE, FL 33314 | 59-1083502 | | 6,908. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| OHIO NORTHERN UNIVERSITY 525 SOUTH MAIN STREET ADA, OH 45810 | 34-4429091 | | 18,386. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| OHIO UNIVERSITY 010 CHUBB HALL PO BOX 960 ATHENS, OH 45701 | 31-6402113 | | 7,186. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.133

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II**    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments    (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| OKHLAHOMA STATE UNIVERSITY 500 W UNIVERSITY SHAWNEE, OK 74804 | 31-6402113 | | 36,199. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| OKLAHOMA CHRISTIAN UNIVERSITY, INC. - 2501 E MEMORIAL RD - EDMOND, OK 73013 | 73-0555460 | | 11,836. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| OKLAHOMA STATE UNIVERSITY 113 STUDENT UNION STILLWATER, OK 74078 | 73-1383996 | | 224,711. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| OLD DOMINION UNIVERSITY OFFICE OF FINANCIAL AID, 2002 ROLLINS HALL 1 OLD DOMINION UNIVERSITY - NORFO | 54-6000884 | | 25,575. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| OREGON INSTITUTE OF TECHNOLOGY 3201 CAMPUS DRIVE KLAMATH FALLS, OR 97601 | 47-2893144 | | 31,992. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| OREGON STATE UNIVERSITY 1500 SW JEFFERSON WAY, KERR ADMIN BUILDING B-SUITE 100 - CORVALLIS, OR 97339 | 61-1730890 | | 117,338. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PACE UNIVERSITY 1 PACE PLAZA NEW YORK, NY 10038-1598 | 13-5562314 | | 26,314. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PEPPERDINE UNIVERSITY 24255 PACIFIC COAST HIGHWAY MALIBU, CA 90263 | 95-1644037 | | 213,338. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PITZER COLLEGE 1050 N. MILLS AVE CLAREMONT, CA 91711 | 95-2261113 | | 16,396. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.134

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| POMONA COLLEGE 150 E. EIGHT STREET CLAREMONT, CA 91711 | 95-1664112 | | 21,163. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PRAIRIE VIEW A&M UNIVERSITY PO BOX 519 MS 1329 PRAIRIE VIEW, TX 77446 | 74-6001078 | | 33,686. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PRATT INSTITUTE 200 WILLOUGHBY AVENUE BROOKLYN, NY 11205 | 11-1630822 | | 56,431. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE - 1033 MASSACHUSETTS AVE 2ND FL - CAMBRIDGE, MA 02138 | 04-2103580 | | 720,573. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PRESIDENT AND FELLOWS OF MIDDLEBURY COLLEGE - CONTROLLER'S OFFICE, 152 MAPLE STREET - MIDDLEBURY, VT 05753 | 03-0179298 | | 8,858. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PRESIDENT AND TRUSTEES OF BATES COLLEGE - 2 ANDREWS RD - LEWISTON, ME 04240 | 01-0211781 | | 7,688. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PRESIDENT AND TRUSTEES OF WILLIAMS COLLEGE - 880 MAIN STREET - WILLIAMSTOWN, MA 01267 | 04-2104847 | | 5,146. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| PURDUE UNIVERSITY 2550 NORTHWESTERN AVE STE 1100 WEST LAFAYETTE, IN 47906-1332 | 35-6002041 | | 37,428. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| RAMAPO COLLEGE OF NEW JERSEY 505 RAMAPO VALLEY ROAD MAHWAH, NJ 07430 | 52-1558006 | | 23,797. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.135

Schedule I (Form 990)   **HISPANIC SCHOLARSHIP FUND**                                                           52-1051044        Page 1

**Part II**  Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments  (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| RECINTO UNIVERSITARIO DE MAYAGUEZ 259 ALFONSO VALDES BLVD MAYAGUEZ, PR 00681-9000 | 66-0433761 | | 15,128. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA - 2195 HEARST AVENUE ROOM 159 - BERKELEY, CA 94720-1101 | 94-6002123 | | 424,459. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| REGENTS OF THE UNIVERSITY OF MINNESOTA - 2221 UNIVERSITY AVE SE STE 100 - MINNEAPOLIS, MN 55414 | 41-6007513 | | 79,381. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| RENSSELAER POLYTECHNIC INSTITUTE 110 8TH STREET TROY, NY 12180 | 14-1340095 | | 58,848. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| RIDER UNIVERSITY 2083 LAWRENCEVILLE ROAD LAWRENCEVILLE, NJ 08648 | 21-0650678 | | 25,689. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| RINGLING COLLEGE OF ART AND DESIGN, INC. - 2700 N. TAMIAMI TRAIL - SARASOTA, FL 34234 | 59-0637903 | | 57,646. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| ROCHESTER INSTITUTE OF TECHNOLOGY 7 LOMB MEMORIAL DRIVE ROCHESTER, NY 14623-5603 | 16-0743140 | | 54,054. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| ROLLINS COLLEGE 1000 HOLT AVENUE - 2715 WINTER PARK, FL 32789-4499 | 59-0624440 | | 33,161. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| RUTGERS, THE STATE UNIVERSITY 33 KNIGHTSBRIDGE RD PISCATAWAY, NJ 08854 | 22-6001086 | | 42,851. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.136

Schedule I (Form 990)          HISPANIC SCHOLARSHIP FUND                                                    52-1051044          Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| SAINT LOUIS UNIVERSITY<br>3545 LINDELL BLVD 3RD FLOOR<br>ST LOUIS, MO 63103 | 43-0654872 | | 26,024. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SAN DIEGO STATE UNIVERSITY<br>5500 CAMPANILE DRIVE<br>SAN DIEGO, CA 92182 | 33-0373293 | | 26,541. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SANTA CLARA UNIVERSITY<br>500 EL CAMINO REAL<br>SANTA CLARA, CA 95053 | 94-1156617 | | 75,873. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SAVANNAH STATE UNIVERSITY<br>3219 COLLEGE STREET, PO BOX 20419<br>SAVANNAH, GA 31404 | 58-6002069 | | 21,272. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SCRIPPS COLLEGE<br>1030 COLUMBIA AVE<br>CLAREMONT, CA 91711 | 95-1664123 | | 12,586. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SEATTLE PACIFIC UNIVERSITY<br>3307 THIRD AVE WEST<br>SEATTLE, WA 98119 | 91-0565553 | | 10,504. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SETON HALL UNIVERSITY<br>400 SOUTH ORANGE AVENUE<br>SOUTH ORANGE, NJ 07079 | 22-1500645 | | 27,342. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SOUTH DAKOTA SCHOOL OF MINES & TECHNOLOGY - 501 E ST JOSEPH STREET - RAPID CITY, SD 57701 | 46-6000364 | | 8,152. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SOUTHEASTERN UNIVERSITY, INC.<br>1000 LONGFELLOW BLVD<br>LAKELAND, FL 33801 | 59-0722789 | | 29,085. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

432241
04-01-24

App.137

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II**    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments    (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| SOUTHERN ILLINOIS UNIVERSITY-CARBONDALE - 900 SOUTH NORMAL AVENUE - CARBONDALE, IL 62901 | 37-6005961 | | 9,901. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SOUTHERN METHODIST UNIVERSITY 3140 DYER ST MS#261 DALLAS, TX 75275 | 75-0806689 | | 15,369. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SOUTHERN NAZARENE UNIVERSITY 6729 NW 39TH EXPRESSWAY BETHAY, OK 73008 | 73-0587210 | | 16,171. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SPELMAN COLLEGE 350 SPELMAN LANE, SW ATTA, GA 30144 | 58-0566243 | | 574,436. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| ST. JOHN'S UNIVERSITY 8000 UTOPIA PARKWAY QUEENS, NY 11439 | 11-1630830 | | 94,463. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| STATE UNIVERSITY OF IOWA 105 JESSUP HALL IOWA CITY, IA 52242 | 42-6004813 | | 23,783. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| STATE UNIVERSITY OF NEW YORK 460 ADMINISTRATION BLDG STONY BROOK, NY 11794-1151 | 14-6013200 | | 29,468. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| STATE UNIVERSITY OF NEW YORK AT BUFFALO - 418 CROFTS HALL - BUFFALO, NY 14260 | 14-6013200 | | 26,781. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| STEVENS INSTITUTE OF TECHNOLOGY 1 CASTLE POINT TERRACE HOBOKEN, NJ 70300 | 22-1487354 | | 86,416. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

App.138

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| SUFFOLK UNIVERSITY 8 ASHBURTON PLACE BOSTON, MA 02108 | 04-2133255 | | 69,661. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SUNY OSWEGO 408 CULKIN HALL OSWEGO, NY 13126 | 14-6013200 | | 8,777. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SWARTHMORE COLLEGE 500 COLLEGE AVENUE SWARTHMORE, PA 19081 | 23-1352683 | | 14,546. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| SYRACUSE UNIVERSITY COMPTROLLER'S OFFICE, 640 SKYTOP RD, ROOM 140 - SYRACUSE, NY 13244-5300 | 15-0532081 | | 43,187. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TEMPLE UNIVERSITY 1803 N BROAD ST. CARNELL HALL SUITE PHILADELPHIA, PA 19122 | 23-1365971 | | 37,128. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TENNESSEE STATE UNIVERSITY 3500 JOHN A. MERRITT BLVD NASHVILLE, TN 37209 | 62-0786119 | | 17,064. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TENNESSEE TECHNOLOGICAL UNIVERSITY 1 WILLIAM L JONES DRIVE COOKEVILLE, TN 38505 | 62-0646806 | | 10,533. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TEXAS A & M UNIVERSITY P.O. BOX 30016 COLLEGE STATION, TX 77843 | 74-6000531 | | 107,342. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TEXAS A & M UNIVERSITY SAN ANTONIO ONE UNIVERSITY DRIVE FORT WORTH, TX 76129 | 26-4168896 | | 15,210. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

App.139

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND                                                          52-1051044    Page 1

**Part II**  Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments  (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| TEXAS CHRISTIAN UNIVERSITY 2900 SOUTH UNIVERSITY DRIVE FORT WORTH, TX 76129 | 75-0827465 | | 73,632. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TEXAS WOMAN'S UNIVERSITY 304 ADMINISTRATION DRIVE DENTON, TX 76204 | 75-6002618 | | 32,218. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE ART INSTITUTE OF CHICAGO 111 S. MICHIGAN AVENUE CHICAGO, IL 60603 | 36-2167725 | | 65,743. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD UNIVERSITY - 3145 PORTER DRIVE - PALO ALTO, CA 94304 | 94-1156365 | | 693,565. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS - 506 S WRIGHT ST, 209HAB, MC 339 - URBANA, IL 61801 | 37-6000511 | | 70,083. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE CORPORATION OF MERCER UNIVERSITY - 1501 MERCER UNIVERSITY DR - MACON, GA 31207-0001 | 58-0566167 | | 59,519. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE GEORGE WASHINGTON UNIVERSITY 45155 RESEARCH PLACE STE 260 ASHBURN, VA 20147 | 53-0196584 | | 86,804. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE NEW SCHOOL 66 WEST 12TH STREET NEW YORK, NY 10011 | 13-3297197 | | 26,967. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE OHIO STATE UNIVERSITY 901 WOODY HAYES DR COLUMBUS, OH 43210 | 31-6025986 | | 119,471. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY 408 OLD MAIN UNIVERSITY PARK, PA 16802 | 24-6000376 | | 188,032. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE PRESIDENT & TRUSTEES OF COLBY COLLEGE - 4120 MAYFLOWER HILL - WATERVILLE, ME 04901 | 01-0211497 | | 10,208. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA - PO BOX 400194 - CHARLOTTESVILLE, VA 22903 | 54-6001796 | | 21,506. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE REGENTS OF NEW MEXICO STATE UNIVERSITY - PO BOX 30001, MSC 4570 - LAS CRUCES, NM 88003-8001 | 85-6000401 | | 19,743. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA LOS ANGELES - 1125 MURPHY HALL, 405 HILGARD AVE - LOS ANGELES, CA 90095-7089 | 95-6006143 | | 710,641. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE REGENTS OF THE UNIVERSITY OF COLORADO - 1800 GRANT ST, SUITE 600 - DENVER, CO 80203 | 84-6000555 | | 19,847. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE SAVANNAH COLLEGE OF ART AND DESIGN INC - 115 E YORK STREET - SAVANNAH, GA 31401 | 58-1357177 | | 131,184. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE TRUSTEES OF DAVIDSON COLLEGE BOX 7162 DAVIDSON, NC 28035 | 56-0529961 | | 5,587. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE TRUSTEES OF PRINCETON UNIVERSITY - 701 CARNEGIE CENTER - PRINCETON, NJ 85400 | 21-0634501 | | 13,039. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.141

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND

52-1051044    Page 1

**Part II**  Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments  (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| THE UNIVERSITY OF ARIZONA 1303 E UNIVERSITY BLVD #5 TUCSON, AZ 85719-0521 | 74-2652689 | | 165,174. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF ALABAMA BOX 870136 TUSCALOOSA, AL 35487 | 63-6001138 | | 63,787. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES - 12424 RESEARCH PARKWAY SUITE 300 - ORLANDO, FL 32826 | 59-2924021 | | 30,215. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF MONTANA ABER HALL 5TH FLOOR, 32 CAMPUS DRIV MISSOULA, MT 59812 | 81-6001713 | | 39,688. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL - 2125 SASB NORTH 450 RIDGE RD #CB1400 - CHAPEL HILL, NC 27599-1400 | 56-6001393 | | 44,138. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF SOUTHERN MISSISSIPPI - 118 COLLEGE DRIVE #5143 - HATTIESBURG, MS 39406 | 64-6000818 | | 7,765. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF TAMPA, INCORPORATED - 401 W KENNEDY BLVD - TAMPA, FL 33606 | 59-0624459 | | 24,455. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF TENNESSEE 201 ANDY HOLT TOWER KNOXVILLE, TN 37996-0100 | 62-6001636 | | 62,432. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF TEXAS AT AUSTIN 110 INNER CAMPUS DR STOP K5300 AUSTIN, TX 78712 | 74-6000203 | | 774,943. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

432241
04-01-24

App.142

Schedule I (Form 990)    **HISPANIC SCHOLARSHIP FUND**    52-1051044    Page 1

**Part II**   Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments   (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| THE UNIVERSITY OF TEXAS AT EL PASO<br>500 W UNIVERSITY AVE<br>EL PASO, TX 79968 | 74-6000813 | | 19,634. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF TEXAS AT SAN ANTONIO - ONE UTSA CIRCLE - SAN ANTONIO, TX 78249 | 74-1717115 | | 52,141. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF TEXAS RIO GRANDE VALLEY - 1201 W. UNIVERSITY DR - EDINBURG, TX 78539 | 46-5292740 | | 7,937. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| THE UNIVERSITY OF TULSA<br>800 S TUCKER DRIVE<br>TULSA, OK 74104 | 73-0579298 | | 103,074. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TRINITY UNIVERSITY<br>1 TRINITY PLACE, BUSINESS OFFICE<br>SAN ANTONIO, TX 78212 | 74-1109633 | | 41,912. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TRUSTEES OF BOSTON UNIVERSITY<br>881 COMMONWEALTH AVE<br>BOSTON, MA 22213 | 04-2103547 | | 414,504. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TRUSTEES OF DARTMOUTH COLLEGE<br>7 LEBANON ST SUITE 302<br>HANOVER, NH 37550 | 02-0222111 | | 80,145. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TRUSTEES OF THE COLLEGE OF THE HOLY CROSS - 1 COLLEGE STREET - WORCESTER, MA 01610 | 04-2103558 | | 6,755. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TUFTS UNIVERSITY<br>169 HOLLAND ST<br>SOMERVILLE, MA 02144 | 04-2103634 | | 16,974. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

432241
04-01-24

App.143

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| TULANE UNIVERSITY 6823 ST. CHARLES AVE NEW ORLEANS, LA 70118 | 72-0423889 | | 57,517. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| TUSKEGEE UNIVERSITY 108 KRESGE CTR TUSKEGEE, AL 36088 | 63-0288878 | | 70,899. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MARYLAND EASTERN SHORE - 30665 STUDENT SERVICES CENTER LANE - PRINCESS ANNE, MD 21853 | 52-6002033 | | 26,579. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF ALABAMA AT BIRMINGHAM - 801 5TH AVE SOUTH, ROOM 251 - BIRMINGHAM, AL 35233 | 63-6005396 | | 19,756. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF ARKANSAS FAYETTEVILLE CAMPUS - PO BOX 1404 - FAYETTEVILLE, AR 72702 | 71-6003252 | | 53,943. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CALIFORNIA SAN DIEGO 9500 GILMAN DR LA JOLLA, CA 92093-0953 | 95-6006144 | | 137,177. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CALIFORNIA SANTA BARBARA - 3201 SAASB - SANTA BARBARA, CA 93106 | 95-6006145 | | 43,083. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CALIFORNIA, DAVIS ONE SHIELDS AVENUE DAVIS, CA 95616 | 94-6036494 | | 118,462. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CALIFORNIA, IRVINE 120 THEORY, SUITE 200 IRVINE, CA 92697-1050 | 95-2226406 | | 437,314. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

Schedule I (Form 990)

Schedule I (Form 990)   HISPANIC SCHOLARSHIP FUND                                                      52-1051044            Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UNIVERSITY OF CALIFORNIA, MERCED 5200 NORTH LAKE ROAD MERCED, CA 95343 | 27-0093858 | | 12,754. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CENTRAL ARKANSAS 201 DONAGHEY AVE CONWAY, AR 72035 | 27-0093858 | | 13,889. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CENTRAL OKLAHOMA 100 N. UNIVERSITY DRIVE EDMOND, OK 73034 | 73-1353314 | | 18,454. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CHICAGO 5801 S. ELLIS AVENUE CHICAGO, IL 60637 | 36-2177139 | | 97,205. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF COLORADO BOULDER 1800 GRANT ST SUITE 600 DENVER, CO 80203 | 84-6000555 | | 44,901. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF CONNECTICUT 343 MASFIELD ROAD, UNIT 1074 STORRS, CT 06269 | 06-0772160 | | 70,815. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF DENVER 2199 S. UNIVERSITY BOULEVARD DENVER, CO 80210 | 84-0404231 | | 9,781. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF FLORIDA SUITE 1250 EAST CAMPUS OFFICE BLDG GAINESVILLE, FL 32611-3201 | 59-6002052 | | 124,353. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF GEORGIA 456 EAST BROAD STREET ATHENS, GA 30602 | 58-6001998 | | 186,580. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

App.145

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND                                                    52-1051044    Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UNIVERSITY OF HAWAII 2600 CAMPUS ROAD QLCSS #112 HONOLULU, HI 96822 | 99-6000354 | | 54,640. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF HOUSTON 5000 GULF FWY RM 109 HOUSTON, TX 77204-0907 | 74-6001399 | | 157,121. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF KENTUCKY - AMBYSTOOMA GENETIC STOCK CENTER - 101 TH MORGAN BLDG - LEXINGTON, KY 40506 | 61-6001218 | | 7,443. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF LOUISIANA AT LAFAYETTE - PO BOX 40400 - LAFAYETTE, LA 70504 | 72-6000820 | | 32,129. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MARYLAND COLLEGE PARK - 1103 LEE BUILDING - COLLEGE PARK, MD 20742 | 52-6002033 | | 33,447. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MASSACHUSETTS 50 WASHINGTON STREET, SUITE 300 WESTBOROUGH, MA 01581 | 04-3167352 | | 8,023. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MIAMI PO BOX 248106 CORAL GABLES, FL 33124-2912 | 59-0624458 | | 108,334. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MICHIGAN - ANN ARBOR 515 E. JEFFERSON ANN ARBOR, MI 48109-1316 | 38-6006309 | | 366,636. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MISSISSIPPI 216 LYCEUM, PO BOX 1848 UNIVERSITY PARK, MS 38677 | 64-6001159 | | 35,104. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.146

Schedule I (Form 990)   HISPANIC SCHOLARSHIP FUND   52-1051044   Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UNIVERSITY OF MISSOURI<br>118 UNIVERSITY HALL<br>COLUMBIA, MO 65211 | 43-6003859 | | 65,550. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MOBILE<br>5735 COLLEGE PARKWAY<br>MOBILE, AL 36613 | 63-0417508 | | 26,055. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF MONTEVALLO<br>931 MIDDLE STREET - STATION 6060<br>MONTEVALLO, AL 35115 | 63-6000720 | | 9,625. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF NEW MEXICO<br>1 UNIVERSITY OF NEW MEXICO, MSC01 1<br>ALBUQUERQUE, NM 87131 | 85-6000642 | | 13,233. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF NORTH CAROLINA AT<br>CHARLOTTE - 9201 UNIVERSITY CITY<br>BOULEVARD - CHARLOTTESVILLE, NC<br>28223 | 56-0791228 | | 52,461. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF NOTRE DAME DU LAC<br>115 MAIN BLDG<br>NOTRE DAME, IN 46556 | 35-0868188 | | 93,067. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF OKLAHOMA<br>1000 ASP AVE ROOM 105<br>NORMAN, OK 73019-4071 | 73-1377584 | | 266,467. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF OREGON<br>P.O BOX 3237<br>EUGENE, OR 97403-0237 | 46-4727800 | | 99,815. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF PENNSYLVANIA<br>3451 WALNUT ST 100 FRANKLIN BLDG<br>PHILADELPHIA, PA 19104-6270 | 23-1352685 | | 312,389. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.147

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UNIVERSITY OF PITTSBURG<br>116 ATWOOD STREET SUITE 201<br>PITTSBURGH, PA 15206 | 25-0965591 | | 33,086. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF PORTLAND<br>5000 N. WILLAMETTE BLVD<br>PORTLAND, OR 97203-9758 | 93-0401259 | | 71,878. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF REDLANDS<br>1200 EAST COLTON AVENUE<br>REDLANDS, CA 92373 | 95-1643389 | | 30,717. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF RICHMOND<br>110 UR DRIVE<br>RICHMOND, VA 23173 | 54-0505965 | | 17,942. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF ROCHESTER<br>330 MELIORA HALL-OFFICE OF THE BURS<br>ROCHESTER, NY 14627 | 16-0743209 | | 38,298. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF SAN FRANCISCO<br>2130 FULTON STREET<br>SAN FRANCISCO, CA 94117 | 94-1156628 | | 25,729. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF SOUTH ALABAMA<br>307 UNIVERSITY BLVD, AD 170<br>MOBILE, AL 36688 | 63-0477348 | | 5,033. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF SOUTH CAROLINA<br>SYSTEM - 1600 HAMPTON STREET,<br>CONTROLLER'S OFFICE 6TH FLOOR -<br>COLUMBIA, SC 29208 | 57-6001153 | | 42,816. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF SOUTH FLORIDA<br>4202 E. FOWLER AVE. ALN147<br>TAMPA, Fl 33620-5800 | 59-3102112 | | 6,961. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.148

Schedule I (Form 990)    **HISPANIC SCHOLARSHIP FUND**    52-1051044    Page 1

**Part II**    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments    (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UNIVERSITY OF SOUTHERN CALIFORNIA UNIVERSITY GARDENS STE 205 LOS ANGELES, CA 90089-8006 | 95-1642394 | | 720,093. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF ST. THOMAS 2115 SUMMIT AVENUE ST. PAUL, MN 55105 | 41-0693970 | | 12,021. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF TEXAS - PERMIAN BASIN - 4901 E UNIVERSITY - ODESSA, TX 79762 | 75-1393493 | | 8,330. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF TEXAS AT DALLAS 800 W. CAMPBELL RD RICHARDSON, TX 75080-3021 | 75-1305566 | | 12,156. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF THE PACIFIC 3601 PACIFIC AVENUE STOCKTON, CA 95211 | 94-1156266 | | 29,456. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF UTAH 201 S PRESIDENTS CIRCLE RM 411 SALT LAKE CITY, UT 84112 | 87-6000525 | | 131,084. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF WASHINGTON 129 SCHMITZ HALL BOX 355871 SEATTLE, WA 98195 | 91-6001537 | | 83,009. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF WISCONSIN SYSTEM 21 NORTH PARK STREET MADISON, WI 53715-1218 | 39-1805963 | | 109,269. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| UNIVERSITY OF WYOMING 1000 E UNIVERSITY AVE LARAMIE, WY 82071 | 43-6003859 | | 11,286. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

App.149

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND                                                52-1051044    Page 1

**Part II** Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UTAH STATE UNIVERSITY LB 410033, USU SCHOLARSHIPS, PO BOX SEATTLE, WA 98124 | 87-6000528 | | 14,377. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| VANDERBILT UNIVERSITY 2301 VANDERBILT PLACE NASHVILLE, TN 37240-6310 | 62-0476822 | | 105,191. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| VASSAR COLLEGE 124 RAYMOND AVE, BOX 12 POUGHKEEPSIE, NY 12604 | 14-1338587 | | 10,520. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| VIRGINIA COMMONWEALTH UNIVERSITY BOX 843036, 1015 FLOYD AVE., 1ST FL RICHMOND, VA 23284 | 54-6001758 | | 12,754. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| VIRGINIA STATE UNIVERSITY 1 HAYDEN DRIVE, PO BOX 9075 - VIRGINIA STATE UNIVERSITY, VA 23806 | 54-6001811 | | 10,734. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WAKE FOREST UNIVERSITY 1834 WAKE FOREST ROAD WINSTON-SALEM, NC 27109 | 56-0532138 | | 14,944. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WASHINGTON AND LEE UNIVERSITY 204 WEST WASHINGTON STREET LEXINGTON, VA 24450 | 54-0505977 | | 8,575. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WASHINGTON STATE UNIVERSITY P O BOX 641025 PULLMAN, WA 99164-1025 | 91-6001108 | | 27,752. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WASHINGTON UNIVERSITY 700 ROSEDALE AVE CB1034 ST LOUIS, MO 63112 | 43-0653611 | | 117,519. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.150

Schedule I (Form 990)    HISPANIC SCHOLARSHIP FUND                                                                52-1051044    Page 1

**Part II    Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments** (Schedule I (Form 990), Part II.)

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| WELLESLEY COLLEGE<br>106 CENTRAL STREET<br>WELLESLEY, MA 02481 | 04-2103637 | | 12,550. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WESLEYAN UNIVERSITY<br>237 HIGH STREET<br>MIDDLETOWN, CT 06549 | 04-2103637 | | 10,650. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WESTERN KENTUCKY UNIVERSITY<br>1906 COLLEGE HEIGHTS BLVD #11022<br>BOWLING GREEN, KY 42101 | 61-6055628 | | 17,313. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WICHITA STATE UNIVERSITY<br>1845 FAIRMOUNT STREET<br>WICHITA, KS 67260 | 48-1124839 | | 70,151. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WILLIAM & MARY<br>PO BOX 8795<br>WILLIAMSBURG, VA 23187 | 54-6001718 | | 15,202. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WILLIAM MARSH RICE UNIVERSITY<br>6100 MAIN ST MS-70<br>HOUSTON, TX 77005 | 74-1109620 | | 193,713. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| WORCESTER POLYTECHNIC INSTITUTE<br>100 INSTITUTE<br>WORCESTER, MA 01609 | 04-2121659 | | 52,283. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| XAVIER UNIVERSITY<br>3800 VICTORY PARKWAY, ML 4531<br>CINCINNATI, OH 45207 | 31-0537516 | | 25,672. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| XAVIER UNIVERSITY OF LOUISIANA<br>1 DREXEL DRIVE<br>NEW ORLEANS, LA 70125 | 72-0635884 | | 38,971. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |

432241
04-01-24

Schedule I (Form 990)

App.151

Schedule I (Form 990)  **HISPANIC SCHOLARSHIP FUND**                                                                      52-1051044    Page 1

**Part II** | Continuation of Grants and Other Assistance to Domestic Organizations and Domestic Governments  (Schedule I (Form 990), Part II.)

| **(a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section if applicable | **(d)** Amount of cash grant | **(e)** Amount of noncash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of non-cash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| YALE UNIVERSITY 246 CHURCH ST NEW HAVEN, CT 65100 | 06-0646973 | | 345,958. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| HIGH POINT UNIVERSITY ONE UNIVERSITY PARKEWAY HIGH POINT, NC 27268 | 55-0529999 | | 48,092. | 0. | | | TO PROVIDE SCHOLARSHIPS FOR STUDENTS |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Schedule I (Form 990)

432241
04-01-24

App.152

Schedule I (Form 990) (Rev. 12-2024) HISPANIC SCHOLARSHIP FUND    52-1051044    Page **2**

**Part III** | **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| SCHOLARSHIPS | 2302 | 10,139,182. | 0. | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Part IV** | **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information.

PART I, LINE 2:

HISPANIC SCHOLARSHIP FUND OBTAINS AN ENROLLMENT VERIFICATION FORM TO ENSURE

THAT THE AWARDED STUDENT IS ENROLLED IN AN ACCREDITED SCHOOL.

432102 01-18-25

App.153

| SCHEDULE J<br>(Form 990)<br><br>(Rev. December 2024)<br>Department of the Treasury<br>Internal Revenue Service | **Compensation Information**<br>For certain Officers, Directors, Trustees, Key Employees, and Highest<br>Compensated Employees<br>**Complete if the organization answered "Yes" on Form 990, Part IV, line 23.**<br>**Attach to Form 990.**<br>**Go to www.irs.gov/Form990 for instructions and the latest information.** | OMB No. 1545-0047<br><br>**Open to Public<br>Inspection** |
|---|---|---|

| Name of the organization | Employer identification number |
|---|---|
| HISPANIC SCHOLARSHIP FUND | 52-1051044 |

| **Part I** | **Questions Regarding Compensation** |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990,<br>Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

[X] First-class or charter travel        [ ] Housing allowance or residence for personal use
[X] Travel for companions        [ ] Payments for business use of personal residence
[ ] Tax indemnification and gross-up payments        [ ] Health or social club dues or initiation fees
[ ] Discretionary spending account        [ ] Personal services (such as maid, chauffeur, chef)

|  | | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | X | |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a? | **2** | X | |

**3** Indicate which, if any, of the following the organization used to establish the compensation of the organization's
CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to
establish compensation of the CEO/Executive Director, but explain in Part III.

[ ] Compensation committee        [X] Written employment contract
[ ] Independent compensation consultant        [ ] Compensation survey or study
[ ] Form 990 of other organizations        [X] Approval by the board or compensation committee

|  | | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** Receive a severance payment or change-of-control payment? | **4a** | | X |
| **b** Participate in or receive payment from a supplemental nonqualified retirement plan? | **4b** | | X |
| **c** Participate in or receive payment from an equity-based compensation arrangement? | **4c** | | X |
| If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| **Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** The organization? | **5a** | | X |
| **b** Any related organization? | **5b** | | X |
| If "Yes" on line 5a or 5b, describe in Part III. | | | |
| **6** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** The organization? | **6a** | | X |
| **b** Any related organization? | **6b** | | X |
| If "Yes" on line 6a or 6b, describe in Part III. | | | |
| **7** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If "Yes," describe in Part III | **7** | | X |
| **8** Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | **8** | | X |
| **9** If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**        **Schedule J (Form 990) (Rev. 12-2024)**

16470807 142151 70718-I        2024.04010 HISPANIC SCHOLARSHIP FUND 70718-I1

App.154

Schedule J (Form 990) (Rev. 12-2024) HISPANIC SCHOLARSHIP FUND     52-1051044     Page 2

**Part II | Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii).
Do not list any individuals that aren't listed on Form 990, Part VII.

**Note:** The sum of columns (B)(i)–(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC and/or 1099-NEC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| (1) FIDEL A. VARGAS | (i) | 700,161. | 0. | 0. | 0. | 20,768. | 720,929. | 0. |
| PRESIDENT & CHIEF EXECUTIVE | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (2) JULIE HITE | (i) | 405,763. | 0. | 0. | 0. | 54,099. | 459,862. | 0. |
| CHIEF OPERATING OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (3) KINGSHUK CHATTERJEE | (i) | 393,041. | 0. | 0. | 0. | 38,894. | 431,935. | 0. |
| CHIEF ARCHITECT & EVP, ENGINEERING | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (4) TAMMY SCHLEGEL | (i) | 288,919. | 0. | 0. | 0. | 16,955. | 305,874. | 0. |
| CHIEF TECHNOLOGY OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (5) SHANY ATIYA | (i) | 241,644. | 0. | 0. | 0. | 55,999. | 297,643. | 0. |
| CHIEF ALUMNI & LEADERS PROGRAMS OFFI | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (6) VICTORIA HARDY | (i) | 246,659. | 0. | 0. | 0. | 46,360. | 293,019. | 0. |
| CHIEF FINANCIAL OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (7) RUTH CASTILLO | (i) | 246,464. | 0. | 0. | 0. | 38,336. | 284,800. | 0. |
| CHIEF CAREER SERVICES OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| (8) DANIEL EDEZA | (i) | 249,572. | 0. | 0. | 0. | 21,416. | 270,988. | 0. |
| CHIEF SCHOLARSHIP PROGRAMS OFFICER | (ii) | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |
| | (i) | | | | | | | |
| | (ii) | | | | | | | |

432112 01-15-25

Schedule J (Form 990) (Rev. 12-2024)

App.155

Schedule J (Form 990) (Rev. 12-2024) HISPANIC SCHOLARSHIP FUND    52-1051044    Page **3**

**Part III** | **Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

Schedule J (Form 990) (Rev. 12-2024)

432113 01-15-25

App.156

**SCHEDULE M**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Noncash Contributions

**Complete if the organizations answered "Yes" on Form 990, Part IV, line 29 or 30.**
**Attach to Form 990.**
**Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2024**

Open to Public
Inspection

Name of the organization

HISPANIC SCHOLARSHIP FUND

Employer identification number

52-1051044

| Part I | Types of Property |
|---|---|

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art | | | | |
| 2 | Art - Historical treasures | | | | |
| 3 | Art - Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | | | | |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities - Publicly traded | | | | |
| 10 | Securities - Closely held stock | | | | |
| 11 | Securities - Partnership, LLC, or trust interests | | | | |
| 12 | Securities - Miscellaneous | | | | |
| 13 | Qualified conservation contribution - Historic structures | | | | |
| 14 | Qualified conservation contribution - Other | | | | |
| 15 | Real estate - Residential | | | | |
| 16 | Real estate - Commercial | | | | |
| 17 | Real estate - Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ( UNIVERSITY EVEN ) | X | 1 | 339,373. | FMV |
| 26 | Other ( _____ ) | | | | |
| 27 | Other ( _____ ) | | | | |
| 28 | Other ( _____ ) | | | | |

| 29 | Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part V, Donee Acknowledgement | 29 | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported on Part I, lines 1 through 28, that it must hold for at least 3 years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? | 30a | X |
| b | If "Yes," describe the arrangement in Part II. | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? | 31 | X |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? | 32a | X |
| b | If "Yes," describe in Part II. | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Schedule M (Form 990) 2024**

LHA   432141 11-15-24

App. 157

Schedule M (Form 990) 2024    HISPANIC SCHOLARSHIP FUND    52-1051044    Page **2**

| Part II | **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |

App.158

**SCHEDULE O**
**(Form 990)**
(Rev. December 2024)
Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
Attach to Form 990 or 990-EZ.
Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| HISPANIC SCHOLARSHIP FUND | 52-1051044 |

FORM 990, PART I, LINE 1, DESCRIPTION OF ORGANIZATION MISSION:

HIGHER EDUCATION, WHILE PROVIDING SUPPORT SERVICES AND SCHOLARSHIPS TO

AS MANY EXCEPTIONAL STUDENTS, HSF SCHOLARS AND ALUMNI AS POSSIBLE.


FORM 990, PART III, LINE 4A, PROGRAM SERVICE ACCOMPLISHMENTS:

AND THE TRANSITION FROM COLLEGE TO CAREER.


FORM 990, PART VI, SECTION B, LINE 11B:

A COMPLETE COPY OF THE FORM 990 WAS FORWARDED TO THE CHIEF FINANCIAL

OFFICER. THE CEO MADE THE FORM 990 AVAILABLE FOR THE GOVERNING BOARD

ELECTRONICALLY PRIOR TO FILING.


FORM 990, PART VI, SECTION B, LINE 12C:

ALL CONTRACTS ARE REVIEWED BY OUTSIDE COUNSEL AND INTERNALLY TO DETERMINE

WHETHER THERE ARE CONFLICTS PRIOR TO SIGNING.


FORM 990, PART VI, SECTION B, LINE 15:

THE ORGANIZATION PURCHASED A SALARY SURVEY TO BENCHMARK COMPENSATION

AGAINST SIMILAR ORGANIZATIONS. THE BOARD APPROVED THE OPERATING BUDGET

WHICH INCLUDED SALARIES FOR ALL OFFICERS, DIRECTORS AND KEY EMPLOYEES.


FORM 990, PART VI, LINE 17, LIST OF STATES RECEIVING COPY OF FORM 990:

CA,AL,AK,AR,CO,CT,DC,FL,GA,IL,KS,KY,ME,MD,MA,MI,MN,MS,NH,NJ,NM,NY,NC,ND,OH

OK,OR,PA,RI,SC,TN,UT,VA,WA,WV,WI


FORM 990, PART VI, SECTION C, LINE 19:

THE FINANCIAL STATEMENTS AND 990'S ARE MADE AVAILABLE UPON REQUEST AND CAN

ALSO BE FOUND ON OUR WEBSITE. THE CONFLICT OF INTEREST POLICY AND THE

GOVERNING DOCUMENTS ARE AVAILABLE UPON REQUEST.


FORM 990, PART XI, LINE 9, CHANGES IN NET ASSETS:

ROUNDING ADJUSTMENT                                                    1.


FORM 990, PART XII, LINE 2C

THE BOARD OF DIRECTORS SELECTS THE INDEPENDENT AUDITOR AND REVIEWS THE

AUDIT REPORT.

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**     Schedule O (Form 990) (Rev. 12-2024)

LHA     432211 01-15-25

16470807 142151 70718-I                    2024.04010 HISPANIC SCHOLARSHIP FUND 70718-I1

App.159

**SCHEDULE R**
**(Form 990)**
(Rev. January 2025)
Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.
Attach to Form 990.
Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**Open to Public Inspection**

Name of the organization  HISPANIC SCHOLARSHIP FUND

Employer identification number
52-1051044

**Part I** | **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a)<br>Name, address, and EIN (if applicable)<br>of disregarded entity | (b)<br>Primary activity | (c)<br>Legal domicile (state or<br>foreign country) | (d)<br>Total income | (e)<br>End-of-year assets | (f)<br>Direct controlling<br>entity |
|---|---|---|---|---|---|
| HSFT, LLC - 52-1051044<br>100 N. PACIFIC COAST HIGHWAY, SUITE 1900<br>EL SEGUNDO, CA  90245 | NO ACTIVITY TO DATE | DELAWARE | | | HISPANIC SCHOLARSHIP<br>FUND |
| | | | | | |
| | | | | | |
| | | | | | |

**Part II** | **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a)<br>Name, address, and EIN<br>of related organization | (b)<br>Primary activity | (c)<br>Legal domicile (state or<br>foreign country) | (d)<br>Exempt Code<br>section | (e)<br>Public charity<br>status (if section<br>501(c)(3)) | (f)<br>Direct controlling<br>entity | (g)<br>Section 512(b)(13)<br>controlled<br>entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| HISPANIC SCHOLARSHIP FUND INSTITUTE -<br>54-2014609, 100 N. PACIFIC COAST HHIGHWAY,<br>SUITE 1900, EL SEGUNDO, CA  90245 | TO ENGAGE THE PUBLIC<br>SECTOR IN SUPPORT OF<br>LATINO HIGHER EDUCATION | DISTRICT OF COLUMBIA | 501 (C) (3) | LINE 7 | HISPANIC<br>SCHOLARSHIP FUND | | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.
SEE PART VII FOR CONTINUATIONS

Schedule R (Form 990) (Rev. 1-2025)

LHA    432161 10-23-24

App.160

Schedule R (Form 990) (Rev. 1-2025)    HISPANIC SCHOLARSHIP FUND    52-1051044    Page 2

**Part III**   **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a)<br>Name, address, and EIN<br>of related organization | (b)<br>Primary activity | (c)<br>Legal<br>domicile<br>(state or<br>foreign<br>country) | (d)<br>Direct controlling<br>entity | (e)<br>Predominant income<br>(related, unrelated,<br>excluded from tax under<br>sections 512-514) | (f)<br>Share of total<br>income | (g)<br>Share of<br>end-of-year<br>assets | (h)<br>Disproportionate<br>allocations?<br>Yes \| No | (i)<br>Code V-UBI<br>amount in box<br>20 of Schedule<br>K-1 (Form 1065) | (j)<br>General or<br>managing<br>partner?<br>Yes \| No | (k)<br>Percentage<br>ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Part IV**   **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a)<br>Name, address, and EIN<br>of related organization | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state or<br>foreign<br>country) | (d)<br>Direct controlling<br>entity | (e)<br>Type of entity<br>(C corp, S corp,<br>or trust) | (f)<br>Share of total<br>income | (g)<br>Share of<br>end-of-year<br>assets | (h)<br>Percentage<br>ownership | (i)<br>Section<br>512(b)(13)<br>controlled<br>entity?<br>Yes \| No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

432162 10-23-24

Schedule R (Form 990) (Rev. 1-2025)

App.161

Schedule R (Form 990) (Rev. 1-2025) HISPANIC SCHOLARSHIP FUND

52-1051044

Page **3**

**Part V** | **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|---|---|
| **1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II–IV? | | | |
| **a** Receipt of (i) interest, (ii) annuities, (iii) royalties, or **(iv)** rent from a controlled entity | 1a | | X |
| **b** Gift, grant, or capital contribution to related organization(s) | 1b | | X |
| **c** Gift, grant, or capital contribution from related organization(s) | 1c | | X |
| **d** Loans or loan guarantees to or for related organization(s) | 1d | | X |
| **e** Loans or loan guarantees by related organization(s) | 1e | | X |
| | | | |
| **f** Dividends from related organization(s) | 1f | | X |
| **g** Sale of assets to related organization(s) | 1g | | X |
| **h** Purchase of assets from related organization(s) | 1h | | X |
| **i** Exchange of assets with related organization(s) | 1i | | X |
| **j** Lease of facilities, equipment, or other assets to related organization(s) | 1j | | X |
| | | | |
| **k** Lease of facilities, equipment, or other assets from related organization(s) | 1k | | X |
| **l** Performance of services or membership or fundraising solicitations for related organization(s) | 1l | | X |
| **m** Performance of services or membership or fundraising solicitations by related organization(s) | 1m | | X |
| **n** Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | 1n | X | |
| **o** Sharing of paid employees with related organization(s) | 1o | X | |
| | | | |
| **p** Reimbursement paid to related organization(s) for expenses | 1p | | X |
| **q** Reimbursement paid by related organization(s) for expenses | 1q | | X |
| | | | |
| **r** Other transfer of cash or property to related organization(s) | 1r | | X |
| **s** Other transfer of cash or property from related organization(s) | 1s | | X |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| (a)<br>Name of related organization | (b)<br>Transaction type (a–s) | (c)<br>Amount involved | (d)<br>Method of determining amount involved |
|---|---|---|---|
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

432163 10-23-24

Schedule R (Form 990) (Rev. 1-2025)

App.162

Schedule R (Form 990) (Rev. 1-2025)  HISPANIC SCHOLARSHIP FUND    52-1051044    Page **4**

| **Part VI** | **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37. |

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| **(a)** Name, address, and EIN of entity | **(b)** Primary activity | **(c)** Legal domicile (state or foreign country) | **(d)** Predominant income (related, unrelated, excluded from tax under sections 512-514) | **(e)** Are all partners sec. 501(c)(3) orgs.? Yes / No | **(f)** Share of total income | **(g)** Share of end-of-year assets | **(h)** Dispropor-tionate allocations? Yes / No | **(i)** Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | **(j)** General or managing partner? Yes / No | **(k)** Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Schedule R (Form 990) (Rev. 1-2025)

432164 10-23-24

App.163

Schedule R (Form 990) (Rev. 1-2025)  HISPANIC SCHOLARSHIP FUND                                52-1051044  Page **5**

| **Part VII** | Supplemental Information |

Provide additional information for responses to questions on Schedule R. See instructions.

PART I, IDENTIFICATION OF DISREGARDED ENTITIES:


NAME, ADDRESS, AND EIN OF DISREGARDED ENTITY:

HSFT, LLC

EIN: 52-1051044

100 N. PACIFIC COAST HIGHWAY, SUITE 1900

EL SEGUNDO, CA  90245

PRIMARY ACTIVITY: NO ACTIVITY TO DATE

DIRECT CONTROLLING ENTITY: HISPANIC SCHOLARSHIP FUND

16470807 142151 70718-I                    2024.04010 HISPANIC SCHOLARSHIP FUND    70718-I1

App.164