# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

    *Plaintiff*,

v.

HISPANIC SCHOLARSHIP FUND,

    *Defendant*.

Case No. 1:25-cv-4207

## [PROPOSED] ORDER GRANTING TIME-SENSITIVE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Having considered the parties' submissions, this Court:

☐ **GRANTS** Plaintiff's motion for a temporary restraining order. Defendant is hereby barred, pending the Court's ruling on Plaintiff's motion for a preliminary injunction, from closing the application window or selecting winners for the challenged program.

☐ **GRANTS** Plaintiff's motion for a preliminary injunction. Defendant is hereby barred, pending further order of the Court, from closing the application window or selecting winners for the challenged program.

Dated: _____

                                                                           District Court Judge