AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-04207-LLA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Hispanic Scholarship Fund</u> was received by me on *(date)* <u>Dec 3, 2025, 2:16 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Monique Williams</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Hispanic Scholarship Fund</u> on *(date)* <u>Thu, Dec 04 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/04/2025

*Server's signature*

Aaron Simansky

*Printed name and title*

61 Pierce St. NE Apt 226, Washington, DC 20002

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 4, 2025, 10:40 am EST at 1015 15th Street Northwest Ste. 1000, Washington, DC 20005 received by Monique Williams. Age: 34; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'4"; Hair: Black; Eyes: Brown; Relationship: Authorized Agent ;

DOCUMENT SERVED: SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT; VERIFICATION; DECLARATION OF R. GABRIEL ANDERSON; EXHIBITS; CIVIL COVER SHEET; TIME-SENSITIVE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING TIME-SENSITIVE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; CERTIFICATE RULE LCvR 26.1