# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>*Plaintiff*,<br>v.<br>HISPANIC SCHOLARSHIP FUND,<br>*Defendant*. | Case No. 1:25-cv-4207 |

## JOINT STATUS REPORT REGARDING THE PARTIES' PROPOSED BRIEFING SCHEDULE AND AVAILABILITY FOR A PRELIMINARY-INJUNCTION HEARING

The Court recently directed the parties to meet and confer and file a proposed briefing schedule by December 10, 2025. The Court also asked the parties if they were available for a hearing on January 15, 2026. The parties are available for a hearing on January 15, 2026. And they propose the following schedule:

- **December 22, 2025**: Any amici in support of the Alliance are due.

- **December 24, 2025:** HSF's opposition to the Alliance's preliminary-injunction motion is due.

- **January 5, 2026:** Any amici in support of HSF are due.

- **January 7, 2026:** The Alliance's reply to HSF's preliminary-injunction opposition is due.

HSF plans to file a motion to dismiss simultaneously with its opposition to the Alliance's preliminary injunction motion.

1

Dated: December 9, 2025

/s/ *Edward H. Williams II*
Edward H. Williams II
  (D.D.C. No. D00450)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave, NW
6th Floor
Washington, DC 20037
(202) 339-8400
Edward.williams@orrick.com

Jill L. Rosenberg (*PHV Pending*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
jrosenberg@orrick.com

*Attorneys for Hispanic Scholarship Fund*

Respectfully submitted,

/s/ *Cameron T. Norris*
Thomas R. McCarthy
  (D.D.C. No. 489651)
Cameron T. Norris
  (D.D.C. No. VA083)
  *Lead Counsel*
R. Gabriel Anderson
  (TX Bar #24129302)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com

*D.D.C. bar application forthcoming

*Attorneys for American Alliance for Equal Rights*