IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>HISPANIC SCHOLARSHIP FUND,<br><br>Defendant. | Case No. 1:25-cv-4207-LLA |

**DECLARATION OF FIDEL A. VARGAS IN SUPPORT OF HISPANIC SCHOLARSHIP FUND'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Fidel A. Vargas, declare as follows:

1. I am the President and CEO of the Hispanic Scholarship Fund (HSF). I make this Declaration in support of the HSF's Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

2. I served on the HSF Board of Directors from January 2010 to December 2012.

3. I began my current position as the President and CEO of the HSF on January 2, 2013.

4. In my position as President and CEO, I am responsible for leading all HSF initiatives and programs, including the HSF Scholar Program.

5. The HSF Scholar Program is intended to help students of all races that identify as being of Hispanic Heritage successfully complete a higher education and provides support services and scholarships to as many exceptional students, scholars, and alumni as possible.

6. The HSF Scholar Program does not guarantee any monetary funding even to HSF Scholars. Instead, it provides scholarship money to students if and when possible.

7. Just like other scholarships, the HSF Scholar Program has eligibility requirements so it can select talented students.

8. The 2026 HSF Scholar Program application was not finalized or available when this lawsuit was filed on December 3, 2025, and will be finalized shortly before the application goes live.

9. The Scholar Program does not require successful applicants to perform any tasks or provide anything in exchange for the possible funds and resources they may receive, except for a thank you note and a pledge to be a good member of the community.

I declare under penalty of perjury, on this 24th day of December 2025, that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Fidel A. Vargas