IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>HISPANIC SCHOLARSHIP FUND,<br><br>Defendant. | 1:25-cv-4207-LLA |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION
FOR A TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Upon consideration of the Plaintiff American Alliance for Equal Rights' Time-Sensitive Motion for a Temporary Restraining Order and Preliminary Injunction and the Opposition filed by Defendant Hispanic Scholarship Fund, and the entire record herein, it is hereby

ORDERED that the Motion is DENIED.

IT IS SO ORDERED, _____ day of _____, 2026.

_____
Hon. Loren L. AliKhan
United States District Judge

Counsel to be notified of entry of proposed order:

*Counsel for Defendant Hispanic Scholarship Fund*

Edward H. Williams II (D.C. Bar No. 1046312)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC  20037
(202) 339-8400
(202) 339-8500
edward.williams@orrick.com

Jill L. Rosenberg (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
(212) 506-5000
jrosenberg@orrick.com


*Counsel for Plaintiff American Alliance for Equal Rights*

Thomas R. McCarthy (D.D.C. No. 489651)
Cameron T. Norris (D.D.C. No. VA083)
R. Gabriel Anderson (TX Bar #24129302)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com