IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Alliance for Equal Rights,<br><br>Plaintiff,<br><br>v.<br><br>Hispanic Scholarship Fund,<br><br>Defendant. | Case No. 1:25-cv-04207-LLA |

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
IN SUPPORT OF DEFENDANT HISPANIC SCHOLARSHIP FUND**

Pursuant to Local Rule 7(b), the Council on Foundations and Independent Sector (collectively, "Proposed *Amici*"), through counsel, hereby move this Court for leave to file the annexed brief as *amici curiae* in support of Defendant Hispanic Scholarship Fund. In support of this motion, Proposed *Amici* state as follows:

1. Proposed *Amici* are two of the largest membership organizations representing the interests of philanthropic organizations in the United States. Together, they have more than a thousand members, include community foundations, private foundations and nonprofit organizations, religious nonprofits, independent and family foundations, public charities, and corporate grantmakers, each with their own missions to advance the public good. *Amici* thus have significant interest in this case, in which American Alliance for Equal Rights seeks to interfere with the permissible, tax-exempt charitable activities of a 501(c)(3) organization.

2. It is within "this Court's 'inherent authority' to permit amici participation." *United States v. US Airways Grp., Inc.*, 38 F. Supp. 3d 69, 74 (D.D.C. 2014). Leave to file *amici* briefs is normally granted when the brief will aid the Court's resolution of the motion or issue by, for

example, "presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs." *In re Search for Information*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014) (citation omitted). *Amici* briefs are particularly helpful to the court when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* (citations omitted).

3. *Amici* submit that their unique, experienced perspective representing the charitable organizations will help the Court grapple with the implications of the claims asserted in this case for the philanthropy sector.

4. Counsel for Proposed *Amici* has contacted counsel for the parties to determine whether they consent or oppose this motion for leave. All parties have consented to the filing of this brief.

\* \* \* \* \*

WHEREFORE, Proposed *Amici* respectfully request leave to file the annexed brief as *amici curiae* in support of Defendant Hispanic Scholarship Fund.

Dated: January 28, 2026

Respectfully submitted,

*/s/ Stephanie Schuster*
Stephanie Schuster (DC Bar No. 1011924)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T. 202.373.6595
stephanie.schuster@morganlewis.com

Emily Cuneo DeSmedt (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
T. 202.739.3000
emily.desmedt@morganlewis.com

*Counsel for Council on Foundations and Independent Sector*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 28, 2026, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

*s/ Stephanie Schuster*
Stephanie Schuster