**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, |
|     *Plaintiff*, |
| v. |
| HISPANIC SCHOLARSHIP FUND, |
|     *Defendant*. |

Civil Action No. 1:25-cv-04207-LLA

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1 *Amici Curiae* Council on Foundations and Independent Sector submit the following Corporate Disclosure Statement:

*Amici Curiae* Council on Foundations and Independent Sector state that both organizations are incorporated, nonprofit member organizations. Neither Council on Foundations nor Independent Sector have a parent company, and both are nonstock corporations.

Dated: January 28, 2026

Respectfully submitted,

*/s/ Stephanie Schuster*
Stephanie Schuster (DC Bar No. 1011924)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T. 202.373.6595
stephanie.schuster@morganlewis.com

Emily Cuneo DeSmedt (*pro hac vice* forthcoming)
502 Carnegie Center
Princeton, NJ 08540
T.    202.739.3000
emily.desmedt@morganlewis.com

*Counsel for Council on Foundations and Independent Sector*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

*s/ Stephanie Schuster*
Stephanie Schuster