# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br><br> *Plaintiff*, <br> v. <br><br> HISPANIC SCHOLARSHIP FUND, <br><br> *Defendant*. | Case No. 1:25-cv-4207 |

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Local Rule 7(o), Excelencia in Education, Afro Latino Forum, El Puente, LatinoJustice PRLDEF, and the Lawyers' Committee for Civil Rights Under Law (collectively, "Proposed Amici") respectfully request leave to file the attached brief as *amici curiae* in support of Defendant, the Hispanic Scholarship Fund. Plaintiff and Defendant consent to the filing of the brief. A proposed order accompanies this motion.

Pursuant to Local Rule 7(o)(2), this motion is timely because briefing in the above-captioned case is not yet complete, and thus the Court's granting of this motion would not "unduly delay [its] ability to rule on any pending matter." Proposed Amici are filing this motion on the date the parties agreed any amicus briefs would be due.

Proposed Amici comprise five organizations that are collectively committed to promoting diversity in education, expanding access to higher education for students of color, and advancing racial equity in the workplace. Proposed Amici's extensive experience in advancing racial justice through community engagement and legal advocacy uniquely position them to provide the Court with statistical data that demonstrate the necessity of the challenged scholarship program and the historical context necessary for the proper interpretation and application of Section 1 of the Civil

Rights Act of 1866, 42 U.S.C. § 1981, to that program. *Amici's* particular interests are described below:

**EXCELENCIA IN EDUCATION**. Founded in 2004, Excelencia in Education's mission is to advance excellence and success in higher education for Latino and all students. Excelencia's approach is grounded in data, strengthened by leadership, and tested by practice. It researches and publishes evidence-based practices that improve student success in higher education, designs a national acceleration plan, particularly for Latino students in higher education, promotes the societal benefits of raising degree completion rates, affords technical support, and partners with leaders, including the Hispanic Scholarship Fund, to transform higher education in service of the human capital our nation needs to thrive.

**AFRO LATINO FORUM**. The Afro Latino Forum centers Blackness within Latinidad focusing on Latinos of African descent in the United States. The organization works to provide a bridge that expands understanding about the African Diaspora. It supports the struggles for racial and social justice. Its work is guided by a communal perspective that recognizes the centrality of race.

**EL PUENTE**. El Puente was founded in 1982 to give voice to young people fleeing violence and seeking justice. It is a grassroots organization whose mission is to inspire and nurture leadership for peace and justice through holistic leadership and community development. Since its founding, education has been integral to its mission. It runs four schools, including an Academy for Peace and Justice for high school students. It also promotes art-based learning curating artistic expressions of young people depicted in many mural exhibitions.

**LATINOJUSTICE PRLDEF.** LatinoJustice was founded in 1972 and is a national nonprofit that seeks to create a more just and equitable society through the law. Its mission is to

transform harmful systems, empower its communities, fight for racial justice, and grow the next generation of líderes. LatinoJustice has played a profound role in advancing equity and justice for Latino communities in the U.S. and for others, as well as fostering the next generation of Latino leaders in the legal field.

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW.** Formed in 1963, the Lawyers' Committee is a nonpartisan, nonprofit organization that seeks to achieve racial justice through litigation and public policy advocacy. To this end, the Lawyers' Committee regularly submits open records requests, files amicus briefs, and engages in litigation to advance racial equity for students of color.

## DISCUSSION

Whether to permit a third party to submit an amicus brief is "solely within the court's discretion to determine." *Jin v. Ministry of State Sec.,* 557 F. Supp. 2d 131, 136 (D.D.C. 2008). This Court has granted parties leave to file amicus briefs, for instance, where they had "a special interest in th[e] litigation as well as a familiarity and knowledge of the issues raised therein that could aid in the resolution" of the case and where they "present[ed] ideas, arguments, theories, insights, facts[,] or data that [we]re not . . . found in the parties' briefs." *Washington Alli. of Tech. Workers v. U.S. Dep't of Homeland Sec.,* 518 F. Supp. 3d 448, 453 n.2 (D.D.C. 2021) (citations omitted).

Proposed Amici's brief meets these criteria. The issues raised in this case are directly relevant to Proposed Amici's interest in advancing racial equity measures to diminish racial disparities in education and employment. Proposed Amici have an interest in preventing the significant harm that would result to the communities they serve if scholarship programs designed to expand educational and employment opportunities for students of color were undermined. In

2

addition, Proposed Amici have a common interest in advocating for a proper interpretation of § 1981 that is grounded in the historical context and remedial purpose of the Civil Rights Act of 1866.

Proposed Amici's interests are not adequately represented by the existing parties. Proposed Amici have vested interests in remedial programs that extend beyond Defendant's challenged scholarship program. The Court's decision interpreting the scope and applicability of § 1981 in this case could have far reaching effects on other programs and practices that are critical to the communities that Proposed Amici serve.

The attached brief will assist the Court in deciding this case by providing additional relevant information not included in the parties' briefs. At issue in this case is whether Defendant's scholarship program violates § 1981 by excluding certain applicants because of their ethnicity. Amended Compl. (Dkt. No. 15) ¶ 72. Proposed Amici's brief examines the legislative history and Congress's remedial intent underlying § 1981, which provides necessary context for properly interpreting and applying that statute. Proposed Amici's brief further explains how the challenged scholarship program mitigates the enduring impact of discrimination that persists against Hispanic and Latino communities in education and employment, thereby effectuating § 1981's remedial purpose.

In accordance with Local Rule 7(o)(5), Proposed Amici certify that (1) the attached brief was authored entirely by counsel for Proposed Amici and not by counsel for any other party, in whole or in part; (2) no party or counsel for any party contributed money to fund preparing or submitting the attached brief; and (3) apart from Proposed Amici, its members, and its counsel, no other person contributed money to fund preparing or submitting the attached brief.

## CONCLUSION

For these reasons, Proposed Amici respectfully request that the Court grant this motion for leave to file the attached brief as *amici curiae*.

Dated: January 28, 2026

Respectfully submitted,

*/s/Keith J. Harrison*
Keith J. Harrison (NY #2054187)
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: 202.624.2560
KHarrison@crowell.com

Francisca D. Fajana (NY #5475405)*
Rafaela Uribe (NY #6073332)*
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Tel: 212.219.3360
Fax: 212.739.7507
FFajana@latinojustice.org
RUribe@latinojustice.org
* Admitted Pro Hac Vice

Maya Brodziak*
Sabrina Talukder
Michael Pillera*
Sumayya Saleh
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org
stalukder@lawyerscommittee.org
mpillera@lawyerscommittee.org
ssaleh@lawyerscommittee.org

*Pro Hac Vice Forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

*/s/Keith J. Harrison*
Keith J. Harrison (NY #2054187)
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: 202.624.2560
KHarrison@crowell.com
