# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff*,<br><br>v.<br><br>HISPANIC SCHOLARSHIP FUND,<br><br>*Defendant*. | Case No. 1:25-cv-4207 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT

Upon consideration of the Unopposed Motion for Leave to File Brief as *Amici Curiae* in Support of Defendant and the brief attached thereto, it is hereby:

**ORDERED** that the motion is **GRANTED** and the brief attached thereto shall be deemed filed.

Dated: _____

_____
The Honorable Loren L. AliKhan
United States District Court