IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HISPANIC SCHOLARSHIP FUND,<br><br>　　　　　Defendant. | Case No. 1:25-cv-4207-LLA |

**DECLARATION OF EDWARD H. WILLIAMS II IN SUPPORT OF HISPANIC SCHOLARSHIP FUND'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Edward H. Williams, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am a Counsel at Orrick, Herrington & Sutcliffe LLP (Orrick). Orrick is an international law firm with over 1,000 attorneys in 25 offices around the globe. I have been an attorney at Orrick for approximately 2 years. I am a member in good standing of the D.C. and Virginia Bars and have been admitted in numerous Federal and State Courts. I make this Declaration in support of Hispanic Scholarship Fund's Motion to Dismiss Plaintiff's Amended Complaint and the reply brief in support of that motion. The following material is an exhibit in support of that motion and the reply brief in support of that motion.

2.　　Attached as Exhibit 1 is a true and correct copy of Phase I of the HSF Scholar Program application's final page, titled "Accept terms and conditions," as it currently appears on HSF's website. It is accessible to those who create an account on HSF's website and complete the fields on the prior pages of Phase I of the application.

2

I declare under penalty of perjury, on this 9th day of February 2026, that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ Edward H. Williams II
Edward H. Williams II

# EXHIBIT 1



Hi,
Hispanic Scholarship Fund - 260341459

**Accept Terms And Conditions**

By clicking "I Agree" below:

- You hereby acknowledge and agree that you have read the HSF Terms of Use and Privacy Policy and agree to the terms and conditions therein
- You hereby certify that all the information contained in your application is true and accurate to the best of your knowledge
- You hereby certify that neither you nor any of your immediate family members (i.e., siblings, mother, father, aunts, uncles, or grandparents) is an employee of HSF
- You acknowledge and agree that you are only eligible to receive one scholarship administered by HSF per academic year.
- You acknowledge and agree that all applications and submitted materials shall become the property of HSF and will not be returned to you
- You acknowledge that when you click "I AGREE" below, you will not be able to edit or change your application
- You acknowledge that you must click "I AGREE" below to officially submit your application
- You certify that all information submitted is your own work and honestly presented

☐ I Agree

← Back to Review and Submit        Save and Finish Later        Submit