**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS<br><br>Plaintiffs,<br><br>v.<br><br>HISPANIC SCHOLARSHIP FUND<br><br>Defendants. | Case No.: 1:25-cv-04207-LLA |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.6, I, Sumayya Saleh, move this Court for an Order granting leave to withdraw my appearance as counsel of record on behalf of amici curiae Lawyers' Committee for Civil Rights Under Law, Excelencia in Education, Afro Latino Forum, El Puente, and LatinoJustice PRLDEF in the above-captioned matter. Attorneys Pillera, Uribe, Fajana, and Harrison will continue to represent amici curiae. Withdrawing as counsel will not affect any court schedules or deadlines.

WHEREFORE, Sumayya Saleh asks that this Court grant leave to withdraw as counsel on behalf of amici curiae Lawyers' Committee for Civil Rights Under Law, Excelencia in Education, Afro Latino Forum, El Puente, and LatinoJustice PRLDEF in this matter.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Sumayya Saleh*
Sumayya Saleh
D.C. Bar No. 1743437
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
ssaleh@lawyerscommittee.org

1

**CERTIFICATE OF SERVICE**

I, Sumayya Saleh, hereby certify that on June 11, 2026, I filed the foregoing with the

Clerk of Court for the United States District Court for the District of Columbia by using the

Court's CM/ECF system. I hereby certify that I have served all parties electronically or by

another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Sumayya Saleh*
Sumayya Saleh
D.C. Bar No. 1743437
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
ssaleh@lawyerscommittee.org
